**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy  12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | Robin<br>First name<br><br>Linus<br>Middle name<br><br>Lehner<br>Last name and Suffix (Sr., Jr., II, III) | Donya<br>First name<br><br>Tina<br>Middle name<br><br>Lehner<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx–xx–4303 | xxx–xx–3177 |

DocuSign Envelope ID: 5CDE51D0-D803-44B7-9F70-6B3D7EB11695

Debtor 1    Robin Linus Lehner
Debtor 2    Donya Tina Lehner                               Case number *(if known)* _____

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |

**4. Your Employer Identification Number (EIN), if any.**

EIN _____

EIN _____

**5. Where you live**

9501 Balatta Canyon Ct.
Las Vegas, NV 89144
Number, Street, City, State & ZIP Code

Clark
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

Check one:

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)
_____

Check one:

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)
_____

| Debtor 1 | Robin Linus Lehner |
|---|---|
| Debtor 2 | Donya Tina Lehner |

Case number *(if known)* _____

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ■ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  Robin Linus Lehner
Debtor 2  Donya Tina Lehner                                              Case number (if known) _____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Number, Street, City, State & ZIP Code

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Check the appropriate box to describe your business:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☐ No.

■ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  Debtor owns RL Exotics, LLC, which operates a reptile farm in Plato, Missouri, which is an operating business with 3 employees, and which requires reptiles to be maintained and fed.

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

Where is the property?  RL Exotics, LLC
42055 Dawn Rd.
Plato, MO , 65552-0000
_____
Number, Street, City, State & Zip Code

Debtor 1  Robin Linus Lehner
Debtor 2  Donya Tina Lehner                              Case number *(if known)* _____

### Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file. If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:* <br> ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of:** <br><br> ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br> ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br> ☐ **Active duty.** I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:* <br> ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of:** <br><br> ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br> ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br> ☐ **Active duty.** I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    Robin Linus Lehner
Debtor 2    Donya Tina Lehner                    Case number *(if known)*

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☒ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No
☒ Yes

**18. How many Creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Robin Linus Lehner
Signature of Debtor 1

/s/ Donya Tina Lehner
Signature of Debtor 2

Executed on   December 30, 2022
           MM / DD / YYYY

Executed on   December 30, 2022
           MM / DD / YYYY

Debtor 1   Robin Linus Lehner
Debtor 2   Donya Tina Lehner                                    Case number (if known)

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

_____       Date   December 30, 2022
Signature of Attorney for Debtor                              MM / DD / YYYY

Matthew C. Zirzow 7222
Printed name

Larson & Zirzow, LLC
Firm name

850 E. Bonneville Ave.
Las Vegas, NV 89101
Number, Street, City, State & ZIP Code

Contact phone   702-382-1170           Email address    mzirzow@lzlawnv.com

7222 NV
Bar number & State

# United States Bankruptcy Court
### District of Nevada

In re    Robin Linus Lehner  
        Donya Tina Lehner

Debtor(s)

Case No. _____  
Chapter   7

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: December 30, 2022

Robin Linus Lehner  
Signature of Debtor

Date: December 30, 2022

Donya Tina Lehner  
Signature of Debtor

DocuSign Envelope ID: 5CDE51D0-D803-44B7-9F70-6B3D7EB11695

Robin Linus Lehner
Donya Tina Lehner
9501 Balatta Canyon Ct.
Las Vegas, NV 89144

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Social Security Administration
Office of the Regional Chief Counsel
Region IX
160 Spear Street, Ste. 800
San Francisco, CA 94105-1545

Anne Meade
c/o Harris Beach, PLLC
Attn: Frank Muggia, Esq.
726 Exchange Street, Suite 1000
Buffalo, NY 14210

ASLA Capital LLC
Attn: Alfonso G. Soriano
200 S. Biscayne Blvd., Ste. 4100
Miami, FL 33131

Black Knight Sports & Entmt, LLC
Attn: Michael Gravelle, as Reg. Agen
1701 Village Center Circle
Las Vegas, NV 89134

Bredan, LLC
Attn: Daniel L. Gelb, Manager
9617 Oak Ridge Trail
Hopkins, MN 55305

Bryan Cave Leighton Paisner, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
Saint Louis, MO 63102-2750

C6 Capital Funding LLC
Attn: Andrew Fellus
c/o 8791 S. Redwood Rd., Suite 200
West Jordan, UT 84088

Citadel Servicing Corp.
dba ACRA Lending
Attn: Bankruptcy Dept/Managing Agent
25531 Commercentre Dr., Ste. 160
CA 92361

Commercial Capital BIDCO, Inc.
Attn: Terry Luker, as Reg. Agt.
133 Holiday Ct., Suite 207
Franklin, TN 37067

David M. Herrera
c/o Chuhak & Tecson
Attn: Kevin Coyne, Esq.
120 S. Riverside Plz, Suite 1700
Chicago, IL 60606-3911

Derrick Bushman & Sanjay Patel
c/o Messerli Kramer
Attn: Brett Larson, Esq.
100 South Fifth Street
Minneapolis, MN 55402

Deutsche Bank Luxembourg S.A.
2, Boulevard Konrad Adenauer
L - 1115
LUXEMBOURG

Digital Asset Redemption, LLC
Attn: Matthew Leidlein, Director
318 W Adams St., 10th Floor
Chicago, IL 60606

DMC Financing, LLC
Attn: Clark A. Gassen, Manager
1907 Wayzata Blvd. Ste. 180
Wayzata, MN 55391

Dr. Michael Parentis
c/o WNY Knee & Ortho. Surg., PC
3085 Southwestern Blvd., # 203
Orchard Park, NY 14127

Dr. Michael Vazquez
c/o Venous Institute of Buffalo
4927 Main Street, Suite 400
Buffalo, NY 14226

Dynasty Capital 26 LLC
Attn: Legal Department
96-14 Metropoloitan Ave., 2nd Fl.
Forest Hills, NY 11375

Eclipse Service, Inc.
c/o Steven P. Hribar
1509 N. Prospect Ave.
Milwaukee, WI 53202

Gerald M. Thompson
1827 Grant St., #503
Denver, CO 80203

Jackson Lending, LP
Attn: Bankr. Dept/Managing Agt.
3220 W. 98th St., Ste 201
Evergreen Park, IL 60805

James Kirchmeyer
Rupp Baase, et al., LLC
Attn: Matthew Miller, Esq.
Buffalo, NY 14202

JHB Collective, LLC
Attn: Joshua Buchwald, Manager
1480 NW 48th Lane
Boca Raton, FL 33431

John Hochbaum
c/o ICS Funding
3759 North Wayne Ave. 1W
Chicago, IL 60613

Jonas Hagerback
c/o IMH Finans
Kommendörsgatan
25, 114 48 Stockholm
SWEDEN

DocuSign Envelope ID: 5CDE51D0-D803-44B7-9F70-6B3D7EB11695

Jonathan Morris
c/o AJ Trucking, LLC
23 N. Wabash Ave.
Chicago, IL 60602

JRG Living Trust dtd 10/19/16
John & Robin Grant, Trustees
11447 Opal Springs Way
Las Vegas, NV 89135

Legacy Capital Group, LLC
Attn: Josh Greenblatt
77 Water St.
New York, NY 10004

Leon Muhammad
c/o Bridge Energy Sports, LLC
7400 South Stony Island
Chicago, IL 60649

Marquis Aurbach
10001 Park Run Dr.
Las Vegas, NV 89145

Merle Whitehead
c/o Rupp Baase, et al., LLC
Attn: Matthew Miller, Esq.
424 Main St.
Buffalo, NY 14202

Metro Park LLC
Attn: Bryan Schroeder
1000 S. Hamlin Ave.
Park Ridge, IL 60068

Midland Holdings, LLC
Attn: Bankr. Dept/Managing Agt.
514 Abbey Way
Mendota Heights, MN 55120

Newport Sports Management, Inc.
Attn: Craig Oster
201 City Centre Drive, Suite 400
Mississauga, Ontario L5B 2T4
CANADA

Paul T. Croft
10845 Griffith Peak Drive #2
Las Vegas, NV 89135

Paul T. Croft
10845 Grifftih Peak Drive #2
Las Vegas, NV 89135

Paypal Business Loan
c/o Swift Financial, LLC
Attn: Managing Member
3505 Silverside Rd.
Wilmington, DE 19810

Putnam Leasing Co I, LLC
Attn: Bankruptcy Dep't
500 West Putnam Ave., 4th Fl.
Greenwich, CT 06830

RMSPC Funding, LLC
c/o RainMaker Holding Group, LLC
Attn: Manager/Bankruptcy Dep't
13 Arcadia Rd. 2
Old Greenwich, CT 06870

Roger Gilholm
c/o Gunnars Maskiner AB
Trollhättevägen 34
442 34 Kungälv
SWEDEN

South River Capital LLC
Attn: Jim Plack
1 Park Place, Suite 540
Annapolis, MD 21401

SuperNova Eighty Seven LLC
c/o Basran Law Office
Attn: Sandeep Basran
2543 N. Milwaukee Ave., 2nd Flr.
Chicago, IL 60647

Taurus II LLC
c/o Basran Law Office
Attn: Sandeep Basran
2543 N. Milwaukee Ave., 2nd Flr.
Chicago, IL 60647

Taurus III LLC
c/o Basran Law Office
Attn: Sandeep Basran
2543 N. Milwaukee Ave., 2nd Flr.
Chicago, IL 60647

Taurus LLC
c/o Basran Law Office
Attn: Sandeep Basran
2543 N. Milwaukee Ave., 2nd Flr.
Chicago, IL 60647

Taurus VII LLC
c/o Basran Law Office
Attn: Sandeep Basran
2543 N. Milwaukee Ave., 2nd Flr.
Chicago, IL 60647

Zachary Williams
330 Nepean St.
Ottawa, Ontario  K1R 5G6
CANADA

Advokatfirman Helios
Attn: Clas Jörgensen
Stockholmskontor, Garvargatan 5
112 21 Stockholm
SWEDEN

Advokatfirman Titov & Partners KB
Attn: Jonas Edwards
Humlegårdsgatan 20
114 46 Stockholm Sverige
SWEDEN

Arizona Department of Revenue
Attn: Bankruptcy Dept/Managing Agent
PO Box 29010
Phoenix, AZ 85038-9010

ASLA Capital, LLC
c/o Kiley Robbins
2116 Hollywood Blvd. #116
Hollywood, FL 33020

Bank of America, N.A.
Attn: Bankruptcy Dep't
P.O. Box 25118
Tampa, FL 33622-5118

Bank of America, N.A.
Attn: Bankruptcy Dep't
P.O. Box 15284
Wilmington, DE 19850

BDO USA, LLP
Attn: Bankr. Dep't/Managing Agt.
330 N. Wabash Ave., Suite 3200
Chicago, IL 60611

Black Knight Sports & Entm't, LLC
Attn: Chip Seigel III, CLO
1701 Village Center Cir.
Las Vegas, NV 89134

Bredan, LLC
c/o Leland Conners, PLLC
Attn: Ryan T. Conners, Esq.
60 S. Sixth St., Suite 2800
Minneapolis, MN 55402

C6 Capital Funding, LLC
c/o Registered Agents, Inc.
as Registered Agent
881 Baxter Dr., Suite 100
South Jordan, UT 84095

C6 Capital Funding, LLC
Attn: Andrew Fellus
90 Broad St., Suite 16
New York, NY 10004

California Dept of Tax and Fee Admin.
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

Canada Revenue Agency
Attn: Bankruptcy Dep't
555 Mackenzie Ave.
Ottawa, Ontario K1N 1K4
CANADA

CAP Minnesota, LLC
c/o Messerli Kramer
Attn: Brett Larson, Esq.
100 S. Fifth St.
Minneapolis, MN 55402

City National Bank
10801 W Charleston Blvd.
Las Vegas, NV 89135

Colorado Department of Revenue
Attn: Managing Agent
1375 Sherman St.
Denver, CO 80261

Commercial Capital BIDCO, Inc.
Attn: Bankr. Dep't/Managing Agt.
133 Holiday Ct., Suite 207
Franklin, TN 37067

Commercial Capital BIDCO, Inc.
c/o Cramer, Multhauf & Hammes, LLP
Attn: Daniel J. Habeck, Esq.
1601 E. Racine Ave., Suite 200
Waukesha, WI 53186

Commercial Capital BIDCO, Inc.
c/o Cramer, Multhauf & Hammes, LLP
Attn: Daniel Habeck, Esq.
1601 E. Racine Ave., Suite 200
Waukesha, WI 53186

Counsel for Spanish Speaking, Inc.
Attn: John YingLing, CEO
614 W. National Ave.
Milwaukee, WI 53204

Croft & Frost
Attn: Paul T. Croft
1000 W Lake St., Suite 200
Chicago, IL 60607

David Cooper
c/o C6 Capital, LLC
315 E 62nd St, 3rd Floor
New York, NY 10065

Deutsche Bank Luxembourg S.A.
c/o Morgan, Lewis & Bockius LLP
Attn: Michael S. Kraut, Esq.
101 Park Ave.
New York, NY 10178

Digital Asset Redemption, LLC
c/o Matthew Leidlin, Reg. Agent
744 N Wells St., 3rd Floor
Chicago, IL 60654

DMC Financing, LLC
c/o Registered Agent
13911 Ridgedale Dr., #125
Hopkins, MN 55305

Dynasty Capital
Attn: Bankruptcy Dept/Managing Age
96-14 Metropolitan Ave.
Forest Hills, NY 11375

Dynasty Capital
11 Broadway
New York, NY 10004

Eclipse Service, Inc.
Attn: Steven Hribar, Res. Agt.
10031 S. Woodside Ct.
Franklin, WI 53132

Eclipse Service, Inc.
c/o O'Neil, Cannon, Hollman, et al.
Attn: Greg W. Lyons, Esq.
111 E. Wisconsin Ave., Suite 1400
Milwaukee, WI 53202

Exceptional Risk Advisors, LLC
Attn: Bankr. Dep't/Managing Agent
One International Blvd., #750
Mahwah, NJ 07495

Gerald M. Thompson
6925 E. Tennessee Ave., Suite 410
Denver, CO 80224

Harris Beach PLLC
Attn: Frank Muggia, Esq.
Larkin at Exchange
726 Exchange St., Suite 1000
Buffalo, NY 14210

Houkar Rashid
Föreningsgatan 34
411 27 Goteburg
Lägenhetsnummer 1303
SWEDEN

Iguanaland
Attn: Ty Park
33900 Bermont Rd.
Punta Gorda, FL 33982

Illinois Dep't of Revenue
Attn: Bankruptcy Section
P.O. Box 19016
Springfield, IL 62794-9016

Jackson Lending, LP
c/o Jackson Lending GP, LLC
Attn: Nicholas C. Zagotta
9927 S. Sawyer Ave.
Evergreen Park, IL 60805

James Kirchmeyer
c/o Harris Beach, PLLC
Attn: Frank Muggia, Esq.
726 Exchange St., Suite 1000
Buffalo, NY 14210

James Kirchmeyer
c/o Real Info, Inc.
701 Seneca St, Suite 641
Buffalo, NY 14210

Jan-1, LLC

JHB Collective, LLC
c/o Kotzker Shamy
Attn: Tina El Fadel, Esq.
2424 N. Federal Hwy, Suite 200
Boca Raton, FL 33431

John Hochbaum
2821 N. Halstead St., Unit 2
Chicago, IL 60657

John Hochbaum
3759 N. Wayne Ave.
Chicago, IL 60613

Jonathan Morris
c/o Mon Ami Realty
Attn: Patrick Lockman, as Reg. Agt.
17 N Wabash Ave., # 620
Chicago, IL 60602

Joseph Coppola
11 Highbrook Ct.
Orchard Park, NY 14127

Joshua Buchwald
c/o Kotzker Shamy
Attn: Tina El Fadel
2424 N. Federal Hwy, Suite 200
Boca Raton, FL 33431

K&L Gates LLP
Attn: Ketajh M. Brown, Esq.
70 W. Madison St., Suite 3300
Chicago, IL 60602

Legacy Capital Group, LLC
Attn: Josh Greenblatt
96-14 Metropolitan Ave., 2nd Fl.
Forest Hills, NY 11375

Lehner Enterprises, LLC
Attn: Robin Lehner
9501 Balatta Canyon Ct.
Las Vegas, NV 89144

Leon Muhammad
c/o Bridge Energy Sports, LLC
1212 E 63rd St
Chicago, IL 60637

Lewis Roca Rothgerber & Christie
Attn: Kristen Martini, Esq.
One East Liberty Street
Reno, NV 89501-2128

Manteau Downes, LLP
Attn: Patrick Downes, Esq.
10100 Santa Monica Blvd., #300
Los Angeles, CA 90067

Massachusetts Dep't of Revenue
Attn: Bankr. Dep't/Managing Agt.
100 Cambridge St., 2nd Floor
Boston, MA 02114

Merle Whitehead
c/o Harris Beach, PLLC
Attn: Frank Muggia, Esq.
726 Exchange Street, Suite 1000
Buffalo, NY 14210

Merle Whitehead
c/o Howard Hanna
6505 E Quaker St
Orchard Park, NY 14127

Metro Park, LLC
c/o Jody Padar, as Reg. Agent
200 E. Evergreen Ave., Suite 130
Mount Prospect, IL 60056

Michael Lehner
4636 E. University Drr,, Suite 150,
Phoenix, AZ 85034

Michael Parentis
c/o Harris Beach, PLLC
Attn: Frank Muggia, Esq.
726 Exchange Street, Suite 1000
Buffalo, NY 14210

Michael Parentis, M.D.
6380 Heise Rd.
Clarence Center, NY 14032-9372

Michael Vasquez
c/o Harris Beach, PLLC
Attn: Frank Muggia, Esq.
726 Exchange Street, Suite 1000
Buffalo, NY 14210

Michael Vasquez, M.D.
4927 Main Street, Suite 400
Buffalo, NY 14226

Minnesota Dept. of Revenue
Attn: Bankr. Dept./Managing Agt.
600 N. Robert St.
Saint Paul, MN 55101

Missouri Dept. of Revenue
Attn: Bankruptcy/Managing Agent
301 W. High St.
Jefferson City, MO 65101

Montana Dept. of Revenue
Attn: Bankr. Desk/Managing Agent
PO Box 6309
Helena, MT 59604-6309

National Hockey League
Attn: Legal Department
1 Manhattan West
395 Ninth Ave.
New York, NY 10001

New Jersey Div. of Taxation
Attn: Bankruptcy Section
P.O. Box 245
Trenton, NJ 08695-0245

New York Dep't of Taxation
Attn: Bankruptcy Department
Civil Enforecment Division
WA Harriman Campus
Albany, NY 12227-0001

Newport Sports Management, Inc.
Atn: Craig Oster
201 City Centre Dr., Suite 400
Mississauga, Ontario L5B 2T4
CANADA

NHL Player's Association
Attn: Legal Department
10 Bay Street, Suite 1200
Toronto, ON M5J 2R8
CANADA

DocuSign Envelope ID: 5CDE51D0-D803-44B7-9F70-6B3D7EB11695

Paul T. Croft
c/o Kennedy & Couvillier
Attn: Todd E. Kennedy, Esq.
3271 E. Warm Springs Rd.
Las Vegas, NV 89120

Paul T. Croft
c/o Croft & Frost, LLC
1413 Chestnut St, Suite 401
Chattanooga, TN 37402

Phillips Lionite Wood Prod. Pl. LLC
c/o Ken A. Martin, as Reg. Agent
115 Depot Rd.
Phillips, WI 54555-1354

Phillips Lionite Wood Prods Co LLC
115 Depot Rd.
Phillips, WI 54555

Phillips Lionite Wood Prods Co LLC
c/o Stephen D. Willet, as Reg. Agt.
106 Beebe St.
P.O. Box 89
Phillips, WI 54555-0089

Pinnacle Settlements
Attn: Scott B. Goldschein, Esq.
9711 Washingtonian Blvd., Suite 201
Gaithersburg, MD 20878

RL Exotics, LLC
c/o Accumera LLC, as Reg. Agent
3500 S. DuPont Hwy.
Dover, DE 19901

RL Exotics, LLC
42055 Dawn Rd.
Plato, MO 65552

RL Solar, LLC
c/o Accumera LLC, as Reg. Agent
3500 S. DuPoint Hwy.
Dover, DE 19901

RMSPC Funding, LLC
c/o Cogency Global, as Reg. Agt.
850 New Burton Rd., Suite 201
Dover, DE 19904

RMSPC Funding, LLC
c/o Sure Sports
2116 Hollywood Blvd.
Hollywood, FL 33020

RMSPC Funding, LLC
c/o Mahadeva, PLLC
Attn: P. Mahadeva, Esq.
80 Business Park Dr., Suite 201
Armonk, NY 10504

Roger Gilholm
c/o Gunnars Maskiner AB
Handvävargatan 9B
507 30 Brämhult
SWEDEN

S.E. Turner & Assocs., Ltd.
Attn: Shane Turner
621 S. Waiola Ave.
La Grange, IL 60525

Sanjay Patel
c/o Messerli Kramer
Attn: Brett M. Larson, Esq.
100 South Fifth Street
Minneapolis, MN 55402

Snaps Holding Company
Attn: Sanjay Patel
16 S. 16th St., Suite 200
Fargo, ND 58106

Snaps Holding Company
Attn: Sanjay Patel
P.O. Box 9495
Fargo, ND 58106-9495

Snaps Holdings
c/o Messerli Kramer
Attn: Brett M. Larson, Esq.
100 South Fifth Street
Minneapolis, MN 55402

Snaps Holidng Company
c/o Minn. Hospitality, Inc., as Reg. Agt
16 S 16th St., Suite 200
P.O. Boz 9495
Fargo, ND 58106-9495

SolarCode Holdings, LLC
c/o Nw. Registered Agt. Serv., Inc.
as Registered Agent
8 The Green, Suite B
Dover, DE 19901

SolarCode Management, LLC
c/o Nw. Registered Agt. Serv., Inc.
8 The Green, Suite B
Dover, DE 19901

SolarCode North America, LLC
c/o Bergin, Frakes, Smalley, et al.
Attn: Michael Smalley, Esq.
4343 E. Camelback Rd., Suite 210
Phoenix, AZ 85018

SolarCode, LLC
c/o Michael Borden
102 Cassia Way
Las Vegas, NV 89144

SolarCode, LLC
c/o Tina West, as Reg. Agent
102 Cassia Way
Henderson, NV 89014

SolarCode, LLC
c/o Accumera LLC, as Reg. Agent
3500 S. DuPont Hwy.
Dover, DE 19901

SolarCode, LLC
Attn: Michael Lehner
4636 E. University Dr., Suite 150
Phoenix, AZ 85034

South River Capital, LLC
Attn: Bankr. Dep't/Managing Agt.
1 Park Place, Ste. 540
Annapolis, MD 21401

South River Capital, LLC
Attn: James Plack
1500 Wild Cranberry Dr.
Crownsville, MD 21032

South River Capital, LLC
c/o James Plack, as Reg. Agent
1500 Wild Cranberry Dr.
Crownsville, MD 21032

Steve Yahnke
c/o TKO Miller
788 N.Jefferson St. Suite 550
Milwaukee, WI 53202

Summerlin North Comm. Ass'n
c/o Leach Kern Gruchow, et al.
Attn:  Kirby C. Gruchow, Esq.
2525 Box Canyon Dr.
Las Vegas, NV 89128

SuperNova Eighty Seven LLC
c/o Corporation Service Co.
as Registered Agent
Wilmington, DE 19808

Sure Sports Lending
c/o Leon C. McKenzie, President
2116 Hollywood Blvd.
Hollywood, FL 33020

Taurus II, LLC
c/o Kennedy & Couvillier
Attn: Todd E. Kennedy, Esq.
3271 E. Warm Springs Rd.
Las Vegas, NV 89120

Taurus II, LLC
c/o Paul T. Croft
375 Jackson St., Suite 700E
St Paul, MN 55101

Taurus II, LLC
c/o Paul T. Croft, as Reg. Agent
10845 Griffith Peak Drive #2
Las Vegas, NV 89135

Taurus III, LLC
c/o Kennedy & Couvillier
Attn: Todd E. Kennedy, Esq.
3271 E. Warm Springs Rd.
Las Vegas, NV 89120

Taurus III, LLC
c/o Paul T. Croft, as Reg. Agent
375 Jackson St., Suite 700E
St Paul, MN 55101

Taurus LLC
c/o Kennedy & Couvillier
Attn: Todd E. Kennedy, Esq.
3271 E. Warm Springs Rd.
Las Vegas, NV 89120

Taurus LLC
c/o Paul T. Croft, as Reg. Agent
375 Jackson St., Suite 700E
St Paul, MN 55101

Taurus VII, LLC
c/o Kennedy & Couvillier
Attn: Todd E. Kennedy, Esq.
3271 E. Warm Springs Rd.
Las Vegas, NV 89120

Taurus VII, LLC
c/o Paul T. Croft
375 Jackson St., Suite 700E
St Paul, MN 55101

Taurus VII, LLC
c/o Paul T. Croft, as Reg. Agent
10845 Griffith Peak Drive #2
Las Vegas, NV 89135

The Goldschein Law Firm, PC
Attn: Scott B. Goldschein, Esq.
9711 Washintonian Blvd., Suite 201
Gaithersburg, MD 20878

UBS Financial Services, Inc.
Attn: Bankr. Dep't/Managing Agent
1200 Harbor Blvd.
Weehawken, NJ 07086

UBS Financial Services, Inc.
c/o Corporation Serv. Co., as Reg. Agent
112 N. Curry St.
Carson City, NV 89703

Vegas Golden Knights
Attn: Chip Seigel III, CLO
1550 S. Pavilion Center Dr.
Las Vegas, NV 89135

Westridge Property Mgmt, LLC
c/o Northwest Registered Agt. Serv.Jn
8 The Green, Suite B
Dover, DE 19901