LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

ROBIN LINUS LEHNER and
DONYA TINA LEHNER,

         Debtors.

Case No. 22-14616-nmc
Chapter 7

Date: February 14, 2023
Time: 2:00 p.m.

### DEBTORS' MOTION TO EXTEND TIME TO FILE BANKRUPTCY SCHEDULES AND STATEMENT OF FINANCIALS AFFAIRS

    Robin Linus Lehner and Donya Tina Lehner (collectively, the "Debtors"), by and through their counsel, Larson & Zirzow, LLC, hereby submit their motion (the "Motion") for entry of an order granting the Debtors an extension of time to file their bankruptcy schedules and statement of financial affairs up to and including February 3, 2023.  In support, the Debtors represent as follows:

    1.    On December 30, 2022 (the "Petition Date"), the Debtors filed their voluntary petition for relief under chapter 7 of the Bankruptcy Code, thereby commencing their bankruptcy case (the "Chapter 7 Case").

    2.    Under Bankruptcy Rule 1007(c), Debtors are allowed 14 days from the Petition Date within which to file their bankruptcy schedules and statement of financial affairs, and related items (collectively, the "Schedules").  The deadline for Debtors to submit their Schedules to the Court is currently January 13, 2023.

3. The Debtors believe that due to the number of documents they are required to review, compile, and analyze, that they will need some additional time to provide the necessary documents required for the completion of their Schedules. Accordingly, it will not be possible to complete the Schedules within the 14 days allowed under Bankruptcy Rule 1007(c).

4. The Debtors believe that a brief extension of twenty-one (21) days will allow the Debtors to obtain all the necessary information. Therefore, pursuant to Bankruptcy Rule 1007(c), the Debtors request an extension of time within which to file their Schedules through and including February 3, 2023. The Debtors have been in communication with their Chapter 7 Trustee about matters in the case as well, and have fully cooperated with the Trustee with respect to information and document demands.

5. A copy of this Motion is being transmitted to the Office of the United States Trustee.

WHEREFORE, the Debtors request that they be granted an extension of time through and including February 3, 2023, to file their Schedules.

Dated: January 13, 2023.

By:    /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
MATTHEW C. ZIRZOW, ESQ.
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Debtors