LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ROBIN LINUS LEHNER and<br>DONYA TINA LEHNER,<br><br>Debtors. | Case No. 22-14616-nmc<br>Chapter 7<br><br><br>Date:  February 14, 2023<br>Time:  2:00 p.m. |

### NOTICE OF REMOTE HEARING RE: DEBTORS' MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS

NOTICE IS GIVEN that a *Motion to Extend Time to File Schedules and Statements* ("Motion") was filed by Robin Linus Lehner and Donya Tina Lehner (collectively, the "Debtors").  The Motion seeks an extension of time to file their schedules and statements up to and including February 3, 2023.  Any opposition to the Motion must be filed pursuant to Local Rule 9014(d)(1).

NOTICE IS FURTHER GIVEN that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

PLEASE TAKE FURTHER NOTICE that a copy of the above-referenced Motion is on file with and available from the Clerk of the United States Bankruptcy Court at the address provided above; via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required); or by contacting the Debtors' counsel.

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court.  You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse* to allow you to *speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court.  The hearing will be held on **February 13, 2023, at 2:00 p.m.**  Parties are permitted to appear telephonically by ***dialing (669) 254-5252, Meeting ID 161 166 2815, and entering Passcode 115788#.***

NOTICE IS FURTHER GIVEN that this hearing may be continued from time to time without further notice except for the announcement of any adjournment at the hearing.

Dated:  January 13, 2023.

By:  /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
MATTHEW C. ZIRZOW, ESQ.
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Debtors

**LARSON & ZIRZOW, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169