LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

ROBIN LINUS LEHNER and
DONYA TINA LEHNER,

Debtors.

Case No. 22-14616-nmc
Chapter 7

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

1. On the 13th day of January, 2023, I served the following document:

   a.  Notice of Chapter 7 Bankruptcy Case                           ECF No. 4

2. I served the above-named document by the following means to the persons as listed below:

   ☐  **a**.  **ECF System:**

   ☒  **b.**  **United States mail, postage fully prepaid:**

      To the parties on the attached mailing matrix.

   ☐  **c.**  **Personal Service:**

   I personally delivered the document(s) to the persons at these addresses:

   ☐  For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐     For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐     **d.**     **By direct email:**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐     **e.**     **By fax transmission:**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     **f.**     **By messenger:**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 13th day of January, 2023.

Trish Huelsman                                                      /s/ *Trish Huelsman*
(Name of Declarant)                                         (Signature of Declarant)

Robin Linus Lehner
Donya Tina Lehner
9501 Balatta Canyon Ct.
Las Vegas, NV 89144

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Social Security Administration
Office of the Regional Chief Counsel
Region IX
160 Spear Street, Ste. 800
San Francisco, CA 94105-1545

American Express
Attn: Bankruptcy Dept. / Managing Agent
P.O. Box 96001
Los Angeles, CA 90096-8000

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Anne Meade
c/o Harris Beach, PLLC
Attn:  Frank Muggia, Esq.
726 Exchange Street, Suite 1000
Buffalo, NY 14210

ASLA Capital LLC
Attn: Alfonso G. Soriano
200 S. Biscayne Blvd., Ste. 4100
Miami, FL 33131

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Black Knight Sports & Entmt, LLC
Attn: Chiep Siegel, CLO
1701 Village Center Circle
Las Vegas, NV 89134

Bredan, LLC
Attn:  Daniel L. Gelb, Manager
9617 Oak Ridge Trail
Hopkins, MN 55305

Bridge Energy Sports, LLC
Attn:  Leon Muhammad
7400 South Stony Island
Chicago, IL 60649

Bryan Cave Leighton Paisner, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
Saint Louis, MO 63102-2750

Byzfunder NY LLC
Attn: Bankr. Dep't/Managing Agt.
263 W. 38th Street, 13th Floor
New York, NY 10018

Citadel Servicing Corp.
dba ACRA Lending
Attn: Bankruptcy Dept/Managing Agent
25531 Commercentre Dr., Ste. 160
Forest, CA 92361

Commercial Capital BIDCO, Inc.
Attn:  Terry Luker, as Reg. Agt.
133 Holiday Ct., Suite 207
Franklin, TN 37067

David M. Herrera
c/o Chuhak & Tecson
Attn: Kevin Coyne, Esq.
120 S. Riverside Plz, Suite 1700
Chicago, IL 60606-3911

Derrick Bushman & Sanjay Patel
c/o Messerli Kramer
Attn:  Brett Larson, Esq.
100 South Fifth Street
Minneapolis, MN 55402

**Deutsche Bank Luxembourg S.A.
2, Boulevard Konrad Adenauer
L - 1115
LUXEMBOURG**

**Digital Asset Redemption, LLC
Attn:  Matthew Leidlein, Director
318 W Adams St., 10th Floor
Chicago, IL 60606**

DMC Financing, LLC
Attn: Clark A. Gassen, Manager
1907 Wayzata Blvd. Ste. 180
Wayzata, MN 55391

Dr. Michael Parentis
c/o WNY Knee & Ortho. Surg., PC
3085 Southwestern Blvd., # 203
Orchard Park, NY 14127

Dr. Michael Vazquez
c/o Venous Institute of Buffalo
4927 Main Street, Suite 400
Buffalo, NY 14226

Dynasty Capital 26 LLC
Attn: Legal Department
96-14 Metropoloitan Ave., 2nd Fl.
Forest Hills, NY 11375

Eclipse Service, Inc.
c/o Steven P. Hribar
1509 N. Prospect Ave.
Milwaukee, WI 53202

Gerald M. Thompson
1827 Grant St., #503
Denver, CO 80203

Heritage Bank of the Ozarks
Attn: Bankr. Dep't/Manag. Agt.
1475 S. Jefferson Ave.
Lebanon, MO 65536

Jackson Lending, LP
Attn: Bankr. Dept/Managing Agt.
3220 W. 98th St., Ste 201
Evergreen Park, IL 60805

James Kirchmeyer
Rupp Baase, et al., LLC
Attn: Matthew Miller, Esq.
Buffalo, NY 14202

JHB Collective, LLC
Attn: Joshua Buchwald, Manager
1480 NW 48th Lane
Boca Raton, FL 33431

John Hochbaum
c/o ICS Funding
3759 North Wayne Ave. 1W
Chicago, IL 60613

**Jonas Hagerback
c/o IMH Finans
Kommendörsgatan
25, 114 48 Stockholm
SWEDEN**

Jonathan Morris
c/o AJ Trucking, LLC
23 N. Wabash Ave.
Chicago, IL 60602

JRG Living Trust dtd 10/19/16
John & Robin Grant, Trustees
11447 Opal Springs Way
Las Vegas, NV 89135

Legacy Capital Group, LLC
Attn: Josh Greenblatt
77 Water St.
New York, NY 10004

Leon Muhammad
c/o Bridge Energy Sports, LLC
7400 South Stony Island
Chicago, IL 60649

Marc Rosenthal
c/o Morris L. Horwitz, Esq.
P.O. Box 716
Getzville, NY 14068

Marquis Aurbach
Attn: Managing Member
10001 Park Run Dr.
Las Vegas, NV 89145

Merle Whitehead
c/o Rupp Baase, et al., LLC
Attn: Matthew Miller, Esq.
424 Main St.
Buffalo, NY 14202

Metro Park LLC
Attn:  Bryan Schroeder
1000 S. Hamlin Ave.
Park Ridge, IL 60068

Midland Holdings, LLC
Attn: Bankr. Dept/Managing Agt.
514 Abbey Way
Mendota Heights, MN 55120

**Milos Andric
Gabelsgatan 25A
0272 Oslo
NORWAY**

**Newport Sports Management, Inc.
Attn:  Craig Oster
201 City Centre Drive, Suite 400
Mississauga, Ontario L5B 2T4
CANADA**

**Paypal Business Loan
c/o Swift Financial, LLC
Attn: Managing Member
3505 Silverside Rd.
Wilmington, DE 19810**

Putnam Leasing Co I, LLC
Attn:  Bankruptcy Dep't
500 West Putnam Ave., 4th Fl.
Greenwich, CT 06830

RMSPC Funding, LLC
c/o RainMaker Holding Group, LLC
Attn:  Manager/Bankruptcy Dep't
13 Arcadia Rd. 2
Old Greenwich, CT 06870

**Roger Gilholm
c/o Gunnars Maskiner AB
Trollhättevägen 34
442 34 Kungälv
SWEDEN**

South River Capital LLC
Attn:  Jim Plack
1 Park Place, Suite 540
Annapolis, MD 21401

SuperNova Eighty Seven LLC
c/o Basran Law Office
Attn: Sandeep Basran
2543 N. Milwaukee Ave., 2nd Flr.
Chicago, IL 60647

Sure Sports Lending, LLC
c/o Leon C. McKenzie, President
2116 Hollywood Blvd., Suite 116
Hollywood, FL 33020

Taurus II LLC
c/o Basran Law Office
Attn: Sandeep Basran
2543 N. Milwaukee Ave., 2nd Flr.
Chicago, IL 60647

Taurus III LLC
c/o Basran Law Office
Attn: Sandeep Basran
2543 N. Milwaukee Ave., 2nd Flr.
Chicago, IL 60647

Taurus LLC
c/o Basran Law Office
Attn: Sandeep Basran
2543 N. Milwaukee Ave., 2nd Flr.
Chicago, IL 60647

Taurus VII LLC
c/o Basran Law Office
Attn: Sandeep Basran
2543 N. Milwaukee Ave., 2nd Flr.
Chicago, IL 60647

**Zachary Williams
330 Nepean St.
Ottowa, Ontario  K1R 5G6
CANADA**

**Advokatfirman Helios
Attn:  Clas Jörgensen
Stockholmskontor, Garvargatan 5
112 21 Stockholm
SWEDEN**

**Advokatfirman Titov & Partners KB**
**Attn: Jonas Edwards**
**Humlegårdsgatan 20**
**114 46 Stockholm Sverige**
**SWEDEN**

Aliya Capital Partners, LLC
Attn: Ross Kestin, CEO
1450 Brickell Ave., Suite 2600
Miami, FL 33131

Aliya Growth Funds LLC - Series X
Attn: Bankruptcy Dep't/Manager
1450 Brickell Ave., Suite 2600
Miami, FL 33131

Ally Financial
Attn: Bankruptcy Dep't/Manager
200 Renaissance Center
Detroit, MI 48243

Ally Financial
Attn: Bankruptcy Dep't/Manager
500 Woodard Ave.
Detroit, MI 48226

American Express
Attn: Bankruptcy/Legal Dep't
P.O. Box 98535
El Paso, TX 79998-1535

American Express
Attn: Bankruptcy Department
P.O. Box 981537
El Paso, TX 79998

Arizona Department of Revenue
Attn: Bankruptcy Dept/Managing Agent
PO Box 29010
Phoenix, AZ 85038-9010

ASLA Capital, LLC
c/o Kiley Robbins
2116 Hollywood Blvd. #116
Hollywood, FL 33020

Balanced Bridge Funding III, LLC
c/o Corporation Service Co.,
as Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Bank of America, N.A.
Attn: Bankruptcy Dep't
P.O. Box 25118
Tampa, FL 33622-5118

Bank of America, N.A.
Attn: Bankruptcy Dep't
P.O. Box 15284
Wilmington, DE 19850

Bank of America, N.A.
Attn: Bankruptcy Dep't
4909 Saverese Circle
Tampa, FL 33634

Barclays Bank/Old Navy
Attn: Bankrutpcy Dep't
P.O. Box 965060
Orlando, FL 32896

BDO USA, LLP
Attn: Bankr. Dep't/Managing Agt.
330 N. Wabash Ave., Suite 3200
Chicago, IL 60611

Black Knight Sports & Entm't, LLC
Attn: Chip Seigel III, CLO
1701 Village Center Cir.
Las Vegas, NV 89134

Bredan, LLC
c/o Leland Conners, PLLC
Attn: Ryan T. Conners, Esq.
60 S. Sixth St., Suite 2800
Minneapolis, MN 55402

Byzfunder NY LLC
Attn: Bankr. Dept/Managing Agt.
530 7th Ave., Suite 505
New York, NY 10018

C6 Capital Funding, LLC
c/o Registered Agents, Inc.
as Registered Agent
881 Baxter Dr., Suite 100
South Jordan, UT 84095

C6 Capital Funding, LLC
Attn: Andrew Fellus
90 Broad St., Suite 16
New York, NY 10004

California Dept of Tax and Fee Admin.
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

**Canada Revenue Agency**
**Attn: Bankruptcy Dep't**
**555 Mackenzie Ave.**
**Ottawa, Ontario K1N 1K4**
**CANADA**

CAP Minnesota, LLC
c/o Messerli Kramer
Attn: Brett Larson, Esq.
100 S. Fifth St.
Minneapolis, MN 55402

City National Bank
10801 W Charleston Blvd.
Las Vegas, NV 89135

Colorado Department of Revenue
Attn: Managing Agent
1375 Sherman St.
Denver, CO 80261

Commercial Capital BIDCO, Inc.
Attn: Bankr. Dep't/Managing Agt.
133 Holiday Ct., Suite 207
Franklin, TN 37067

Commercial Capital BIDCO, Inc.
c/o Cramer, Multhauf & Hammes, LLP
Attn: Daniel J. Habeck, Esq.
1601 E. Racine Ave., Suite 200
Waukesha, WI 53186

Commercial Capital BIDCO, Inc.
c/o Cramer, Multhauf & Hammes, LLP
Attn: Daniel Habeck, Esq.
1601 E. Racine Ave., Suite 200
Waukesha, WI 53186

Community Bank, N.A.
Attn: Bankrutpcy Dep't/Manager
P.O. Box 509
Canton, NY 13617

Counsel for Spanish Speaking, Inc.
Attn: John YingLing, CEO
614 W. National Ave.
Milwaukee, WI 53204

Croft & Frost
Attn:  Paul T. Croft
1000 W Lake St., Suite 200
Chicago, IL 60607

David Cooper
c/o C6 Capital, LLC
315 E 62nd St, 3rd Floor
New York, NY 10065

Deutsche Bank Luxembourg S.A.
c/o Morgan, Lewis & Bockius LLP
Attn: Michael S. Kraut, Esq.
101 Park Ave.
New York, NY 10178

Digital Asset Redemption, LLC
c/o Matthew Leidlin, Reg. Agent
744 N Wells St., 3rd Floor
Chicago, IL 60654

DMC Financing, LLC
c/o Registered Agent
13911 Ridgedale Dr., #125
Hopkins, MN 55305

Dynasty Capital
Attn: Bankruptcy Dept/Managing Agent
96-14 Metropolitan Ave.
Forest Hills, NY 11375

Dynasty Capital
11 Broadway
New York, NY 10004

East West Bank
Attn:  Bankruptcy Dep't
135 N. Los Robles Ave., 7th Fl.
Pasadena, CA 91101

Eclipse Service, Inc.
Attn:  Steven Hribar, Res. Agt.
10031 S. Woodside Ct.
Franklin, WI 53132

Eclipse Service, Inc.
c/o O'Neil, Cannon, Hollman, et al.
Attn: Greg W. Lyons, Esq.
111 E. Wisconsin Ave., Suite 1400
Milwaukee, WI 53202

Exceptional Risk Advisors, LLC
Attn:  Bankr. Dep't/Managing Agent
One International Blvd., #750
Mahwah, NJ 07495

Gerald M. Thompson
6925 E. Tennessee Ave., Suite 410
Denver, CO 80224

Harris Beach PLLC
Attn: Frank Muggia, Esq.
Larkin at Exchange
726 Exchange St., Suite 1000
Buffalo, NY 14210

**Houkar Rashid**
**Föreningsgatan 34**
**411 27 Goteburg**
**Lägenhetsnummer 1303**
**SWEDEN**

**Iguanaland**
**Attn: Ty Park**
**33900 Bermont Rd.**
**Punta Gorda, FL 33982**

Illinois Dep't of Revenue
Attn: Bankruptcy Section
P.O. Box 19016
Springfield, IL 62794-9016

Jackson Lending, LP
c/o Jackson Lending GP, LLC
Attn: Nicholas C. Zagotta
9927 S. Sawyer Ave.
Evergreen Park, IL 60805

James Kirchmeyer
c/o Harris Beach, PLLC
Attn:  Frank Muggia, Esq.
726 Exchange St., Suite 1000
Buffalo, NY 14210

James Kirchmeyer
c/o Real Info, Inc.
701 Seneca St, Suite 641
Buffalo, NY 14210

JHB Collective, LLC
c/o Kotzker Shamy
Attn:  Tina El Fadel, Esq.
2424 N. Federal Hwy, Suite 200
Boca Raton, FL 33431

John Hochbaum
2821 N. Halstead St., Unit 2
Chicago, IL 60657

John Hochbaum
3759 N. Wayne Ave.
Chicago, IL 60613

Jonathan Morris
c/o Mon Ami Realty
Attn: Patrick Lockman, as Reg. Agt.
17 N Wabash Ave., # 620
Chicago, IL 60602

Joseph Coppola
11 Highbrook Ct.
Orchard Park, NY 14127

Joshua Buchwald
c/o Kotzker Shamy
Attn:  Tina El Fadel
2424 N. Federal Hwy, Suite 200
Boca Raton, FL 33431

K&L Gates LLP
Attn:  Ketajh M. Brown, Esq.
70 W. Madison St., Suite 3300
Chicago, IL 60602

Legacy Capital Group, LLC
Attn: Josh Greenblatt
96-14 Metropolitan Ave., 2nd Fl.
Forest Hills, NY 11375

Lehner Enterprises, LLC
Attn: Robin Lehner
9501 Balatta Canyon Ct.
Las Vegas, NV 89144

Leon Muhammad
c/o Bridge Energy Sports, LLC
1212 E 63rd St
Chicago, IL 60637

| | | |
|---|---|---|
| Lewis Roca Rothgerber & Christie<br>Attn: Kristen Martini, Esq.<br>One East Liberty Street<br>Reno, NV 89501-2128 | Manteau Downes, LLP<br>Attn: Patrick Downes, Esq.<br>10100 Santa Monica Blvd., #300<br>Los Angeles, CA 90067 | Massachusetts Dep't of Revenue<br>Attn: Bankr. Dep't/Managing Agt.<br>100 Cambridge St., 2nd Floor<br>Boston, MA 02114 |
| Merle Whitehead<br>c/o Harris Beach, PLLC<br>Attn: Frank Muggia, Esq.<br>726 Exchange Street, Suite 1000<br>Buffalo, NY 14210 | Merle Whitehead<br>c/o Howard Hanna<br>6505 E Quaker St<br>Orchard Park, NY 14127 | Metro Park, LLC<br>c/o Jody Padar, as Reg. Agent<br>200 E. Evergreen Ave., Suite 130<br>Mount Prospect, IL 60056 |
| Michael Lehner<br>4636 E. University Dr., Suite 150,<br>Phoenix, AZ 85034 | Michael Parentis<br>c/o Harris Beach, PLLC<br>Attn: Frank Muggia, Esq.<br>726 Exchange Street, Suite 1000<br>Buffalo, NY 14210 | Michael Parentis, M.D.<br>6380 Heise Rd.<br>Clarence Center, NY 14032-9372 |
| Michael Vasquez<br>c/o Harris Beach, PLLC<br>Attn: Frank Muggia, Esq.<br>726 Exchange Street, Suite 1000<br>Buffalo, NY 14210 | Michael Vasquez, M.D.<br>4927 Main Street, Suite 400<br>Buffalo, NY 14226 | Minnesota Dept. of Revenue<br>Attn: Bankr. Dept./Managing Agt.<br>600 N. Robert St.<br>Saint Paul, MN 55101 |
| Missouri Dept. of Revenue<br>Attn: Bankruptcy/Managing Agent<br>301 W. High St.<br>Jefferson City, MO 65101 | Montana Dept. of Revenue<br>Attn: Bankr. Desk/Managing Agent<br>PO Box 6309<br>Helena, MT 59604-6309 | National Hockey League<br>Attn: Legal Department<br>1 Manhattan West<br>395 Ninth Ave.<br>New York, NY 10001 |
| New Jersey Div. of Taxation<br>Attn: Bankruptcy Section<br>P.O. Box 245<br>Trenton, NJ 08695-0245 | New York Dep't of Taxation<br>Attn: Bankruptcy Department<br>Civil Enforecment Division<br>WA Harriman Campus<br>Albany, NY 12227-0001 | **Newport Sports Management, Inc.**<br>**Atn: Craig Oster**<br>**201 City Centre Dr., Suite 400**<br>**Mississauga, Ontario L5B 2T4**<br>**CANADA** |
| NHL Player's Association<br>Attn: Legal Department<br>10 Bay Street, Suite 1200<br>Toronto, ON M5J 2R8<br>CANADA, | Paul T. Croft<br>c/o Kennedy & Couvillier<br>Attn: Todd E. Kennedy, Esq.<br>3271 E. Warm Springs Rd.<br>Las Vegas, NV 89120 | Paul T. Croft<br>c/o Croft & Frost, LLC<br>1413 Chestnut St, Suite 401<br>Chattanooga, TN 37402 |
| Phillips Lionite Wood Prod. Pl. LLC<br>c/o Ken A. Martin, as Reg. Agent<br>115 Depot Rd.<br>Phillips, WI 54555-1354 | Phillips Lionite Wood Prods Co LLC<br>115 Depot Rd.<br>Phillips, WI 54555 | Phillips Lionite Wood Prods Co LLC<br>c/o Stephen D. Willet, as Reg. Agt.<br>106 Beebe St.<br>P.O. Box 89<br>Phillips, WI 54555-0089 |
| Pinnacle Settlements<br>Attn: Scott B. Goldschein, Esq.<br>9711 Washingtonian Blvd., Suite 201<br>Gaithersburg, MD 20878 | RL Exotics, LLC<br>c/o Accumera LLC, as Reg. Agent<br>3500 S. DuPont Hwy.<br>Dover, DE 19901 | RL Exotics, LLC<br>42055 Dawn Rd.<br>Plato, MO 65552 |
| RL Solar, LLC<br>c/o Accumera LLC, as Reg. Agent<br>3500 S. DuPoint Hwy.<br>Dover, DE 19901 | RMSPC Funding, LLC<br>c/o Cogency Global, as Reg. Agt.<br>850 New Burton Rd., Suite 201<br>Dover, DE 19904 | RMSPC Funding, LLC<br>c/o Sure Sports<br>2116 Hollywood Blvd.<br>Hollywood, FL 33020 |

RMSPC Funding, LLC
c/o Mahadeva, PLLC
Attn: P. Mahadeva, Esq.
80 Business Park Dr., Suite 201
Armonk, NY 10504

Roger Gilholm
c/o Gunnars Maskiner AB
Handvävargatan 9B
507 30 Brämhult
SWEDEN,

ROI Financial Group
Attn: Marc I. Rosenthal
7 Limestone Drive
Williamsville, NY 14221

S.E. Turner & Assocs., Ltd.
Attn:  Shane Turner
621 S. Waiola Ave.
La Grange, IL 60525

Sanjay Patel
c/o Messerli Kramer
Attn: Brett M. Larson, Esq.
100 South Fifth Street
Minneapolis, MN 55402

Snaps Holding Company
Attn: Sanjay Patel
16 S. 16th St., Suite 200
Fargo, ND 58106

Snaps Holding Company
Attn:  Sanjay Patel
P.O. Box 9495
Fargo, ND 58106-9495

Snaps Holdings
c/o Messerli Kramer
Attn: Brett M. Larson, Esq.
100 South Fifth Street
Minneapolis, MN 55402

Snaps Holidng Company
c/o Minn. Hospitality, Inc., as Reg. Agt
16 S 16th St., Suite 200
P.O. Boz 9495
Fargo, ND 58106-9495

SolarCode Holdings, LLC
c/o Nw. Registered Agt. Serv., Inc.
as Registered Agent
8 The Green, Suite B
Dover, DE 19901

SolarCode Management, LLC
c/o Nw. Registered Agt. Serv., Inc.
8 The Green, Suite B
Dover, DE 19901

SolarCode North America, LLC
c/o Bergin, Frakes, Smalley, et al.
Attn:  Michael Smalley, Esq.
4343 E. Camelback Rd., Suite 210
Phoenix, AZ 85018

SolarCode, LLC
c/o Michael Borden
102 Cassia Way
Las Vegas, NV 89144

SolarCode, LLC
c/o Tina West, as Reg. Agent
102 Cassia Way
Henderson, NV 89014

SolarCode, LLC
c/o Accumera LLC, as Reg. Agent
3500 S. DuPont Hwy.
Dover, DE 19901

SolarCode, LLC
Attn:  Michael Lehner
4636 E. University Dr., Suite 150
Phoenix, AZ 85034

South River Capital, LLC
Attn: Bankr. Dep't/Managing Agt.
1 Park Place, Ste. 540
Annapolis, MD 21401

South River Capital, LLC
Attn:  James Plack
1500 Wild Cranberry Dr.
Crownsville, MD 21032

South River Capital, LLC
c/o James Plack, as Reg. Agent
1500 Wild Cranberry Dr.
Crownsville, MD 21032

Steve Yahnke
c/o TKO Miller
788 N.Jefferson St. Suite 550
Milwaukee, WI 53202

Summerlin North Comm. Ass'n
c/o Leach Kern Gruchow, et al.
Attn:  Kirby C. Gruchow, Esq.
2525 Box Canyon Dr.
Las Vegas, NV 89128

SuperNova Eighty Seven LLC
c/o Corporation Service Co.
as Registered Agent
Wilmington, DE 19808

Sure Sports Lending
c/o Leon C. McKenzie, President
2116 Hollywood Blvd.
Hollywood, FL 33020

Sure Sports Lending, LLC
c/o Heitner Legal, PLLC
Attn: Darren Heitner, Esq.
215 Hendricks Isle
Fort Lauderdale, FL 33301-3706

Sure Sports Lending, LLC
c/o Focus 9 Enterprises, LLC,
as Registered Agent
2728 Enterprise Rd., Suite 230
Orange City, FL 32763

Taurus II, LLC
c/o Kennedy & Couvillier
Attn: Todd E. Kennedy, Esq.
3271 E. Warm Springs Rd.
Las Vegas, NV 89120

Taurus II, LLC
c/o Paul T. Croft
375 Jackson St., Suite 700E
St Paul, MN 55101

Taurus III, LLC
c/o Kennedy & Couvillier
Attn: Todd E. Kennedy, Esq.
3271 E. Warm Springs Rd.
Las Vegas, NV 89120

Taurus III, LLC
c/o Paul T. Croft, as Reg. Agent
375 Jackson St., Suite 700E
St Paul, MN 55101

Taurus LLC
c/o Kennedy & Couvillier
Attn: Todd E. Kennedy, Esq.
3271 E. Warm Springs Rd.
Las Vegas, NV 89120

Taurus LLC
c/o Paul T. Croft, as Reg. Agent
375 Jackson St., Suite 700E
St Paul, MN 55101

Taurus VII, LLC
c/o Kennedy & Couvillier
Attn: Todd E. Kennedy, Esq.
3271 E. Warm Springs Rd.
Las Vegas, NV 89120

Taurus VII, LLC
c/o Paul T. Croft
375 Jackson St., Suite 700E
St Paul, MN 55101

The Goldschein Law Firm, PC
Attn: Scott B. Goldschein, Esq.
9711 Washintonian Blvd., Suite 201
Gaithersburg, MD 20878

UBS Financial Services, Inc.
Attn: Bankr. Dep't/Managing Agent
1200 Harbor Blvd.
Weehawken, NJ 07086

UBS Financial Services, Inc.
c/o Corporation Serv. Co., as Reg. Agent
112 N. Curry St.
Carson City, NV 89703

Vegas Golden Knights
Attn: Chip Seigel III, CLO
1550 S. Pavilion Center Dr.
Las Vegas, NV 89135

Webbank/Fingerhut
Attn: Bankruptcy Dep't
6520 Ridgewood Rd.
Saint Cloud, MN 56303

Westridge Property Mgmt, LLC
c/o Northwest Registered Agt. Serv., Inc
8 The Green, Suite B
Dover, DE 19901