**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: Robert@ch7.vegas

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.   22-14616-nmc<br>Chapter 7 |
| ROBIN LINUS LEHNER and<br>DONYA TINA LEHNER, | **NOTICE OF HEARING** |
| Debtor. | Hearing Date:   February 14, 2023<br>Hearing Time:   2:00 p.m. |
| | Location:  TELEPHONIC HEARING ONLY |
| | Phone number:       (669) 254-5252<br>Meeting ID:              161 166 2815<br>Participant ID:         None<br>Meeting passcode:   115788 |

    NOTICE IS HEREBY GIVEN that a motion entitled MOTION TO ABANDON [DE #22] (the "***Motion***") was filed in the above-captioned case on January 17, 2023 by chapter 7 trustee ROBERT E. ATKINSON ("***Trustee***").  The Motion seeks to abandon the following property:

- Any interest that the bankruptcy estate has the sports contract between debtor Robin Lehner ("***Debtor***") and the Vegas Golden Knights ("***NHL Contract***"), *excluding* any and all non-exempt portions of the Debtor's earnings under the NHL Contract through the Petition Date, wherever held and whenever received, including, without limitation, any earnings, deferred compensation, the player's portion of the VGK escrow, and also any and all other payments and benefits under the NHL Contract that have vested as of the Petition Date (collectively, the "***Non-Exempt Earnings***").

    The basis for the motion is that, pursuant to applicable statutes in the United States Bankruptcy Code, personal services contracts such as the NHL Contract are not assumable or assignable by the Trustee, and therefore the future performance obligations under that contract are of no value to the estate.

-1-

NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before a U.S. Bankruptcy Judge at the time and place specified in the caption to this document. This hearing may be continued from time to time without further notice to you.

NOTICE IS FURTHER GIVEN that a copy of the Motion may be obtained from either: (i) the Bankruptcy Clerk located on the Fourth Floor of the Foley Federal Building, 300 Las Vegas Boulevard South Las Vegas, Nevada 89101; or (ii) by contacting the Trustee at either (702) 617-3200 or by email at robert@ch7.vegas.

NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views, then you must file an opposition with the court, and serve a copy on the Trustee no later than 14 days preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to LR 9014(c).

> If you object to the relief requested you *must* file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

DATED: January 17, 2023

    /s/ Robert E. Atkinson
ROBERT E. ATKINSON
CHAPTER 7 BANKRUPTCY TRUSTEE