LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

ROBIN LINUS LEHNER and
DONYA TINA LEHNER,

  Debtors.

Case No. 22-14616-nmc
Chapter 7

### STIPULATION FOR LIMITED RELIEF FROM THE AUTOMATIC STAY IN FAVOR OF BLACK KNIGHT SPORTS AND ENTERTAINMENT LLC D/B/A VEGAS GOLDEN KNIGHTS, TO EFFECTUATE SETOFF

Debtor, Robin Linus Lehner ("Mr. Lehner"), Black Knight Sports and Entertainment LLC d/b/a Vegas Golden Knights (the "Club"), and Robert Atkinson, in his capacity as chapter 7 trustee in the above-referenced bankruptcy case (the "Chapter 7 Trustee" and together with the Debtors and the Club, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree (the "Stipulation") as follows:

1. On or about October 2, 2020, Mr. Lehner and the Club entered into a National Hockey League Player's Contract, and related Addendum (the "NHL Contract") for a term of five (5) League Years (as defined therein) commencing on or about July 1, 2020.

2. On December 30, 2022 (the "Petition Date"), Mr. Lehner and his wife filed their voluntary petition for relief under chapter 7 of the Bankruptcy Code, thereby commencing their bankruptcy case (the "Chapter 7 Case"), and the Chapter 7 Trustee was appointed in the case.

3. The NHL Contract remained in effect as of the Petition Date, and there are certain future rights and future obligations under that agreement, including without limitation, a right to payment for post-petition services in favor of Mr. Lehner, but subject to all terms and conditions therein.

4. On January 17, 2023, the Chapter 7 Trustee filed an application to abandon any interest of the bankruptcy estate in and to the NHL Contract, subject to certain limitations as set forth therein to non-exempt compensation owing to Mr. Lehner as of the Petition Date [ECF No. 22], however, as of the date of this Stipulation, the time for approval of that application has not passed, and thus Mr. Lehner includes the Chapter 7 Trustee as a signatory to this Stipulation, and out of an abundance of caution, and merely for the purpose of confirming that he has no objection to the limited stay relief requested herein.

5. The Club has advised that there is a pre-petition obligation owing to it by Mr. Lehner related to his use of a rental car with the Club's credit card in the amount of $4,220.31 (the "Rental Obligation"), which remained outstanding as of the Petition Date, and which it would like to setoff against its future payments to him under the NHL Contract.

6. The Parties agree that the Club may be granted limited relief from the automatic stay pursuant to 11 U.S.C. § 362 and for the sole and exclusive purpose of allowing it to effectuate a setoff of the Rental Obligation against any future payments due Mr. Lehner under the NHL Contract.

7. Nothing herein is intended or should be construed as altering or amending any other rights or remedies either Mr. Lehner or the Club have in and to the NHL Contract, which remains in full force and effect without change, and the parties reserve all rights in that regard.

NOW, THEREFORE, the Parties request that the Court enter the proposed Order attached hereto as **Exhibit 1**, thereby approving this Stipulation and the relief requested herein. The Parties also request relief from any stay of the effectiveness of this Order pursuant to Fed. R. Bankr. P. 4001(a)(3), such that the Order shall be effective immediately upon its entry on the docket.

. . .

Dated: January ___, 2023.

APPROVED:

By: /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, NV 89101

Attorneys for Debtor

APPROVED:

By: /s/ Charles A. Seigel
Charles A. Seigel III, Esq.,
Chief Legal Officer
Vegas Golden Knights
1701 Village Center Cir.
Las Vegas, NV 89134
Tel: 702-445-6594
Email: cseigel@VegasGoldenKnights.com

Attorneys for Black Knight Sports
and Entertainment LLC,
d/b/a Vegas Golden Knights

APPROVED:

By: /s/ Robert E. Atkinson
ROBERT E. ATKINSON
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E. Warm Springs Rd., Suite 130
Las Vegas, NV 89119
Tel: (702) 617-3200
Email: Robert@ch7.vegas

Chapter 7 Trustee

# # #