JASON M. WILEY, ESQ.
Nevada Bar No. 9274
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 10715
**WILEY PETERSEN**
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone: 702.910.3329
jwiley@wileypetersenlaw.com
rpetersen@wileypetersenlaw.com

*Attorneys for Creditor SureSports*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: 22-14616-nmc |
|---|---|
| ROBIN LINUS LEHNER and DONYA TINA LEHNER, | Chapter 7 |
| Debtors. | **NOTICE OF APPERANCE AND REQUEST FOR SPECIAL NOTICE OF CREDITOR SURESPORTS** |

PLEASE TAKE NOTICE that Jason M. Wiley, Esq. of the law firm Wiley Petersen, attorney for Creditor SURESPORTS, hereby enter their appearance on the record in the above-entitled bankruptcy proceeding pursuant to Rules 2002, 4009, 9007, 9010 and 9014(b) and hereby requests special notice of all hearings, actions, contested matters and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses and other related materials that are issued or filed in connection with these proceedings by the Court, Debtor, or any other parties of interest in the above-entitled matters. All notices and copies in response to the foregoing and pursuant to LR 2002 and 4009, all notices required to be mailed by Claimant shall be directed to:

JASON M. WILEY, ESQ.
Nevada Bar No. 9274
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 10715
**WILEY PETERSEN**
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone: 702.910.3329
jwiley@wileypetersenlaw.com
rpetersen@wileypetersenlaw.com

*Attorneys for Creditor SureSports*

1    PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in Bankruptcy Rule 2002, but also, without limitation, notices of any orders or other pleadings, motions, applications, complaints, demands, hearings, requests, petitions, objections, answering or reply papers, and any memoranda or briefs in support of any of the foregoing, and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, facsimile, e-mail or otherwise.

    This Request for Special Notice shall not be deemed to be a waiver of the above-named parties-in-interests' right to (1) have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) arbitration or trial by jury in any proceeding so referred or triable in this case or any case, controversy, or proceeding related to these cases, (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights claims, actions, set-offs, or recoupments to which the above-named party-in-interest is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the above-named party-in-interest expressly reserves.

    The foregoing counsel on behalf of the parties so name herein furthermore requests a list of the creditors in question for purposes of service from this date.

    DATED this 27th day of January, 2023.

**WILEY PETERSEN**

*/s/ Jason M. Wiley*
JASON M. WILEY, ESQ.
Nevada Bar No. 9274
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 10715
1050 Indigo Drive, Suite 200-B
Las Vegas, Nevada 89145
Telephone: 702.910.3329
jwiley@wileypetersenlaw.com
rpetersen@wileypetersenlaw.com

*Attorneys for Creditor SureSports*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Wiley Petersen, and that on the 27th day of January, 2023, I caused to be served a true and correct copy of foregoing **NOTICE OF APPERANCE AND REQUEST FOR SPECIAL NOTICE OF CREDITOR SURESPORTS** in the following manner:

Pursuant to Administrative Order 14-2, the above-reference document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities to those parties listed on the Court's Master Service List.

        */s/ Caitlin Pascal*
An Employee of WILEY PETERSEN