

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
January 30, 2023

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

ROBIN LINUS LEHNER and
DONYA TINA LEHNER,

        Debtors.

Case No. 22-14616-nmc
Chapter 7

**ORDER APPROVING STIPULATION FOR LIMITED RELIEF
FROM THE AUTOMATIC STAY IN FAVOR OF BLACK KNIGHT
SPORTS AND ENTERTAINMENT LLC D/B/A
<u>VEGAS GOLDEN KNIGHTS, TO EFFECTUATE SETOFF</u>**

The Court having reviewed and considered the *Stipulation for Limited Relief from the Automatic Stay in Favor of Black Knight Sports and Entertainment LLC, d/b/a Vegas Golden Knights, to Effectuate Setoff* (the "<u>Stipulation</u>"), by and among the debtor, Robin Linus Lehner ("<u>Mr. Lehner</u>"), Black Knight Sports and Entertainment LLC d/b/a/ Vegas Golden Knights (the

"Club"), and Robert Atkinson, in his capacity as trustee of Mr. Lehner's bankruptcy case (collectively with Mr. Lehner and the Club, the "Parties"), and good cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is APPROVED.[1]

2. The Club shall be and hereby is GRANTED limited relief from the automatic stay pursuant to 11 U.S.C. § 362 and for the sole and exclusive purpose of allowing it to effectuate a setoff of the Rental Obligation against any future payments due Mr. Lehner under the NHL Contract.

3. Nothing in the Stipulation or this Order is intended or should be construed as altering or amending any other rights or remedies either Mr. Lehner or the Club have in and to the NHL Contract, which remains in full force and effect without change, and the parties reserve all rights in that regard.

4. This Court reserves jurisdiction over the interpretation, implementation and enforcement of the Stipulation and this Order.

**IT IS SO ORDERED.**

APPROVED:

By: /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, NV 89101

Attorneys for Debtor

APPROVED:

By: /s/Charles A. Seigel
Charles A. Seigel III, Esq.,
Chief Legal Officer
VEGAS GOLDEN KNIGHTS
1701 Village Center Cir.
Las Vegas, NV 89134
Tel: 702-445-6594
Email: cseigel@VegasGoldenKnights.com

Attorneys for Black Knight Sports
and Entertainment LLC
d/b/a Vegas Golden Knights

. . .

. . .

---

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meanings as in the Stipulation.

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

APPROVED:

By:   /s/ Robert E. Atkinson
ROBERT E. ATKINSON
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E. Warm Springs Rd., Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: Robert@ch7.vegas

Chapter 7 Trustee

# # #

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

3