# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation | |
|---|---|---|
| $245 | filing fee | |
| $78 | administrative fee | |
| + $15 | trustee surcharge | |
| $338 | total fee | |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

|   |        |                    |
|---|--------|--------------------|
|   | $1,167 | filing fee         |
| + | $571   | administrative fee |
|   | $1,738 | total fee          |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

<table>
<tr><td>

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

</td></tr>
</table>

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td>Robin Linus Lehner</td></tr>
<tr><td></td><td>First Name      Middle Name      Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse if, filing)</td><td>Donya Tina Lehner</td></tr>
<tr><td></td><td>First Name      Middle Name      Last Name</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEVADA</td></tr>
<tr><td>Case number<br>(if known)</td><td>22-14616-nmc</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:   Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $ 0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B............................................... | $ 5,157,708.69 |
| 1c. Copy line 63, Total of all property on Schedule A/B...................................................... | $ 5,157,708.69 |

**Part 2:   Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 1,700,000.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................. | $ 19,499.67 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 25,640,744.33 |
| **Your total liabilities** | $ 27,360,244.00 |

**Part 3:   Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................... | $ 231,695.24 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.................................................................... | $ 52,509.00 |

**Part 4:   Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor 1    Robin Linus Lehner
Debtor 2    Donya Tina Lehner

Case number *(if known)*    22-14616-nmc

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |

9g. **Total.** Add lines 9a through 9f.

$ _____

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | Robin Linus Lehner |
| | First Name     Middle Name     Last Name |
| Debtor 2 | Donya Tina Lehner |
| (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | 22-14616-nmc |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                               12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

| 3.1 | Make: | Rolls Royce | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | Phantom | ■ Debtor 1 only | |
| | Year: | 2019 | ☐ Debtor 2 only | |
| | Approximate mileage: | 18,000 | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | Lease with Putnam Leasing, commenced 10/20/20, 60 months @ $4,995/month, with a purchase balloon of $165,000; $50,000 downpayment (debtor intends to reject) | | ☐ Check if this is community property (see instructions) | Unknown          Unknown |

| 3.2 | Make: | Mercedes Benz | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | G63 AMG | ■ Debtor 1 only | |
| | Year: | 2019 | ☐ Debtor 2 only | |
| | Approximate mileage: | 34,000 | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | Lease with Putnam Leasing, commenced 7/30/20, 36 months @ $3,939.43/month, with a purchase option of $60,000; $25,000 down payment already made, VIN *7433 (debtor intends to assume) | | ☐ Check if this is community property (see instructions) | Unknown          Unknown |

| Debtor 1 | Robin Linus Lehner | | |
|---|---|---|---|
| Debtor 2 | Donya Tina Lehner | | Case number *(if known)*  22-14616-nmc |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here.............................................................=>

   $0.00

**Part 3:**  Describe Your Personal and  Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   | Miscellaneous household goods; See Exhibit B for detail; value per appraisal. | $9,790.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   | Miscellaneous electronics; See Exhibit B for detail; value per appraisal. | $2,050.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes.  Describe.....

   | 12 Assorted Purses; value per appraisal. | $1,300.00 |
   |---|---|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

   | Miscellaneous sports equipment; See Exhibit B for detail; value per appraisal. | $3,685.00 |
   |---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ■ No
    ☐ Yes.  Describe.....

Debtor 1    Robin Linus Lehner
Debtor 2    Donya Tina Lehner

Case number *(if known)*    22-14616-nmc

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Rolex Watch (Value to be determined- obtaining appraisal) | Unknown |
| Wedding Ring (Value to be determined - obtaining appraisal) | Unknown |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Three dogs | $0.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..........................................................................**     $16,825.00

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes.................................................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes......................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | Withholding from paycheck | Deferred Compensation from VGK ($100,000 as of Petition Date); Debtor has not received yet | $100,000.00 |
| 17.2. | Checking | Bank Account - City National Bank, Account No. *4123 | $48,766.02 |
| 17.3. | Checking | Bank Account - City National Bank, Account No. *3296 | $498,958.80 |
| 17.4. | Withholding from paycheck | Projected Player's share of VGK Escrow per Collective Bargaining Agreement between NHLPA and NHL, and accrued through the Petition Date only; Debtor has not received yet, and won't until end of season | $435,581.08 |

| Debtor 1 | Robin Linus Lehner |
|---|---|
| Debtor 2 | Donya Tina Lehner |

Case number *(if known)* 22-14616-nmc

|  |  | Checking; | Acct. No. | Swedeb Bank Account (Swedish Krona 78082,01 x US exchange rate of $.095) |  |
|---|---|---|---|---|---|
|  | 17.5. | 5389 |  |  | $7,417.79 |

**18. Bonds, mutual funds, or publicly traded stocks**
  *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
  ■ No
  ☐ Yes..................         Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
  ☐ No
  ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| Westridge Property Management, LLC: owns 9501 Balatta Canyon Court, Las Vegas, NV 89144, Debtor's residence; property is worth approximately $3.25 million, but has a deed of trust in favor of South River Capital, LLC in first position in the amount of at least $2.787 million, which was due and payable in fully by 1/1/23 | 100 | % | $3,250,000.00 |
| Lehner Enterprises, LLC: (I) per Agreement dated October 22, 2020, Lehner Enterprises, LLC transferred to Michael Lehner 100% of RL Solar, LLC, which in turn, owns certain intellectual property, and 100% of SolarCode Holdings, LLC, which in turn, owes 100% of the membership interersts in SolarCode, LLC, SolarCode Manufacturing, LLC, and SolarCode Management, LLC, and 85% of Sunshine Alley, LLC, but subject to a promissory note in the amount of $15.3 million and 50-50 profit share; (II) owns business bank account at Bank of America, Account No. *7984; (III) owns an abandoned trademark for "SolarCode" USPTO Serial No. 88914010 (SolarCode, LLC has a current live trademark for the same as Serial No. 97138055) | 100 | % | Unknown |
| RL Exotics, LLC: operates reptile farm in Plato, Missouri; has business bank account at Bank of America, Account No. *0536; and Paypal account, Account No. *BQ4S | 100 | % | Unknown |
| 42055 Dawn Road LLC: owns 42055 Dawn Road, Plato, Laclede County, Missouri 65552; property believed to be worth approximately $800,000, but is encumbered by a mortgage in favor of Heritage Bank of the Ozarks that is now past due | 100 | % | $800,000.00 |
| IguanaLand, LLC: membership interest in reptile and avian zoo located at 33900 Bermont Rd, Punta Gorda, FL 33982 | 20 | % | Unknown |
| Panda Branding, LLC: owns business bank account at Bank of America, Account No. *1933, and some intellectual property | 100 | % | Unknown |

| Debtor 1 | Robin Linus Lehner | | | |
|---|---|---|---|---|
| Debtor 2 | Donya Tina Lehner | | Case number *(if known)* | 22-14616-nmc |

|   |   |   |   |
|---|---|---|---|
| Premier Rats, LLC: potential interest (unknown); entity never did anything | 100% | % | Unknown |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them
         Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| NHL Pension | Sun Life Financial, Account No. *1365 | Unknown |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes. .....................      Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| TY 2022 anticipated refund (return not yet prepared) | Federal and state | Unknown |
|---|---|---|

| Debtor 1 | Robin Linus Lehner | | |
|---|---|---|---|
| Debtor 2 | Donya Tina Lehner | Case number *(if known)* | 22-14616-nmc |

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes. Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.

| | Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|---|

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No
■ Yes.  Describe each claim.........

| Potential claim against Milos Andric -  various causes of action | Unknown |
|---|---|
| Potential claim against Paul Croft - various causes of action | Unknown |
| David Herrera  - various causes of action | Unknown |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
■ No
☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
■ No
☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.......................................................................................................................

$5,140,723.69

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor 1   Robin Linus Lehner

Debtor 2   Donya Tina Lehner

Case number *(if known)*   22-14616-nmc

38. **Accounts receivable or commissions you already earned**
- ■ No
- ☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
- ☐ No
- ■ Yes. Describe.....

| Miscellaneous office furniture; See Exhibit B for detail; value per appraisal. | $160.00 |

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
- ■ No
- ☐ Yes. Describe.....

41. **Inventory**
- ■ No
- ☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
- ■ No
- ☐ Yes. Give specific information about them...................
  Name of entity:                              % of ownership:

43. **Customer lists, mailing lists, or other compilations**
- ■ No.
- ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

  - ■ No
  - ☐ Yes. Describe.....

44. **Any business-related property you did not already list**
- ■ No
- ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...................................................................................................................

| $160.00 |

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes.  Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

| Debtor 1 | Robin Linus Lehner | | |
|---|---|---|---|
| Debtor 2 | Donya Tina Lehner | Case number *(if known)* | 22-14616-nmc |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ☒ Yes. Give specific information.........

| | |
|---|---|
| Rights under Agreement dated 10/22/20 by and between Lehner Enterprises, LLC, Robin Lehner, and Michael Lehner, including Promissory Note from Michael Lehner to pay $15.3 million to Lehner Enterprises, LLC, and Robin Lehner to receive 50% of the net profits in both SolarCode Holdings, LLC, or its related entities, and Ecoboost USA, LLC, or its related entities, and also an equally diluted profits interest therein upon the sale or transfer of a membership interest therein to a third party.  SolarCode group of companies have their own bank accounts at Bank of America, which are not listed herein. | Unknown |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | $0.00 |

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** .................................................................................................. $0.00

| 56. | **Part 2: Total vehicles, line 5** | $0.00 |
|---|---|---|
| 57. | **Part 3: Total personal and household items, line 15** | $16,825.00 |
| 58. | **Part 4: Total financial assets, line 36** | $5,140,723.69 |
| 59. | **Part 5: Total business-related property, line 45** | $160.00 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. | **Part 7: Total other property not listed, line 54** + | $0.00 |

62. **Total personal property.** Add lines 56 through 61... | $5,157,708.69 | Copy personal property total | $5,157,708.69 |

63. **Total of all property on Schedule A/B**. Add line 55 + line 62 | $5,157,708.69 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td>Robin Linus Lehner<br>First Name         Middle Name         Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse if, filing)</td><td>Donya Tina Lehner<br>First Name         Middle Name         Last Name</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEVADA</td></tr>
<tr><td>Case number<br>(if known)</td><td>22-14616-nmc</td></tr>
</table>

☐ Check if this is an
   amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                              4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 2019 Mercedes Benz G63 AMG 34,000 miles<br>Lease with Putnam Leasing, commenced 7/30/20, 36 months @ $3,939.43/month, with a purchase option of $60,000; $25,000 down payment already made, VIN *7433 (debtor intends to assume)<br>Line from *Schedule A/B*: 3.2 | Unknown | ■ $30,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(f) |
| Miscellaneous household goods; See Exhibit B for detail; value per appraisal.<br>Line from *Schedule A/B*: 6.1 | $9,790.00 | ■ $9,790.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(b) |
| Miscellaneous electronics; See Exhibit B for detail; value per appraisal.<br>Line from *Schedule A/B*: 7.1 | $2,050.00 | ■ $2,050.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(b) |
| 12 Assorted Purses; value per appraisal.<br>Line from *Schedule A/B*: 8.1 | $1,300.00 | ■ $1,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |

Debtor 1    Robin Linus Lehner
Debtor 2    Donya Tina Lehner                                                Case number (if known)    22-14616-nmc

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Miscellaneous sports equipment; See Exhibit B for detail; value per appraisal. Line from *Schedule A/B*: 9.1 | $3,685.00 | ■  $3,685.00<br>☐  100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(d) |
| Wedding Ring (Value to be determined - obtaining appraisal) Line from *Schedule A/B*: 12.2 | Unknown | ■  Unknown<br>☐  100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(a) |
| Withholding from paycheck: Deferred Compensation from VGK ($100,000 as of Petition Date); Debtor has not received yet Line from *Schedule A/B*: 17.1 | $100,000.00 | ■  $75,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(g) |
| Checking: Bank Account - City National Bank, Account No. *4123 Line from *Schedule A/B*: 17.2 | $48,766.02 | ■  $36,574.50<br>☐  100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(g) |
| Checking: Bank Account - City National Bank, Account No. *4123 Line from *Schedule A/B*: 17.2 | $48,766.02 | ■  $160.00<br>☐  100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |
| Checking: Bank Account - City National Bank, Account No. *3296 Line from *Schedule A/B*: 17.3 | $498,958.80 | ■  75%<br>☐  100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(g) |
| Checking: Bank Account - City National Bank, Account No. *3296 Line from *Schedule A/B*: 17.3 | $498,958.80 | ■  $18,540.00<br>☐  100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |
| Withholding from paycheck: Projected Player's share of VGK Escrow per Collective Bargaining Agreement between NHLPA and NHL, and accrued through the Petition Date only; Debtor has not received yet, and won't until end of season Line from *Schedule A/B*: 17.4 | $435,581.08 | ■  75%<br>☐  100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(g) |
| Checking;  Acct. No. 5389: Swedeb Bank Account (Swedish Krona 78082,01  x US exchange rate of $.095) Line from *Schedule A/B*: 17.5 | $7,417.79 | ■  $5,563.34<br>☐  100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(g) |

Debtor 1    Robin Linus Lehner
Debtor 2    Donya Tina Lehner

Case number (if known)    22-14616-nmc

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | | Specific laws that allow exemption |
|---|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | | |
| Westridge Property Management, LLC: owns 9501 Balatta Canyon Court, Las Vegas, NV 89144, Debtor's residence; property is worth approximately $3.25 million, but has a deed of trust in favor of South River Capital, LLC in first position in the amount of at l<br>Line from *Schedule A/B*: 19.1 | $3,250,000.00 | ■ | $605,000.00 | Nev. Rev. Stat. §§ 21.090(1)(l), 115.005, 115.010, 115.050 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| NHL Pension: Sun Life Financial, Account No. *1365<br>Line from *Schedule A/B*: 21.1 | Unknown | ☐ | | Nev. Rev. Stat. § 21.090(1)(r) |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |
| Miscellaneous office furniture; See Exhibit B for detail; value per appraisal.<br>Line from *Schedule A/B*: 39.1 | $160.00 | ■ | $160.00 | Nev. Rev. Stat. § 21.090(1)(d) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐  No

   ■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐  No

       ■  Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Robin Linus Lehner |
| | First Name        Middle Name        Last Name |
| Debtor 2 | Donya Tina Lehner |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | 22-14616-nmc |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property               12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list  he claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion If any |

| 2.1 | DMC Financing, LLC | | |
|---|---|---|---|

Creditor's Name

Attn: Clark A. Gassen, Manager
1907 Wayzata Blvd. Ste. 180
Wayzata, MN 55391

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

Business Debt: Personal Guaranty - Promissory Note (SolarCode); UCC filed 1/21/2021 to perfect security interest in only tax refunds

Column A: $1,000,000.00
Column B: $0.00
Column C: $1,000,000.0 0

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Security Agrement & Financing Statement 2021149632-8

**Date debt was incurred** 10/7/20 (NV UCC filed 1/21/21)

**Last 4 digits of account number** _____

Debtor 1    Robin Linus Lehner

       First Name        Middle Name        Last Name

Debtor 2    Donya Tina Lehner

       First Name        Middle Name        Last Name

Case number (if known)    22-14616-nmc

---

| 2.2 | Jackson Lending, LP | | | $700,000.00 | $0.00 | $700,000.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

Business Debt: Personal Guaranty of Commercial Note (SolarCode); secured in "certain technology as defined in Patent Acquisition Agreement dated 1/1/20 between Milos Andric and RL SOLAR, LLC and Assignment Thereof Signed 6/29/21

Attn: Bankr. Dept/Managing Agt.
3220 W. 98th St., Ste 201
Evergreen Park, IL 60805

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    UCC filed 3/25/2022 2022230186-2

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred    6/29/21 (NV UCC filed 3/25/22)

**Last 4 digits of account number** _____

---

| 2.3 | RMSPC Funding, LLC | | | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

Business Debt: Promissory Note, allegedly secured in all or substantially all of Debtor's personal property, including without limitation his future earnings under his NHL Player's Contract, which is disputed (paid off by Aliya)

c/o RainMaker Holding Group, LLC
Attn: Manager/Bankruptcy Dep't
13 Arcadia Rd. 2
Old Greenwich, CT 06870

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    NV UCC filed 5-24-21

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred    5/24/2021 & 11/15/21

**Last 4 digits of account number** _____

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,700,000.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,700,000.00 |

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any

Debtor 1  Robin Linus Lehner
        First Name            Middle Name         Last Name

Debtor 2  Donya Tina Lehner
        First Name             Middle Name         Last Name

Case number (if known)  22-14616-nmc

**debts in Part 1, do not fill out or submit this page.**

[ ]  Name, Number, Street, City, State & Zip Code
DMC Financing, LLC
c/o Registered Agent
13911 Ridgedale Dr., #125
Hopkins, MN 55305

On which line in Part 1 did you enter the creditor?  2.1

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code
Jackson Lending, LP
c/o Jackson Lending GP, LLC
Attn: Nicholas C. Zagotta
9927 S. Sawyer Ave.
Evergreen Park, IL 60805

On which line in Part 1 did you enter the creditor?  2.2

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code
RMSPC Funding, LLC
c/o Cogency Global, as Reg. Agt.
850 New Burton Rd., Suite 201
Dover, DE 19904

On which line in Part 1 did you enter the creditor?  2.3

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code
RMSPC Funding, LLC
c/o Mahadeva, PLLC
Attn: P. Mahadeva, Esq.
80 Business Park Dr., Suite 201
Armonk, NY 10504

On which line in Part 1 did you enter the creditor?  2.3

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code
RMSPC Funding, LLC
c/o Sure Sports
2116 Hollywood Blvd.
Hollywood, FL 33020

On which line in Part 1 did you enter the creditor?  2.3

Last 4 digits of account number ___

---

Official Form 106D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 3 of 3

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Robin Linus Lehner |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Donya Tina Lehner |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | 22-14616-nmc |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                         12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list  he other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | Clark County Assessor | Last 4 digits of account number _____ | $19,499.67 | $19,499.67 | $0.00 |

Priority Creditor's Name
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155
Number Street City State Zip Code

When was the debt incurred?    2022/2023

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
Property taxes

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out  he Continuation Page of Part 2.

Total claim

Debtor 1   Robin Linus Lehner
Debtor 2   Donya Tina Lehner

Case number (if known)   22-14616-nmc

| 4.1 | Aliya Growth Fund LLC - Series X | Last 4 digits of account number | | $4,750,000.00 |

Nonpriority Creditor's Name
c/o Shea Larsen
1731 Village Ctr. Cir., Suite 150
Las Vegas, NV 89134
Number Street City State Zip Code

**When was the debt incurred?**    11/9/22

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and o her similar debts

■ Other. Specify    Business Debt: Promissory Note, Loan & Security Agreement & Guaranty; filed UCC-1 in Florida on 1/3/23, but none in Nevada, and thus unperfected as of Petition Date; allegedly secured in substantially all of the Debtor's personal property

| 4.2 | American Express | Last 4 digits of account number | 2008 | $99,699.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy Dept. / Managing Agent
P.O. Box 96001
Los Angeles, CA 90096-8000
Number Street City State Zip Code

**When was the debt incurred?**    Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and o her similar debts

■ Other. Specify    Credit card

Debtor 1   Robin Linus Lehner
Debtor 2   Donya Tina Lehner

Case number (if known)   22-14616-nmc

---

| 4.3 | American Express | Last 4 digits of account number | 3373 | | $8,288.00 |

**Nonpriority Creditor's Name**
Attn: Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   Opened 08/19  Last Active 12/15/22

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and o her similar debts
- ■ Other. Specify   Credit Card

---

| 4.4 | American Express | Last 4 digits of account number | 7873 | | $8,288.00 |

**Nonpriority Creditor's Name**
Attn: Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   Opened 08/19  Last Active 12/15/22

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and o her similar debts
- ■ Other. Specify   Credit Card

---

| 4.5 | Anne Meade | Last 4 digits of account number | | | $448,000.00 |

**Nonpriority Creditor's Name**
9901 Rosier Creek
Glen Allen, VA 23060
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and ano her
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   8/21/20

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and o her similar debts
- ■ Other. Specify   Business Debt: Promissory Note (SolarCode)

---

Debtor 1   Robin Linus Lehner

Debtor 2   Donya Tina Lehner

Case number (if known)   22-14616-nmc

| 4.6 | ASLA Capital LLC | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

Attn: Alfonso G. Soriano
200 S. Biscayne Blvd., Ste. 4100
Miami, FL 33131

When was the debt incurred?    3/1/21

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Contingent

□ Debtor 1 and Debtor 2 only

□ Unliquidated

□ At least one of the debtors and another

■ Disputed

□ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and o her similar debts

□ Yes

■ Other. Specify    Promissory Note, Loan & Security Agreement - Notice Only

| 4.7 | Bank of America, N.A. | Last 4 digits of account number   7180 | | $4,554.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

Attn: Bankruptcy Dep't
4909 Savarese Circle
Tampa, FL 33634

When was the debt incurred?    Opened 10/18  Last Active 12/22

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Contingent

□ Debtor 1 and Debtor 2 only

□ Unliquidated

□ At least one of the debtors and another

□ Disputed

□ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and o her similar debts

□ Yes

■ Other. Specify    Credit Card

| 4.8 | Bank of America, N.A. | Last 4 digits of account number   7400 | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

Attn: Bankrutpcy Dep't
P.O. Box 851001
Dallas, TX 75285

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Contingent

□ Debtor 1 and Debtor 2 only

□ Unliquidated

□ At least one of the debtors and another

□ Disputed

□ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and o her similar debts

□ Yes

■ Other. Specify    Credit Card

Debtor 1  Robin Linus Lehner

Debtor 2  Donya Tina Lehner

Case number (if known)  22-14616-nmc

---

| 4.9 | Bredan, LLC | Last 4 digits of account number | | $895,000.00 |

Nonpriority Creditor's Name
Attn: Daniel Gelb, Manager
9617 Oak Ridge Trail
Hopkins, MN 55305

Number Street City State Zip Code

**When was the debt incurred?**    12/23/20

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and ano her
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify    Business Debt: Alleged personal guaranty of Promissory Note (SolarCode)

---

| 4.10 | Bridge Energy Sports, LLC | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
Attn: Leon Muhammad
7400 South Stony Island
Chicago, IL 60649

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify    Notice Only

---

| 4.11 | Bryan Cave Leighton Paisner, LLP | Last 4 digits of account number | | $139,115.28 |

Nonpriority Creditor's Name
One Metropolitan Square
211 N. Broadway, Suite 3600
Saint Louis, MO 63102-2750

Number Street City State Zip Code

**When was the debt incurred?**    2018-2020

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify    Business Debt: Legal services (RL Exotics, LLC)

---

Debtor 1    Robin Linus Lehner

Debtor 2    Donya Tina Lehner

Case number (if known)    22-14616-nmc

| 4.1 2 | Byzfunder NY LLC | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

Attn: Bankr. Dep't/Managing Agt.
263 W. 38th Street, 13th Floor
New York, NY 10018

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and ano her

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and o her similar debts

■ Other. Specify    Business Debt: Guaranty of Revenue Purchase Agreement (RL Exotics, LLC)

---

| 4.1 3 | C6 Capital Funding LLC | Last 4 digits of account number | $753,500.00 |

Nonpriority Creditor's Name

Attn:  Andrew Fellus
c/o 8791 S. Redwood Rd., Suite 200
West Jordan, UT 84088

Number Street City State Zip Code

**When was the debt incurred?**    3/1/22

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and ano her

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and o her similar debts

■ Other. Specify    Business Debt: Personal Guaranty of SolarCode LLC loan

| Debtor 1 | Robin Linus Lehner |
|---|---|
| Debtor 2 | Donya Tina Lehner |

Case number *(if known)*  22-14616-nmc

---

**4.14** | **Citadel Servicing Corp.**

Nonpriority Creditor's Name
dba ACRA Lending
Attn: Bankruptcy Dept/Managing Agent
25531 Commercentre Dr., Ste. 160
Forest, CA 92361
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and ano her
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**  3/24/22

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, o her similar debts
■ Other. Specify   Business Debt: Westridge Property Management, LLC - guarantor (9501 Balatta Canyon Ct., Las Vegas, NV 89144 residence of Debtor)

---

**4.15** | **Commercial Capital BIDCO, Inc.**

Nonpriority Creditor's Name
Attn:  Terry Luker, as Reg. Agt.
133 Holiday Ct., Suite 207
Franklin, TN 37067
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, o her similar debts
■ Other. Specify   Business Debt: Personal Guaranty - Council for the Spanish Speaking, Inc.

---

Debtor 1   Robin Linus Lehner
Debtor 2   Donya Tina Lehner

Case number *(if known)*    22-14616-nmc

| 4.16 | David M. Herrera | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
c/o Chuhak & Tecson
Attn: Kevin Coyne, Esq.
120 S. Riverside Plz, Suite 1700
Chicago, IL 60606-3911
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify   Notice Only

| 4.17 | David Schlee | Last 4 digits of account number | $200,000.00 |

Nonpriority Creditor's Name
c/o Apex
35 Long Ave.
Hamburg, NY 14075
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and ano her
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   11/18/20

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify   Promissory Note

Debtor 1    Robin Linus Lehner

Debtor 2    Donya Tina Lehner

Case number (if known)    22-14616-nmc

| 4.1 8 | Deutsche Bank Luxembourg S.A. | | $2,800,000.00 |

**Deutsche Bank Luxembourg S.A.**
Nonpriority Creditor's Name
2, Boulevard Konrad Adenauer
L - 1115
LUXEMBOURG
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and ano her
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    4/24/2020

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify    Business Debt: Personal Guaranty - Credit Facility for Milos Andric, as borrower, and Deutsche Bank Luxembourg S.A., as lender

---

| 4.1 9 | Digital Asset Redemption, LLC | | $100,000.00 |

**Digital Asset Redemption, LLC**
Nonpriority Creditor's Name
Attn:  Matthew Leidlein, Director
318 W Adams St., 10th Floor
Chicago, IL 60606
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    9/13/22

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify    Promissory Note

---

| 4.2 0 | Dr. Mehmet Erk | | $200,000.00 |

**Dr. Mehmet Erk**
Nonpriority Creditor's Name
8270 Wehrle Dr.
Buffalo, NY 14221
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    1/25/19

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify    Promissory Note

---

Debtor 1    Robin Linus Lehner
Debtor 2    Donya Tina Lehner

Case number (if known)    22-14616-nmc

---

| 4.2 1 | Dr. Michael Parentis | | |
|---|---|---|---|

**Dr. Michael Parentis**
Nonpriority Creditor's Name
c/o WNY Knee & Ortho. Surg., PC
3085 Southwestern Blvd., # 203
Orchard Park, NY 14127
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and ano her
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    1/1/22

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify    Business Debt: Promissory Note (SolarCode)

$380,000.00

---

| 4.2 2 | Dr. Michael Vasquez | | |
|---|---|---|---|

**Dr. Michael Vasquez**
Nonpriority Creditor's Name
c/o Venous Institute of Buffalo
4927 Main Street, Suite 400
Buffalo, NY 14226
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    4/3/20

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify    Promissory Note

$100,000.00

---

| 4.2 3 | Dynasty Capital 26 LLC | | |
|---|---|---|---|

**Dynasty Capital 26 LLC**
Nonpriority Creditor's Name
Attn: Legal Department
96-14 Metropoloitan Ave., 2nd Fl.
Forest Hills, NY 11375
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and ano her
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    1/20/22

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify    Business Debt: Solarcode LLC

Unknown

---

Debtor 1    Robin Linus Lehner
Debtor 2    Donya Tina Lehner

Case number (if known)    22-14616-nmc

---

| 4.2 4 | Eclipse Service, Inc. | Last 4 digits of account number | | $3,915,000.00 |

Nonpriority Creditor's Name
c/o Steven P. Hribar
1509 N. Prospect Ave.
Milwaukee, WI 53202
Number Street City State Zip Code

**When was the debt incurred?**    1/12/22

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and anoher

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify    Business Debt: Co-Obligor on Business Note (SolarCode); also includes Collateral Assignment of Membership Interest in SolarCode Holdings, LLC

---

| 4.2 5 | Frank C. Muggia | Last 4 digits of account number | | $350,000.00 |

Nonpriority Creditor's Name
Harris Beach PLLC
726 Exchange Street, Ste. 1000
Buffalo, NY 14210
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify    Loan

---

| 4.2 6 | Gerald M. Thompson | Last 4 digits of account number | | $300,000.00 |

Nonpriority Creditor's Name
1827 Grant St., #503
Denver, CO 80203
Number Street City State Zip Code

**When was the debt incurred?**    2/10/22

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify    Business Debt: SolarCode investment

---

Debtor 1    Robin Linus Lehner
Debtor 2    Donya Tina Lehner

Case number (if known)    22-14616-nmc

| 4.27 | Heritage Bank of the Ozarks | Last 4 digits of account number | $700,000.00 |

Nonpriority Creditor's Name
Attn: Bankr. Dep't/Manag. Agt.
1475 S. Jefferson Ave.
Lebanon, MO 65536
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify    Business Debt: 42055 Dawn Rd, LLC Mortgage

---

| 4.28 | IMH CreditSolutions AB | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
Kommendörsgatan
25, 114 48 Stockholm
SWEDEN
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify

---

| 4.29 | James Kirchmeyer | Last 4 digits of account number | $1,500,000.00 |

Nonpriority Creditor's Name
Rupp Baase, et al., LLC
Attn: Matthew Miller, Esq.
Buffalo, NY 14202
Number Street City State Zip Code

**When was the debt incurred?**    2/3/2022

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and ano her
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify    Business Debt: Promissory Note (RL Solar, LLC)

---

Debtor 1  Robin Linus Lehner
Debtor 2  Donya Tina Lehner

Case number (if known)  22-14616-nmc

---

**4.3 0**  Jan-1, LLC

Nonpriority Creditor's Name

c/o Rupp Baase, et al., LLC
Attn: Matthew Miller, Esq.
424 Main St.
Buffalo, NY 14202

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and ano her
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    10/23/19

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify    Promissory Note

---

**4.3 1**  JHB Collective, LLC

Nonpriority Creditor's Name

Attn: Joshua Buchwald, Manager
1480 NW 48th Lane
Boca Raton, FL 33431

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    $887,500.00

**When was the debt incurred?**    11/18/19

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify    Business Debt: Promissory Note - Purchase & Sale Agreement

---

**4.3 2**  John Hochbaum

Nonpriority Creditor's Name

c/o ICS Funding
3759 North Wayne Ave. 1W
Chicago, IL 60613

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify    Notice Only

---

Debtor 1   Robin Linus Lehner
Debtor 2   Donya Tina Lehner

Case number (if known)   22-14616-nmc

---

| 4.3 3 | Jonas Hagerback | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
c/o IMH Finans
Kommendörsgatan
25, 114 48 Stockholm
SWEDEN

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify   Business Debt: SolarCode and Guaranty on Debtor's sister's house in Sweden

---

| 4.3 4 | Jonathan Morris | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
c/o AJ Trucking, LLC
23 N. Wabash Ave.
Chicago, IL 60602

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify   Notice Only

---

| 4.3 5 | Joseph Coppola | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
11 Highbrook Court
Orchard Park, NY 14127

Number Street City State Zip Code

**Who incurred the debt?** Check one.

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and ano her
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?**   4/1/20

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify   Notice Only

---

Debtor 1    Robin Linus Lehner
Debtor 2    Donya Tina Lehner                                                                Case number (if known)    22-14616-nmc

| 4.3 6 | JRG Living Trust dtd 10/19/16 | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
John & Robin Grant, Trustees
11447 Opal Springs Way
Las Vegas, NV 89135
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Notice Only

---

| 4.3 7 | Legacy Capital Group, LLC | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
Attn: Josh Greenblatt
77 Water St.
New York, NY 10004
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Business Debt: Notice Only (SolarCode - Dynasty)

---

| 4.3 8 | Marc Rosenthal | Last 4 digits of account number | $475,000.00 |

Nonpriority Creditor's Name
c/o Morris L. Horwitz, Esq.
P.O. Box 716
Getzville, NY 14068
Number Street City State Zip Code

**When was the debt incurred?**    2/3/22

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Promissory Note

---

Debtor 1    Robin Linus Lehner
Debtor 2    Donya Tina Lehner

Case number (if known)    22-14616-nmc

---

| 4.39 | Marquis Aurbach | Last 4 digits of account number _____ | $17,847.76 |

Nonpriority Creditor's Name
10001 Park Run Dr.
Las Vegas, NV 89145
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and o her similar debts
- ■ Other. Specify  Legal Services in JRG Living Trust matter (Westridge Property Management, LLC)

---

| 4.40 | Merle Whitehead | Last 4 digits of account number _____ | $1,500,000.00 |

Nonpriority Creditor's Name
c/o Rupp Baase, et al., LLC
Attn: Matthew Miller, Esq.
424 Main St.
Buffalo, NY 14202
Number Street City State Zip Code

**When was the debt incurred?**    2/3/2022

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and ano her
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and o her similar debts
- ■ Other. Specify  Business Debt: Promissory Note (RL Solar, LLC)

---

| 4.41 | Metro Park LLC | Last 4 digits of account number _____ | $500,000.00 |

Nonpriority Creditor's Name
Attn:  Bryan Schroeder
1000 S. Hamlin Ave.
Park Ridge, IL 60068
Number Street City State Zip Code

**When was the debt incurred?**    6/10/22

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and o her similar debts
- ■ Other. Specify  Promissory Note

---

Debtor 1    Robin Linus Lehner

Debtor 2    Donya Tina Lehner

Case number (if known)    22-14616-nmc

| 4.4 2 | Miland Holdings, LLC | | $27,400.00 |
|---|---|---|---|

Nonpriority Creditor's Name
Attn: Bankr. Dept/Managing Agt.
514 Abbey Way
Mendota Heights, MN 55120

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify    Business Debt - SolarCode

---

| 4.4 3 | Milos Andric | | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
Gabelsgatan 25A
0272 Oslo
NORWAY

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify    Notice Only - co-borrower on loan facility with Deutsche Bank Luxembourg S.A. (SolarCode)

---

| 4.4 4 | Milos Andric | | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
Gabelsgatan 25A
0272 Oslo
NORWAY

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    1/30/20

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify    Promissory Note

---

Debtor 1   Robin Linus Lehner

Debtor 2   Donya Tina Lehner

Case number *(if known)*   22-14616-nmc

| 4.4 5 | Paul T. Croft |
|---|---|

Nonpriority Creditor's Name

10845 Griffith Peak Dr. #2

Las Vegas, NV 89135

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and o her similar debts

■ Other. Specify   Royalty Assignment Agreement with Debtor dated 10/11/21 from SolarCode, LLC; Contract & Equity Purchase Agreement dated 7/20/21

| 4.4 6 | Paypal Business Loan |
|---|---|

Nonpriority Creditor's Name

c/o Swift Financial, LLC

Attn: Managing Member

3505 Silverside Rd.

Wilmington, DE 19810

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    $24,339.29

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and o her similar debts

■ Other. Specify   Business Loan: Possible liability on RL Exotics, LLC business loan

Debtor 1    Robin Linus Lehner

Debtor 2    Donya Tina Lehner

Case number (if known)    22-14616-nmc

| 4.47 | Peter Eriksson | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

c/o Snell & Wilmer, LLP
Attn: Robert Kinas, Esq.
3883 Howard Hughes Parkway, Ste 1100
Las Vegas, NV 89169

Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and o her similar debts

■ Other. Specify    Debtor is unaware of any amounts owing, however, is sending notice only out of abundance of caution

---

| 4.48 | Richard Hamister | | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name

c/o Northwest Bank
375 Essjay Rd.
Buffalo, NY 14221

Number Street City State Zip Code

**When was the debt incurred?**    3/1/19

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and ano her

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and o her similar debts

■ Other. Specify    Promissory Note

---

Debtor 1    Robin Linus Lehner
Debtor 2    Donya Tina Lehner

Case number (if known)    22-14616-nmc

---

| 4.4 9 | Roger Gilholm | | | |

**Nonpriority Creditor's Name**

c/o Gunnars Maskiner AB
Trollhättevägen 34
442 34 Kungälv
SWEDEN

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify    Notice Only

---

| 4.5 0 | South River Capital LLC | | | |

**Nonpriority Creditor's Name**

Attn: Jim Plack
1 Park Place, Suite 540
Annapolis, MD 21401

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and ano her
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     $2,787,213.00

**When was the debt incurred?**    4/5/22

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify    Westridge Property Management, LLC for 9501 Balatta Canyon Ct., Las Vegas, NV 89144; Debtor personally guaranteed

---

Debtor 1   Robin Linus Lehner

Debtor 2   Donya Tina Lehner

Case number (if known)   22-14616-nmc

| 4.5 1 | SuperNova Eighty Seven LLC |
|---|---|

Nonpriority Creditor's Name

c/o Basran Law Office
Attn: Sandeep Basran
2543 N. Milwaukee Ave., 2nd Flr.
Chicago, IL 60647

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**    8/30/2021

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and o her similar debts

■ Other. Specify   Business Debt (SolarCode)

| 4.5 2 | Sure Sports Lending, LLC |
|---|---|

Nonpriority Creditor's Name

c/o Leon C. McKenzie, President
2116 Hollywood Blvd., Suite 116
Hollywood, FL 33020

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and o her similar debts

■ Other. Specify   Notice Only

Debtor 1  Robin Linus Lehner
Debtor 2  Donya Tina Lehner

Case number (if known)  22-14616-nmc

| 4.5 3 | Taurus II LLC | Last 4 digits of account number | $175,000.00 |

Nonpriority Creditor's Name
c/o Basran Law Office
Attn: Sandeep Basran
2543 N. Milwaukee Ave., 2nd Flr.
Chicago, IL 60647
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Promissory Note - granted security interest in NHL Contract proceeds, but never perfected

| 4.5 4 | Taurus III LLC | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
c/o Basran Law Office
Attn: Sandeep Basran
2543 N. Milwaukee Ave., 2nd Flr.
Chicago, IL 60647
Number Street City State Zip Code

**When was the debt incurred?**   7/20/2021

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

□ No
■ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business Debt: Contract & Equity Purchase Agreement (SolarCode)

Debtor 1    Robin Linus Lehner

Debtor 2    Donya Tina Lehner

Case number (if known)    22-14616-nmc

| 4.5 5 | Taurus LLC | Last 4 digits of account number | | $300,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
c/o Basran Law Office
Attn: Sandeep Basran
2543 N. Milwaukee Ave., 2nd Flr.
Chicago, IL 60647
Number Street City State Zip Code

**When was the debt incurred?**    5/8/2021

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify    Promissory Note - granted security interest in NHL Contract proceeds, but never perfected

| 4.5 6 | Taurus LLC | Last 4 digits of account number | | $495,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
c/o Basran Law Office
Attn: Sandeep Basran
2543 N. Milwaukee Ave., 2nd Flr.
Chicago, IL 60647
Number Street City State Zip Code

**When was the debt incurred?**    4/26/2021

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify    Promissory Note - granted security interest in NHL Contract proceeds, but never perfected

Debtor 1   Robin Linus Lehner
Debtor 2   Donya Tina Lehner

Case number (if known)    22-14616-nmc

| 4.57 | Taurus VII LLC | | Last 4 digits of account number | | $400,000.00 |

Nonpriority Creditor's Name
c/o Basran Law Office
Attn: Sandeep Basran
2543 N. Milwaukee Ave., 2nd Flr.
Chicago, IL 60647
Number Street City State Zip Code

**When was the debt incurred?**    2/22/2022

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify   Promissory Note - granted security interest in NHL Contract proceeds, but never perfected

| 4.58 | Taurus, LLC | | Last 4 digits of account number | | $350,000.00 |

Nonpriority Creditor's Name
c/o Basran Law Office
Attn: Sandeep Basran
2543 N. Milwaukee Ave., 2nd Flr.
Chicago, IL 60647
Number Street City State Zip Code

**When was the debt incurred?**    6/9/21

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and o her similar debts
■ Other. Specify   Promissory Note - granted security interest in NHL Contract proceeds, but never perfected

Debtor 1  Robin Linus Lehner
Debtor 2  Donya Tina Lehner

Case number (if known)  22-14616-nmc

**4.59**

Zachary Williams

Last 4 digits of account number _____          Unknown

Nonpriority Creditor's Name
330 Nepean St.
Ottawa, Ontario  K1R 5G6
CANADA

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only
☐ Unliquidated

☐ Debtor 2 only
■ Disputed

☐ Debtor 1 and Debtor 2 only

Type of NONPRIORITY unsecured claim:

☐ At least one of the debtors and another

☐ Student loans

☐ Check if this claim is for a  community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and o her similar debts

■ No

☐ Other. Specify  Notice Only

☐ Yes

---

**Part 3:**   List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
Aliya Capital Partners, LLC
Attn: Ross Kestin, CEO
1450 Brickell Ave., Suite 2600
Miami, FL 33131

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                            ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
American Express
Attn: Bankruptcy/Legal Dep't
P.O. Box 98535
El Paso, TX 79998-1535

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.2 of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                            ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
American Express
Attn: Bankruptcy Department
P.O. Box 981537
El Paso, TX 79998

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.2 of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                            ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
ASLA Capital, LLC
c/o Kiley Robbins
2116 Hollywood Bvd. #116
Hollywood, FL 33020

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.6 of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                            ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
Bredan, LLC
c/o Leland Conners, PLLC
Attn:  Ryan T. Conners, Esq.
60 S. Sixth St., Suite 2800
Minneapolis, MN 55402

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.9 of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                            ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
Brova Idea AS
Attn: Milos Andric
Gabels gate 25A

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.44 of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                            ■ Part 2: Creditors with Nonpriority Unsecured Claims

Debtor 1  Robin Linus Lehner
Debtor 2  Donya Tina Lehner

Case number (if known)  22-14616-nmc

0272 OSLO
NORWAY

| | Last 4 digits of account number |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Brova Milos Andric<br>Røatoppen 5<br>0756 OSLO<br>NORWAY | Line 4.44 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Byzfunder NY LLC<br>Attn: Bankr. Dept/Managing Agt.<br>530 7th Ave., Suite 505<br>New York, NY 10018 | Line 4.12 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| C6 Capital Funding, LLC<br>c/o Registered Agents, Inc.<br>as Registered Agent<br>881 Baxter Dr., Suite 100<br>South Jordan, UT 84095 | Line 4.13 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| C6 Capital Funding, LLC<br>Attn:  Andrew Fellus<br>90 Broad St., Suite 16<br>New York, NY 10004 | Line 4.13 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| C6 Capital, LLC<br>Attn: David Cooper<br>315 E 62nd St, 3rd Floor<br>New York, NY 10065 | Line 4.13 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Commercial Capital BIDCO, Inc.<br>c/o Cramer, Multhauf & Hammes, LLP<br>Attn:  Daniel Habeck, Esq.<br>1601 E. Racine Ave., Suite 200<br>Waukesha, WI 53186 | Line 4.15 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Deutsche Bank Luxembourg S.A.<br>c/o Morgan, Lewis & Bockius LLP<br>Attn: Michael S. Kraut, Esq.<br>101 Park Ave.<br>New York, NY 10178 | Line 4.18 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Digital Asset Redemption, LLC<br>c/o Matthew Leidlin, Reg. Agent<br>744 N Wells St., 3rd Floor<br>Chicago, IL 60654 | Line 4.19 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Dr. Douglas & Anne Meade<br>235 Aspen Circle<br>Lincoln, MA 01773 | Line 4.5 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

Debtor 1   Robin Linus Lehner
Debtor 2   Donya Tina Lehner                                         Case number (if known)   22-14616-nmc

| | |
|---|---|
| Name and Address<br>Dr. Michael Vasquez<br>128 Halston Pkwy.<br>East Amherst, NY 14051 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.22 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Dynasty Capital<br>11 Broadway<br>New York, NY 10004 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.23 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Eclipse Service, Inc.<br>Attn: Steven Hribar, Res. Agt.<br>10031 S. Woodside Ct.<br>Franklin, WI 53132 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.24 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Eclipse Service, Inc.<br>c/o O'Neil, Cannon, Hollman, et al.<br>Attn: Greg W. Lyons, Esq.<br>111 E. Wisconsin Ave., Suite 1400<br>Milwaukee, WI 53202 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.24 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Gerald M. Thompson<br>6925 E. Tennessee Ave., Suite 410<br>Denver, CO 80224 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.26 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>James Kirchmeyer<br>1067 Schopper Rd.<br>East Aurora, NY 14052 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.29 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>James Kirchmeyer<br>c/o Real Info, Inc.<br>701 Seneca St, Suite 641<br>Buffalo, NY 14210 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.29 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Jan-1, LLC<br>c/o Howard Hanna<br>Attn: Merle Whitehead<br>6505 E. Quaker St.<br>Orchard Park, NY 14127 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.30 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>JHB Collective, LLC<br>c/o Kotzker Shamy<br>Attn: Tina El Fadel, Esq.<br>2424 N. Federal Hwy, Suite 200<br>Boca Raton, FL 33431 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.31 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>John Hochbaum<br>2821 N. Halstead St.<br>Chicago, IL 60657 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.32 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 27 of 33

Debtor 1   Robin Linus Lehner

Debtor 2   Donya Tina Lehner

Case number (if known)   22-14616-nmc

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| John Hochbaum<br>c/o Construction Dispute Res.<br>4 Toro Lane<br>Santa Fe, NM 87508 | Line **4.32** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| John Hochbaum<br>3759 N. Wayne Ave.<br>Chicago, IL 60613 | Line **4.32** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Jonathan Morris<br>c/o Mon Ami Realty<br>Attn: Patrick Lockman, as Reg. Agt.<br>17 N Wabash Ave., # 620<br>Chicago, IL 60602 | Line **4.34** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Joshua Buchwald<br>c/o Kotzker Shamy<br>Attn: Tina El Fadel<br>2424 N. Federal Hwy, Suite 200<br>Boca Raton, FL 33431 | Line **4.31** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Legacy Capital Group, LLC<br>Attn: Josh Greenblatt<br>96-14 Metropolitan Ave., 2nd Fl.<br>Forest Hills, NY 11375 | Line **4.37** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Leon Muhammad<br>c/o Bridge Energy Sports, LLC<br>1212 E 63rd St<br>Chicago, IL 60637 | Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Merle Whitehead<br>c/o Howard Hanna<br>6505 E Quaker St<br>Orchard Park, NY 14127 | Line **4.40** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Metro Park, LLC<br>c/o Jody Padar, as Reg. Agent<br>200 E. Evergreen Ave., Suite 130<br>Mount Prospect, IL 60056 | Line **4.41** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Michael Parentis<br>6380 Heise Rd.<br>Clarence Center, NY 14032 | Line **4.21** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Michael Parentis, M.D.<br>6380 Heise Rd.<br>Clarence Center, NY 14032-9372 | Line **4.21** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1    Robin Linus Lehner
Debtor 2    Donya Tina Lehner

Case number (if known)    22-14616-nmc

Last 4 digits of account number

| | |
|---|---|
| **Name and Address**<br>Michael Vasquez, M.D.<br>4927 Main Street, Suite 400<br>Buffalo, NY 14226 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line <u>4.22</u> of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| **Name and Address**<br>Paul T. Croft<br>c/o Kennedy & Couvillier<br>Attn: Todd E. Kennedy, Esq.<br>3271 E. Warm Springs Rd.<br>Las Vegas, NV 89120 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line <u>4.45</u> of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| **Name and Address**<br>Paul T. Croft<br>c/o Croft & Frost, LLC<br>1413 Chestnut St, Suite 401<br>Chattanooga, TN 37402 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line <u>4.45</u> of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| **Name and Address**<br>Roger Gilholm<br>c/o Gunnars Maskiner AB<br>Handvävargatan 9B<br>507 30 Brämhult<br>SWEDEN | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line <u>4.49</u> of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| **Name and Address**<br>ROI Financial Group<br>Attn: Marc I. Rosenthal<br>7 Limestone Drive<br>Williamsville, NY 14221 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line <u>4.38</u> of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| **Name and Address**<br>South River Capital, LLC<br>c/o James Plack, as Reg. Agent<br>1500 Wild Cranberry Dr.<br>Crownsville, MD 21032 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line <u>4.50</u> of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| **Name and Address**<br>Steve Yahnke<br>c/o TKO Miller<br>788 N.Jefferson St. Suite 550<br>Milwaukee, WI 53202 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line <u>4.42</u> of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| **Name and Address**<br>SuperNova Eighty Seven LLC<br>c/o Corporation Service Co.<br>as Registered Agent<br>Wilmington, DE 19808 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line <u>4.51</u> of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| **Name and Address**<br>SuperNova Eighty Seven, LLC<br>c/o Croft & Frost<br>Attn: Paul T. Croft<br>Chattanooga, TN 37402 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line <u>4.51</u> of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| **Name and Address**<br>Sure Sports Lending, LLC | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line <u>4.52</u> of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims |

Debtor 1   Robin Linus Lehner

Debtor 2   Donya Tina Lehner

Case number (if known)   22-14616-nmc

c/o Heitner Legal, PLLC
Attn: Darren Heitner, Esq.
215 Hendricks Isle
Fort Lauderdale, FL 33301-3706

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Sure Sports Lending, LLC
c/o Focus 9 Enterprises, LLC,
as Registered Agent
2728 Enterprise Rd., Suite 230
Orange City, FL 32763

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.52 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Taurus II, LLC
c/o Kennedy & Couvillier
Attn: Todd E. Kennedy, Esq.
3271 E. Warm Springs Rd.
Las Vegas, NV 89120

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.53 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Taurus II, LLC
c/o Croft & Frost
Attn: Paul T. Croft
1413 Chestnut St., Suite 401
Chattanooga, TN 37402

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.53 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Taurus II, LLC
c/o Paul T. Croft, as Reg. Agent
10845 Griffith Peak Drive #2
Las Vegas, NV 89135

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.53 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Taurus II, LLC
c/o Paul T. Croft
375 Jackson St., Suite 700E
St Paul, MN 55101

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.53 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Taurus III LLC
c/o Croft & Frost
Attn: Paul T. Croft
1413 Chestnut St., Suite 401
Chattanooga, TN 37402

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.54 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Taurus III, LLC
c/o Kennedy & Couvillier
Attn: Todd E. Kennedy, Esq.
3271 E. Warm Springs Rd.
Las Vegas, NV 89120

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.54 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Taurus III, LLC
c/o Paul T. Croft, as Reg. Agent
375 Jackson St., Suite 700E
St Paul, MN 55101

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.54 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Debtor 1    Robin Linus Lehner

Debtor 2    Donya Tina Lehner

Case number (if known)    22-14616-nmc

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Taurus LLC<br>c/o Kennedy & Couvillier<br>Attn: Todd E. Kennedy, Esq.<br>3271 E. Warm Springs Rd.<br>Las Vegas, NV 89120 | Line <u>4.55</u> of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Taurus LLC<br>c/o Paul T. Croft, as Reg. Agent<br>375 Jackson St., Suite 700E<br>St Paul, MN 55101 | Line <u>4.55</u> of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Taurus LLC<br>c/o Paul T. Croft, as Reg. Agent<br>375 Jackson St., Suite 700E<br>St Paul, MN 55101 | Line <u>4.56</u> of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Taurus LLC<br>c/o Kennedy & Couvillier<br>Attn: Todd E. Kennedy, Esq.<br>3271 E. Warm Springs Rd.<br>Las Vegas, NV 89120 | Line <u>4.56</u> of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Taurus VII, LLC<br>c/o Kennedy & Couvillier<br>Attn: Todd E. Kennedy, Esq.<br>3271 E. Warm Springs Rd.<br>Las Vegas, NV 89120 | Line <u>4.57</u> of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Taurus VII, LLC<br>c/o Croft & Frost<br>Attn: Paul T. Croft<br>1413 Chestnut St., Suite 401<br>Chattanooga, TN 37402 | Line <u>4.57</u> of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Taurus VII, LLC<br>c/o Paul T. Croft, as Reg. Agent<br>10845 Griffith Peak Drive #2<br>Las Vegas, NV 89135 | Line <u>4.57</u> of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Taurus VII, LLC<br>c/o Paul T. Croft<br>375 Jackson St., Suite 700E<br>St Paul, MN 55101 | Line <u>4.57</u> of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Taurus, LLC<br>c/o Croft & Frost<br>Attn: Paul T. Croft<br>1413 Chestnut St., Suite 401<br>Chattanooga, TN 37402 | Line <u>4.55</u> of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

Debtor 1   Robin Linus Lehner

Debtor 2   Donya Tina Lehner

Case number (if known)   22-14616-nmc

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Taurus, LLC<br>c/o Croft & Frost<br>Attn: Paul T. Croft<br>1413 Chestnut St Suite 401<br>Chattanooga, TN 37402 | Line 4.56 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Taurus, LLC<br>c/o Paul T. Croft, as Reg. Agent<br>375 Jackson St., Suite 700E<br>Saint Paul, MN 55101 | Line 4.58 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Taurus, LLC<br>c/o Kennedy & Couvillier<br>Attn: Todd E. Kennedy, Esq.<br>3271 E. Warm Springs Rd.<br>Las Vegas, NV 89120 | Line 4.58 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Taurus, LLC<br>c/o Croft & Frost<br>Attn: Paul T. Croft<br>1413 Chestnut St., Suite 401<br>Chattanooga, TN 37402 | Line 4.58 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Telluride Enterprises, LLC<br>c/o Jonathan Von Morris<br>1000 W. Lake St., Suite 200<br>Chicago, IL 60607 | Line 4.56 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| The Goldschein Law Firm, PC<br>Attn: Scott B. Goldschein, Esq.<br>9711 Washintonian Blvd., Suite 201<br>Gaithersburg, MD 20878 | Line 4.50 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

## Part 4:   Add the Amounts for Each Type of Unsecured Claim

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ 19,499.67 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ 19,499.67 |

|  | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 32 of 33

Debtor 1   Robin Linus Lehner

Debtor 2   Donya Tina Lehner                                    Case number (if known)   22-14616-nmc

| | | | |
|---|---|---|---|
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 25,640,744.33 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 25,640,744.33 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Robin Linus Lehner |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Donya Tina Lehner |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | 22-14616-nmc |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   Black Knight Sports & Entmt, LLC<br>Attn: Chip Seigel, CLO<br>1701 Village Center Circle<br>Las Vegas, NV 89134 | NHL Player Contract with the Vegas Golden Knights to play professional ice hockey; 5 years total, through 2023-2024 season; disputed as to whether this is a contract subject to 11 U.S.C. 365, and to the extent it is, it is a personal services contract per 11 USC 365(c)(1) and thus not assumable by trustee; all rights reserved to dispute same; future earnings are not property of the estate pursuant to 541(a)(6); Debtor retains and continues to be bound |
| 2.2   Bridge Energy Sports, LLC<br>Attn: Leon Muhammad<br>7400 South Stony Island<br>Chicago, IL 60649 | Service Agreement (Debtor rejects) |
| 2.3   Derrick Bushman & Sanjay Patel<br>c/o Messerli Kramer<br>Attn: Brett Larson, Esq.<br>100 South Fifth Street<br>Minneapolis, MN 55402 | Memorandum of Understanding/Letter of Intent - Phillips, Wisconsin Lionite Acquisition Project dated 6/10/22 (Debtor rejects) |
| 2.4   Newport Sports Mgmt, Inc.<br>Attn: Craig Oster<br>201 City Centre Drive, Suite 400<br>Mississauga, Ontario L5B 2T4<br>CANADA | Standard Player-Agent Contract dated 12/17/2019 |
| 2.5   Putnam Leasing Co I, LLC<br>Attn:  Bankruptcy Dep't<br>500 West Putnam Ave., 4th Fl.<br>Greenwich, CT 06830 | Vehicle Lease for 2019 Mercedes Benz G63 AMG, VIN *7433 |

Debtor 1    Robin Linus Lehner

Debtor 2    Donya Tina Lehner

Case number *(if known)*    22-14616-nmc

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.6    Putnam Leasing Co I, LLC<br>Attn:  Bankruptcy Dep't<br>500 West Putnam Ave., 4th Fl.<br>Greenwich, CT 06830 | Vehicle Lease for 2019 Rolls Royce Phantom, VIN *4703 |

| Fill in this information to identify your case: |
|---|

| Debtor 1 | Robin Linus Lehner | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Donya Tina Lehner | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA | | |
| Case number | 22-14616-nmc | | |
| (if known) | | | |

☐ Check if this is an
  amended filing

# Official Form 106H
## Schedule H: Your Codebtors                                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

    In which community state or territory did you live?    -NONE-  . Fill in the name and current address of that person.

    _____
    Name of your spouse, former spouse, or legal equivalent
    Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, State and Z P Code | Check all schedules that apply: |

| | | |
|---|---|---|
| 3.1 | Lehner Enterprises, LLC<br>Attn: Robin Lehner, Manager<br>9501 Balatta Canyon Ct.<br>Las Vegas, NV 89144<br>Co-Obligor | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.5___<br>☐ Schedule G _____<br>Anne Meade |
| 3.2 | Lehner Enterprises, LLC<br>Attn: Robin Lehner, Manager<br>9501 Balatta Canyon Ct.<br>Las Vegas, NV 89144<br>Co-Borrower | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.21___<br>☐ Schedule G _____<br>Dr. Michael Parentis |

Debtor 1    Robin Linus Lehner
_Donya Tina Lehner_____    Case number *(if known)*   _22-14616-nmc_____

| ■ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.3 Lehner Enterprises, LLC<br>Attn: Robin Lehner, Manager<br>9501 Balatta Canyon Ct.<br>Las Vegas, NV 89144<br>Co-Borrower | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.40___<br>☐ Schedule G _____<br>Merle Whitehead |
| 3.4 Lehner Enterprises, LLC<br>Attn: Robin Lehner, Manager<br>9501 Balatta Canyon Ct.<br>Las Vegas, NV 89144<br>Co-Borrower | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.29___<br>☐ Schedule G _____<br>James Kirchmeyer |
| 3.5 Lehner Enterprises, LLC<br>Attn: Robin Lehner, Manager<br>9501 Balatta Canyon Ct.<br>Las Vegas, NV 89144<br>Borrower | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>Bredan, LLC |
| 3.6 Lehner Enterprises, LLC<br>Attn: Robin Lehner, Manager<br>9501 Balatta Canyon Ct.<br>Las Vegas, NV 89144<br>Co-Borrower | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.38___<br>☐ Schedule G _____<br>Marc Rosenthal |
| 3.7 Lehner Enterprises, LLC<br>Attn: Robin Lehner, Manager<br>9501 Balatta Canyon Ct.<br>Las Vegas, NV 89144<br>Co-Borrower | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.30___<br>☐ Schedule G _____<br>Jan-1, LLC |
| 3.8 Lehner Enterprises, LLC<br>Attn: Robin Lehner, Manager<br>9501 Balatta Canyon Ct.<br>Las Vegas, NV 89144<br>Pledge | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.35___<br>☐ Schedule G _____<br>Joseph Coppola |
| 3.9 Lehner Enterprises, LLC<br>Attn: Robin Lehner, Manager<br>9501 Balatta Canyon Ct.<br>Las Vegas, NV 89144<br>Co-Borrower | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.48___<br>☐ Schedule G _____<br>Richard Hamister |

Debtor 1  Robin Linus Lehner
_____
Donya Tina Lehner

Case number *(if known)*  22-14616-nmc
_____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10  Lehner Enterprises, LLC<br>Attn: Robin Lehner, Manager<br>9501 Balatta Canyon Ct.<br>Las Vegas, NV 89144<br>Co-Borrower | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.17___<br>☐ Schedule G _____<br>David Schlee |
| 3.11  Lehner Enterprises, LLC<br>Attn: Robin Lehner, Manager<br>9501 Balatta Canyon Ct.<br>Las Vegas, NV 89144<br>Guarantor | ■ Schedule D, line ___2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>DMC Financing, LLC |
| 3.12  Michael Lehner<br>4636 E. University Dr., Suite 150<br>Phoenix, AZ 85034<br>Borrower | ■ Schedule D, line ___2.2___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Jackson Lending, LP |
| 3.13  Michael Lehner<br>4636 E. University Dr., Suite 150<br>Phoenix, AZ 85034<br>Co-Borrower | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>Eclipse Service, Inc. |
| 3.14  Milos Andric<br>Gabelsgatan 25a<br>0272 Oslo<br>Norway<br>Borrower | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.18___<br>☐ Schedule G _____<br>Deutsche Bank Luxembourg S.A. |
| 3.15  RL Exotics, LLC<br>Attn: Robin Lehner, Manager<br>9501 Balatta Canyon Ct.<br>Las Vegas, NV 89144<br>Borrower | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.12___<br>☐ Schedule G _____<br>Byzfunder NY LLC |
| 3.16  SolarCode Holdings, LLC<br>Attn: Michael Lehner<br>4636 E. University Dr., Suite 150<br>Phoenix, AZ 85034<br>Co-Borrower | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>Eclipse Service, Inc. |

Debtor 1  Robin Linus Lehner
_____Donya Tina Lehner_____     Case number *(if known)*   22-14616-nmc

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.17  SolarCode Holdings, LLC<br>Attn: Michael Lehner<br>4636 E. University Dr., Suite 150<br>Phoenix, AZ 85034<br>Pledge | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.35___<br>☐ Schedule G _____<br>Joseph Coppola |
| 3.18  SolarCode LLC<br>Attn: Michael Lehner<br>4636 E. University Dr., Suite 150<br>Phoenix, AZ 85034<br>Borrower | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.13___<br>☐ Schedule G _____<br>C6 Capital Funding LLC |
| 3.19  SolarCode LLC<br>Attn: Michael Lehner<br>4636 E. University Dr., Suite 150<br>Phoenix, AZ 85034<br>Borrower | ■ Schedule D, line ___2.2___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Jackson Lending, LP |
| 3.20  SolarCode LLC<br>Attn: Michael Lehner<br>4636 E. University Dr., Suite 150<br>Phoenix, AZ 85034<br>Borrower | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>Dynasty Capital 26 LLC |
| 3.21  SolarCode, LLC<br>Attn: Michael Lehner<br>4636 E. University Dr., Suite 150<br>Phoenix, AZ 85034<br>Borrower | ■ Schedule D, line ___2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>DMC Financing, LLC |
| 3.22  SolarCode, LLC<br>Attn: Michael Lehner<br>4636 E. University Dr., Suite 150<br>Phoenix, AZ 85034<br>Co-Borrower | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>Eclipse Service, Inc. |
| 3.23  Westridge Property Management LLC<br>Attn: Robin Lehner, Manager<br>9501 Balatta Canyon Ct.<br>Las Vegas, NV 89144<br>Borrower | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.50___<br>☐ Schedule G _____<br>South River Capital LLC |

| Debtor 1 | Robin Linus Lehner | Case number *(if known)* | 22-14616-nmc |
|---|---|---|---|
| | Donya Tina Lehner | | |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.24   Westridge Property Management, Inc.
Attn: Robin Lehner, Manager
9501 Balatta Canyon Ct.
Las Vegas, NV 89144
Borrower

☐ Schedule D, line _____
■ Schedule E/F, line ___4.14___
☐ Schedule G _____
Citadel Servicing Corp.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Robin Linus Lehner |
| Debtor 2 (Spouse, if filing) | Donya Tina Lehner |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (If known) | 22-14616-nmc |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| | Occupation | Professional Hockey Player | Homemaker |
| | Employer's name | Black Knight Sports & Entmt, LLC | |
| | Employer's address | 1550 S Pavilion Center Dr.<br>Las Vegas, NV 89135 | |
| | How long employed there? | 2 years, 3 months | |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $    422,752.06 | $    0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$    0.00 | +$    0.00 |
| 4. | Calculate gross income.  Add line 2 + line 3. | 4. | $    422,752.06 | $    0.00 |

Debtor 1    Robin Linus Lehner
Debtor 2    Donya Tina Lehner                                    Case number *(if known)*  22-14616-nmc

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 422,752.06 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 149,125.24 | $ 0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify:  VGK Escrow | 5h.+ | $ 41,576.58 + | $ 0.00 |
| | NHL Dues | | $ 355.00 | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 191,056.82 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 231,695.24 | $ 0.00 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm**  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**  Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| | 8f. **Other government assistance that you regularly receive**  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.  Specify: | 8f. | $ 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 231,695.24 + $ 0.00 = | $ 231,695.24 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:                                                                                    11.  +$              0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies                                                                 12.  $       231,695.24

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain:  Unknown and uncertain; Debtor is NHL player currently on Long Term Injured Reserve, out for entire 2022-23 season for hip surgery and rehabilitatation.

Fill in this information to identify your case:

Debtor 1      Robin Linus Lehner

Debtor 2      Donya Tina Lehner
(Spouse, if filing)

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number    22-14616-nmc
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                            12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Your Household |

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

       ■ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.    ■ Yes.    Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 5 | ☐ No ■ Yes |
| Son | 8 | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | **Your expenses** |
|---|---|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $     20,000.00

   **If not included in line 4:**

   4a.   Real estate taxes    4a. $     1,500.00
   4b.   Property, homeowner's, or renter's insurance    4b. $     361.00
   4c.   Home maintenance, repair, and upkeep expenses    4c. $     1,500.00
   4d.   Homeowner's association or condominium dues    4d. $     0.00

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $     0.00

Debtor 1   Robin Linus Lehner
Debtor 2   Donya Tina Lehner                                          Case number (if known)   22-14616-nmc

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 2,500.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 1,500.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 1,000.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 3,200.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 4,010.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 400.00 |
| 10. | **Personal care products and services** | | 10. $ | 500.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 1,000.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 1,000.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 888.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 650.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 5,100.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 3,400.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:   Father | | $ | 4,000.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 52,509.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 52,509.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | 231,695.24 |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | 52,509.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | | 23c. $ | 179,186.24 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.          Explain here: Debtor's future career is uncertain.

**Fill in this information to identify your case:**

Debtor 1        Robin Linus Lehner
                First Name          Middle Name          Last Name

Debtor 2        Donya Tina Lehner
(Spouse if, filing)  First Name     Middle Name          Last Name

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number     22-14616-nmc
(if known)

☐ Check if this is an
   amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice,*
                                                        *Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X /s/ Robin Linus Lehner                          X /s/ Donya Tina Lehner
  Robin Linus Lehner                                 Donya Tina Lehner
  Signature of Debtor 1                              Signature of Debtor 2

Date   February 3, 2023                            Date   February 3, 2023

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Robin Linus Lehner |
| | First Name       Middle Name       Last Name |
| Debtor 2 | Donya Tina Lehner |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | 22-14616-nmc |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| 9020 Moss Creek Circle Las Vegas, NV 89117 | From-To: About March-November 2020 | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 From-To: |
| 401 N Wabash Ave., Unit 70A Chicago, IL 60611 | From-To: February 2020 | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

| Debtor 1 | Debtor 2 |
|---|---|
| | |

Debtor 1    Robin Linus Lehner
Debtor 2    Donya Tina Lehner

Case number (if known)    22-14616-nmc

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $5,898,643.40 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 |
| | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | Unknown | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 |
| **For last calendar year:**<br>**(January 1 to December 31, 2021 )** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $3,769,478.26 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 |
| | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $258,430.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2020 )** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $2,790,542.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 |
| | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $78,229.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2021 )** | Capital Loss | $-3,000.00 | | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2020 )** | Capital Loss | $-3,000.00 | | |
| | Other | $-316,101.00 | | |

| Debtor 1 | Robin Linus Lehner | | |
|---|---|---|---|
| Debtor 2 | Donya Tina Lehner | Case number *(if known)* | 22-14616-nmc |

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

  ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

         During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

         □ No.    Go to line 7.

         ■ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
         * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

  □ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
         During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

         □ No.    Go to line 7.

         □ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| See attached Ex. SoFA #6 | | $0.00 | $0.00 | □ Mortgage<br>□ Car<br>□ Credit Card<br>□ Loan Repayment<br>□ Suppliers or vendors<br>□ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

  □ No

  ■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| See attached Ex. SoFA #7 | | $0.00 | $0.00 | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

  □ No

  ■ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Milos Andric<br>Gabelsgatan 25A<br>0272 Oslo<br>NORWAY | 4/26/2022 | $900,000.00 | $0.00 | |
| Milos Andric<br>Gabelsgatan 25A<br>0272 Oslo<br>NORWAY | 5/18/2022 | $900,000.00 | $0.00 | |

| Debtor 1 | Robin Linus Lehner |
|----------|--------------------|
| Debtor 2 | Donya Tina Lehner |

Case number *(if known)*  22-14616-nmc

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|----------------------------|------------------|-------------------|----------------------|-------------------------------------------------|
| Mazen Ali Awadh Jaber 1039 Rah garden Khalifa City, Abu  Dhabi Emirate UAE | 5/19/2022 | $1,500,000.00 | $0.00 | For the benfit of SolarCode |

---

**Part 4:**    Identify Legal Actions, Repossessions, and Foreclosures

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
     List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐   No
■   Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|------------------------|--------------------|-----------------| -------------------|
| Swedish insolvency proceeding Unknown | Swedish insolvency proceeding commenced by alleged creditor in late 2022; default judgment obtained because debtor did not appear; appealed to Svea Court of Appeal in Stockholm; Debtor's COMI is in the United States | Nacka District Court Sicklastråket 1 131 54 Nacka SWEDEN | ■ Pending ☐ On appeal ☐ Concluded |
| Eclipse Service, Inc. v. SolarCode, LLC, SolarCode Holdings, LLC, Roger M. Lehner, and Robin L. Lehner 2:22-cv-00757-JPS | Action removed from Milwaukee County, Case No. 2022CV003016; request for money judgment under promissory note | U.S. District Court E.D. Wisconsin U.S. Federal Building & Courthouse 517 E. Wisconsin Ave., Rm. 362 Milwaukee, WI 53202 | ■ Pending ☐ On appeal ☐ Concluded |
| Bredan, LLC v. Lehner Enterprises, LLC and Robin Lehner 27-CV-22-3519 | Request for entry of judgment based on alleged confession of judgment; court declined to enter judgment due to insuffficiency of confession; dismissed without prejudice | Hennepin County District Court 300 South 6th Street Minneapolis, MN 55487 | ☐ Pending ☐ On appeal ■ Concluded |
| Commercial Capital BIDCO, Inc. v. Council for the Spanish Speaking, Inc. and Robin Lehner 2022CV005276 | Foreclosure of Mortgage, which Debtor personally guaranteed (Debtor has since been dismissed from the case post-petition) | Milwaukee County Courthouse 901 N. 9th Street, Room 104 Milwaukee, WI 53233 | ■ Pending ☐ On appeal ☐ Concluded |

| Debtor 1 | Robin Linus Lehner | | |
|---|---|---|---|
| Debtor 2 | Donya Tina Lehner | Case number *(if known)* | 22-14616-nmc |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Deutche Bank Luxembourg, S.A. v. Robin Lehner<br>Index No. 655899/2021 | Collection action on alleged personal guaranty of loan to Milos Andric, as borrower | Supreme Court of the New York<br>County of New York;<br>Commerical Div.<br>New York County Courthouse<br>60 Centre Street<br>New York, NY 10007 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Taurus, LLC v. Robin Lehner<br>A-22-857052-C | Confession of judgment ($500,000 promissory note) | Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Taurus, LLC v. Robin Lehner<br>A-22-857054-C | Confession of judgment ($500,000); mistaken duplicate filing by creditor of obligation at issue in Case No. A-22-857052-C | Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Taurus, LLC v. Robin Lehner<br>A-22-857057-C | Confession of judgment ($750,000 promissory note); writs of execution and garnishment issued on 10/19/22, and served by Laughlin Constable | Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Taurus, LLC v. Robin Lehner<br>A-22-857059-C | Confession of judgment ($480,500 promissory note) | Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Taurus II, LLC v. Robin Lehner<br>A-22-857061-C | Confession of judgment ($243,000 promissory note) | Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Taurus II, LLC v. Robin Lehner<br>A-22-857063-C | Confession of judgment ($237,577 promissory note) | Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Taurus VII v. Robin Lehner<br>A-22-857065-C | Confession of judgment ($525,500 promissory note) | Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| JHB Collective, LLC v. Robin Lehner<br>2022CA009122 | Alleged breach of purchase and sale agreement | Fifteenth Judicial Circuit of FL<br>205 N. DIxie Hwy.<br>West Palm Beach, FL 33401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor 1 | Robin Linus Lehner | | |
|---|---|---|---|
| Debtor 2 | Donya Tina Lehner | Case number *(if known)* | 22-14616-nmc |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

| Debtor 1 | Robin Linus Lehner |
|---|---|
| Debtor 2 | Donya Tina Lehner |

Case number *(if known)* 22-14616-nmc

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Larson & Zirzow, LLC<br>Attn: Matthew C. Zirzow, Esq.<br>850 E. Bonneville Ave.<br>Las Vegas, NV 89101<br>www.lzlawnv.com<br>Robin Lehner | | 12/29/22 | $40,000.00 |
| Larson & Zirzow, LLC<br>Attn: Matthew C. Zirzow, Esq.<br>850 E. Bonneville Ave.<br>Las Vegas, NV 89101<br>www.lzlawnv.com<br>Robin Lehner | | 12/7/22 | $10,000.00 |
| Summit Financial Education, Inc.<br>4800 E Flower St<br>Tucson, AZ 85712<br>www.cc.summitfe.org<br>Robin Lehner | | 12/29/22 | $69.90 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| Debtor 1 | Robin Linus Lehner | | |
|---|---|---|---|
| Debtor 2 | Donya Tina Lehner | Case number *(if known)* | 22-14616-nmc |

| **Part 8:** | **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Bank of America, N.A.<br>P.O. Box 25118<br>Tampa, FL 33622-5118 | **XXXX**-7010 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 5/5/22 | $0.00 |
| Bank of America, N.A.<br>P.O. Box 25118<br>Tampa, FL 33622-5118 | **XXXX**-7340 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 5/12/22 | $0.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

Debtor 1   Robin Linus Lehner
Debtor 2   Donya Tina Lehner

Case number (if known)   22-14616-nmc

**Part 10:**  **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**  **Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

| Debtor 1 | Robin Linus Lehner |
|----------|--------------------|
| Debtor 2 | Donya Tina Lehner |

Case number *(if known)*  22-14616-nmc

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Lehner Enterprises, LLC<br>Attn: Robin Lehner<br>9501 Balatta Canyon Ct.<br>Las Vegas, NV 89144 | Previously held interests in RL Solar, LLC and SolarCode Holdings, LLC, but which were assigned to Debtor's father, Michael Lehner, per Agreement dated 10/22/20; Debtor personally retained partial net profits interest and other rights, and LE received $15.3M promissory note | **EIN:** 83-1892531<br><br>**From-To** 9/12/18 to Present |
| RL Exotics, LLC<br>c/o Robin Lehner<br>9501 Balatta Canyon Ct.<br>Las Vegas, NV 89144 | Exotic animal breeding<br><br>S E Turner & Associates, Ltd.<br>Attn:  Shane Turner<br>621 S. Waiola Ave.<br>La Grange, IL 60525 | **EIN:** 83-3040683<br><br>**From-To** 1/11/2019 to Present |
| RL Solar, LLC<br>4636 E. University Dr., Suite 150<br>Phoenix, AZ 85034 | Lehner Enterprises, LLC previously held 100% of the membership interest in RL Solar, LLC, which in turn, held interests in SolarCode, LLC, and an intellectual property license agreement with SolarCode, LLC; RLS was also party to a Patent Acquisition Agreement dated 1/1/2020 with Milos Andric and Assignment thereof signed 6/29/21; LE's interests in RLS were assigned to the Debtor's father, Michael Lehner, per Agreement dated 10/22/20, with Debtor retaining partial net profits interest | **EIN:** 84-3406144<br><br>**From-To** 10/16/2019 to Present |
| Westridge Property Mgmt., LLC<br>c/o Robin Lehner<br>9501 Balatta Canyon Ct.<br>Las Vegas, NV 89144 | Owns 9501 Balatta Canyon Ct., Las Vegas, NV 89144 | **EIN:** 85-3925805<br><br>**From-To** 10/6/20 to Present |
| SolarCode Holdings, LLC<br>4636 E. University Dr., Suite 150<br>Phoenix, AZ 85034 | Lehner Enterprises, LLC previously owned 100% of the membership interest in SHC, which, in turn owned interests in SolarCode, LLC, SolarCode Manufacturing, LLC, Sunshine Alley, LLC, and SolarCode Management, LLC; pursuant to Agreement dated 10/22/20, LE assigned to Debtor's father, Michael Lehner, its interests, but Debtor retained net profits interest in company or its related entities, and LE received $15.3M promissory note | **EIN:** 84-5192572<br><br>**From-To** 3/16/20 to Present |

| Debtor 1 | Robin Linus Lehner |
|----------|--------------------|
| Debtor 2 | Donya Tina Lehner |

Case number (*if known*)  22-14616-nmc

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| SolarCode Mgmt., LLC<br>4636 E. University Dr., Suite 150<br>Phoenix, AZ 85034 | Owned by SolarCode Holdings, LLC, and had management agreements with SolarCode, LLC, SolarCode Manufacturing, LLC, and Sunshine Alley, LLC; effective ownership transferred to Debtor's father, Michael Lehner, per Agreement dated 10/22/20 | **EIN:** 85-0493163<br><br>**From-To** 3/16/20 to Present |
| SolarCode, LLC<br>4636 E. University Dr., Suite 150<br>Phoenix, AZ 85034 | Solar technology/clean energy; owned by SolarCode Holdings, LLC; effective ownership transferred to Debtor's father, Michael Lehner, per Agreement dated 10/22/20<br><br>S E Turner & Associates, Ltd.<br>Attn:  Shane Turner<br>621 S. Waiola Ave.<br>La Grange, IL 60525 | **EIN:** 84-3112484<br><br>**From-To** 9/10/19 to Present |
| SolarCode Manufacturing, LLC<br>n/k/a SolarCode North America, LLC<br>4636 E. University Dr., Suite 150<br>Phoenix, AZ 85034 | Owned by SolarCode Holdings, LLC, and had manufacturing agreement with SolarCode, LLC, and management agreement with SolarCode Management, LLC; effective ownership transferred to Debtor's father, Michael Lehner, per Agreement dated 10/22/20 | **EIN:** 84-4520503<br><br>**From-To** 1/30/20 to Present |
| Sunshine Alley, LLC<br>c/o Bergin, Frakes, et al.<br>Attn: Michael Smalley, as Reg. Agt.<br>4243 E Camelback Rd., Suite 210<br>Phoenix, AZ 85018 | Owned by SolarCode Holdings, LLC; had management agreement with SolarCode Management, LLC; effective ownership transferred to Debtor's father, Michael Lehner, per Agreement dated 10/22/20 | **EIN:** 36-4950162<br><br>**From-To** 9/10/19 to Present |
| EcoBoost USA, LLC<br>Attn: Michael Lehner, Manager<br>18650 N Thompson Peak Pkwy.<br>Scottsdale, AZ 85255 | Michael Lehner owns 100% of the membership interest; Debtor granted net profits interest in company pursuant to Agreement dated 10/22/20 | **EIN:** 61-1867557<br><br>**From-To** 1/10/18 to Present |
| 42055 Dawn Rd, LLC<br>c/o Robin Lehner<br>9501 Balatta Canyon Ct.<br>Las Vegas, NV 89144 | Owns 42055 Dawn Rd., Plato, Missouri 65552 | **EIN:** 83-3495541<br><br>**From-To** 1/22/19 |
| Panda Branding, LLC<br>c/o Northwest Registered Agent<br>8 The Green, Suite B<br>Dover, DE 19901 | | **EIN:** 85-3719646<br><br>**From-To** 10/28/20 |

Debtor 1    Robin Linus Lehner
Debtor 2    Donya Tina Lehner

Case number *(if known)*    22-14616-nmc

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Premier Rats, LLC<br>990 Corporate Dr. Apt. 206<br>Westbury, NY 11590 | | EIN:<br><br>**From-To**   9/25/18 to Present |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ **No**
☑ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| Prevail Bank<br>675 E. Broadway Ave.<br>Medford, WI 54451 | 12/1/22 |
| Derrick Bushman | 2/28/22 (Phillips Lionite Acquisition Project) |
| Sanjay Patel | 2/28/22 (Phillips Lionite Acquisition Project) |
| Uniform Residental Loan Application | 2/25/21 |
| C6 Capital | 3/30/21 (for SolarCode) |

| Debtor 1 | Robin Linus Lehner | | |
|---|---|---|---|
| Debtor 2 | Donya Tina Lehner | Case number *(if known)* | 22-14616-nmc |

**Part 12:  Sign Below**

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ Robin Linus Lehner | /s/ Donya Tina Lehner |
|---|---|
| Robin Linus Lehner | Donya Tina Lehner |
| **Signature of Debtor 1** | **Signature of Debtor 2** |
| **Date**   February  3, 2023 | **Date**   February  3, 2023 |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Robin Linus Lehner |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Donya Tina Lehner |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | 22-14616-nmc |
| (if known) | |

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7                    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's | ☐ Surrender the property. | ☐ No |

| Debtor 1 | Robin Linus Lehner | | |
|---|---|---|---|
| Debtor 2 | Donya Tina Lehner | Case number *(if known)* | 22-14616-nmc |

| name: | ☐ Retain the property and redeem it. | ☐ Yes |
|---|---|---|
| Description of property securing debt: | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | ☐ Retain the property and [explain]: | |

**Part 2:    List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | Putnam Leasing Co I, LLC | ☐ No |
| | | ■ Yes |
| Description of leased Property: | Vehicle Lease for 2019 Mercedes Benz G63 AMG, VIN *7433 | |
| Lessor's name: | Putnam Leasing Co I, LLC | ■ No |
| | | ☐ Yes |
| Description of leased Property: | Vehicle Lease for 2019 Rolls Royce Phantom, VIN *4703 | |

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

| **X** /s/ Robin Linus Lehner | **X** /s/ Donya Tina Lehner |
|---|---|
| Robin Linus Lehner | Donya Tina Lehner |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date    February  3, 2023 | Date    February  3, 2023 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re    Robin Linus Lehner
      Donya Tina Lehner                   Case No.    22-14616-nmc

                           Debtor(s)         Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept  ....................................   $           40,000.00

     Prior to the filing of this statement I have received  ..............   $           40,000.00

     Balance Due  ....................................................................   $            0.00

2.    The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.    The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.    ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation of Debtor(s) in any adversary proceeding, including without limitation, any nondischargeability actions pursuant to 11 U.S.C. 523 and 727; and any appeals.

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

February  3, 2023
*Date*

                       /s/ Zachariah Larson
                       Zachariah Larson 7787
                       *Signature of Attorney*
                       Larson & Zirzow, LLC
                       850 E. Bonneville Ave.
                       Las Vegas, NV 89101
                       702-382-1170  Fax: 702-382-1169
                       zlarson@lzlawnv.com
                       *Name of law firm*

# EXHIBIT – B

## This schedule contains the following Exhibits:

1. Exhibit B 6 – Household Goods and Furnishings
2. Exhibit B 7 –  Electronics
3. Exhibit B 8 – Collectibles of Value
4. Exhibit B 9 – Sports and Hobby Equipment
5. Exhibit B 39 – Office Equipment, Furniture, and Supplies

# EXHIBIT – B

**B6: Household Goods and Furnishings**

| | | |
|---|---|---|
| 1. | GRAY SECTIONAL SOFA | $475.00 |
| 2. | GRAY OAK 4-DRAWER CHEST | $40.00 |
| 3. | (4) BAR STOOLS | $180.00 |
| 4. | (2) BAR STOOLS | $50.00 |
| 5. | LARGE ROUND COCKTAIL TABLE | $175.00 |
| 7. | 10' DARK WOOD CREDENZA CABINET | $450.00 |
| 8. | ASSORTED HOLIDAY DECORATIONS | $200.00 |
| 10. | ROUND UPHOLSTERED CHAIR | $50.00 |
| 11. | SMALL ROUND END TABLE | $30.00 |
| 12. | NESPRESSO MACHINE | $60.00 |
| 13. | ELITE GOURMET TOASTER | $20.00 |
| 14. | KITCHEN MISCELLANEOUS (POTS, PANS, DISHES, UTENSILS, ETC | $250.00 |
| 15. | 12' DINING TABLE & (10) UPHOLSTERED CHAIRS | $1,200.00 |
| 16. | 8' GRAY OAK BUFFET CABINET | $375.00 |
| 17. | VACUUM CLEANER | $40.00 |
| 18. | ASSORTED SMALL DECORATOR ITEMS | $150.00 |
| 19. | BLUE SECTIONAL SOFA | $375.00 |
| 20. | COCKTAIL TABLE | $75.00 |
| 21. | TEA CART | $50.00 |
| 22. | ASSORTED HOLIDAY DECORATIONS | $275.00 |
| 23. | ROUND MAHOGANY LAMP TABLE | $100.00 |
| 24. | BOOKCASE | $70.00 |
| 25. | (2) BLUE UPHOLSTERED BENCHES | $100.00 |
| 33. | ASSORTED CHRISTMAS DECORATIONS | $150.00 |
| 34. | (4) VASES | $40.00 |
| 36. | (3) LARGE DECORATOR MIRRORS | $600.00 |
| 37. | KING SIZE BED | $250.00 |
| 38. | (2) NIGHTSTANDS | $110.00 |
| 39. | PR OF LAMPS | $45.00 |
| 40. | PR OF WINGBACK CHAIRS | $90.00 |
| 42. | 8-DRAWER DRESSER | $350.00 |
| 46. | SQUARE OTTOMAN | $25.00 |
| 47. | ROUND OTTOMAN | $25.00 |
| 48. | (2) TWIN BEDS | $200.00 |
| 49. | NIGHTSTAND | $40.00 |
| 50. | 10-DRAWER DRESSER | $100.00 |
| 52. | QUEEN BED | $150.00 |
| 54. | (2) NIGHTSTANDS | $90.00 |
| 55. | PR OF LAMPS | $25.00 |
| 56. | SIDE CHAIR | $15.00 |
| 57. | 6-DRAWER DRESSER | $125.00 |
| 58. | (2) 6-DRAWER CHESTS | $220.00 |
| 59. | QUEEN BED | $150.00 |
| 60. | (2) NIGHTSTANDS | $100.00 |
| 61. | PR OF LAMPS | $60.00 |
| 63. | UNSIGNED ABSTRACT PRINT | $50.00 |
| 64. | QUEEN BED | $150.00 |
| 66. | 8-DRAWER DRESSER | $350.00 |
| 67. | PR OF NIGHTSTANDS | $110.00 |

| | |
|---|---|
| 68. PR OF LAMPS | $50.00 |
| 69. LG WASHER & DRYER | $420.00 |
| 70. WOVEN VINYL PATIO TABLE & (4) CHAIRS | $160.00 |
| 71. PR OF WOVEN VINYL LOUNGE SOFAS | $200.00 |
| 72. WOVEN BAMBOO SOFA, (2) CHAIRS & COCKTAIL TABLE | $550.00 |
| | **$9,790.00** |

**B7: Electronics**

| | |
|---|---|
| 6. 80" SONY TV | $450.00 |
| 26. 65" SAMSUNG TV | $225.00 |
| 41. 80" SONY TV | $425.00 |
| 51. 65" SAMSUNG TV | $225.00 |
| 53. 65" SAMSUNG TV | $225.00 |
| 62. 65" SAMSUNG TV | $225.00 |
| 65. 70" SAMSUNG TV | $275.00 |
| | **$2,050.00** |

**B8: Collectibles of Value**

| | |
|---|---|
| 45. (12) ASSORTED PURSES | **$1,300.00** |

**B9: Sports and Hobby Equipment**

| | |
|---|---|
| 9. TELESCOPE | $70.00 |
| 29. LARGE AQUARIUM | $350.00 |
| 30. LADDER | $20.00 |
| 32. (7) LARGE AQUARIUMS | $2,500.00 |
| 31. 6' LADDER | $30.00 |
| 35. (2) LADDERS | $40.00 |
| 43. PELOTON BICYCLE | $675.00 |
| | **$3,685.00** |

**B39:  Office Equipment, Furniture, and Supplies**

| | |
|---|---|
| 27.  EXECUTIVE CHAIR | $40.00 |
| 28. (2) HP MULTI-MACHINE PRINTERS | $120.00 |
| | **$160.00** |

# APPRAISAL REPORT

**Prepared For:**

Matthew C. Zirzow, Esquire
Re: Robin Lehner
850 East Bonneville Avenue
Las Vegas, Nevada 89101

**Prepared By:**

Daniel C. Watson
2531 Woodson Avenue
Henderson, Nevada. 89052

*Member: Certified Appraisers Guild of America*

# Table of Contents

Title Page.................................................................................................................1

Table of Contents ....................................................................................................2

Summary .................................................................................................................3

Condition of Appraisal ............................................................................................4

Certification of Report ............................................................................................4

Purpose of the Report .............................................................................................5

Method of Valuation ...............................................................................................5

Definition of Value..................................................................................................5

Basis of Appraisal ...................................................................................................5

Description ..............................................................................................................6

Factors Affecting Value ..........................................................................................6

Appraiser Qualifications .........................................................................................7

Attachment "A" ...................................................................................................8-11

Billing Statement ..................................................................................................12

Photographs........................................................................................................13-18

# Summary

On December 30, 2022 I personally inspected the listed personal property at 9501 Balatta Canyon Court Las Vegas, Nevada 89144.  This was done at the request of Matthew C. Zirzow, Esquire.

# Value

### **Fair Market Value**

The fair market replacement value for the personal property is:

**$16,985.00**

This is not the appraisal report.  The appraisal report must be read in its entirety.

# Condition of Appraisal

The value stated in this report is based on the best judgment of the appraiser given the facts and conditions available at the date of the valuation.

The use of this report is limited to the purpose of determining the value of the personal property for bankruptcy liquidation purposes. This report is to be used in its entirety only.

Any additional research or testimony required by the client or the court will be billed at the current rates.

Disclosure of the contents of this report is governed by the Standards and Practices of the Certified Appraisers Guild of America.

# Certification of Report

It should be noted that Daniel C. Watson is a disinterested party in this matter. No prohibited fee was assessed for this report.

Daniel C. Watson has successfully completed the personal property appraiser certification program with the Certified Appraisers Guild of America and is a member in good standing. This report was prepared in accordance with the Standards and Practices of the Certified Appraiser Guild of America, which has review authority of this report.

Daniel C. Watson has personally examined the subject property inventory list. The statements of fact contained in this report are true and correct to the best knowledge and belief of the appraiser.

Daniel C. Watson owned Las Vegas Auction, Inc. from 1974 to April 2008 and Nellis Auction from December 2010 to November 2012 and has varied experience as an auctioneer since 1975 and as an appraiser since 1976. Mr. Watson currently is an independent auctioneer and appraiser.

_____
Daniel C. Watson CAGA
Tax ID 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

**4**

# Purpose of the Report

The purpose of this report is to determine Fair Market Value for bankruptcy liquidation purposes.

# Method of Valuation

The method of valuation for this report is Fair Market Value based on comparable items sold at Nellis Auction and other local auction houses in the last two years, internet sales and the use of on line advertisement prices.

# Definition of Value

**Fair Market Value**
Under the United States Treasury regulation 1.170-1© Fair Market Value is defined as:

The price at which the property would change hands between a willing buyer and a willing seller, neither being under compulsion to buy or sell and both having reasonable knowledge of relevant facts.

# Basis of Appraisal

**Valuation Date**

The date of valuation for determining value is December 30, 2022.

**Limitations of Property**

There were no limitations on use or disposition of this property.

# Description

See attached list – Attachment "A"

# Factors Affecting Value

### Marketability

This merchandise is the type of items that would have a large group of potential buyers.

### Condition

The general condition of this inventory is good.

### Analysis

This merchandise is in good condition and would sell to a large group of potential bidders. The following listed prices are based on comparison to similar items sold by Nellis Auction and other local auction houses within the last two years, on line advertisements and also the use of price guides.

# Appraiser Qualifications

**Daniel C. Watson, CAGA**
**2531 Woodson Avenue**
**Henderson, Nevada 89052**

## Education

**Graduate Personal Property Appraiser**
Personal property appraiser education program
December 2009

**Certified Appraisers Guild of America**
Personal property appraiser certification program
February 1994

**Authorized Nevada Motor Vehicle Dealer**
1995-2008

**Missouri Auction School**
Auctioneer
January 1978

**Northern Arizona University**
Flagstaff, Arizona
B. S. Biochemistry
May 1971

## Work Experience

**Auctioneer and Appraiser**

Forty-eight years as an Auctioneer selling a variety of furniture, antiques, jewelry, collectibles, art, restaurant equipment, medical equipment, tools, store inventories, firearms, electronics, boats, aircraft, vehicles and heavy equipment in the Las Vegas area. We sold U. S. Bankruptcy Liquidations, Clark County Public Administrator Estate and bank foreclosure auctions.

**Attachment "A"**

**9501 Balatta Canyon Court:**

**Den & Kitchen:**

1. GRAY SECTIONAL SOFA.................................................................................................$475.00

2. GRAY OAK 4-DRAWER CHEST ...............................................................................................40.00

3. (4) BAR STOOLS .........................................................................................................................180.00

4. (2) BAR STOOLS ...........................................................................................................................50.00

5. LARGE ROUND COCKTAIL TABLE ......................................................................................175.00

6. 80" SONY TV ................................................................................................................................450.00

7. 10' DARK WOOD CREDENZA CABINET ..............................................................................450.00

8. ASSORTED HOLIDAY DECORATIONS .................................................................................200.00

9. TELESCOPE ....................................................................................................................................70.00

10. ROUND UPHOLSTERED CHAIR ............................................................................................50.00

11. SMALL ROUND END TABLE...................................................................................................30.00

12. NESPRESSO MACHINE .............................................................................................................60.00

13. ELITE GOURMET TOASTER ....................................................................................................20.00

14. KITCHEN MISCELLANEOUS (POTS, PANS, DISHES, UTENSILS, ETC.) ..................250.00

**Living Room & Dining Area:**

15. 12' DINING TABLE & (10) UPHOLSTERED CHAIRS .............................................1,200.00

16. 8' GRAY OAK BUFFET CABINET .........................................................................................375.00

17. VACUUM CLEANER ..................................................................................................................40.00

18. ASSORTED SMALL DECORATOR ITEMS ..........................................................................150.00

19. BLUE SECTIONAL SOFA .........................................................................................................375.00

20. COCKTAIL TABLE .....................................................................................................................75.00

21. TEA CART.......................................................................................................................................50.00

22. ASSORTED HOLIDAY DECORATIONS ...............................................................................275.00

23. ROUND MAHOGANY LAMP TABLE....................................................................................100.00

<b>Attachment "A" Continued</b>

**Toy Room:**

24. BOOKCASE.....................................................................................................................................70.00

25. (2) BLUE UPHOLSTERED BENCHES ........................................................................100.00

26. 65" SAMSUNG TV ...............................................................................................225.00

**Office & Aquarium Room:**

27. EXECUTIVE CHAIR ...............................................................................................40.00

28. (2) HP MULTI-MACHINE PRINTERS ......................................................................120.00

29. LARGE AQUARIUM ...............................................................................................350.00

30. LADDER ...............................................................................................................20.00

31. 6' LADDER ..........................................................................................................30.00

32. (7) LARGE AQUARIUMS ......................................................................................2,500.00

**Stairs & Hallway:**

33. ASSORTED CHRISTMAS DECORATIONS ................................................................150.00

34. (4) VASES ............................................................................................................40.00

35. (2) LADDERS ........................................................................................................40.00

36. (3) LARGE DECORATOR MIRRORS ......................................................................600.00

**Master Bedroom:**

37. KING SIZE BED ....................................................................................................250.00

38. (2) NIGHTSTANDS ...............................................................................................110.00

39. PR OF LAMPS ......................................................................................................45.00

40. PR OF WINGBACK CHAIRS ..................................................................................90.00

41. 80" SONY TV .......................................................................................................425.00

42. 8-DRAWER DRESSER ...........................................................................................350.00

43. PELOTON BICYCLE ..............................................................................................675.00

44. USED CLOTHING ............................................................... NO COMMERCIAL RESALE VALUE

45. (12) ASSORTED PURSES ......................................................................................1,300.00

46. SQUARE OTTOMAN .............................................................................................25.00

**Attachment "A" Continued**

47. ROUND OTTOMAN ..............................................................................................25.00

**Bedroom 2:**

**9**

48. (2) TWIN BEDS ..........................................................................................................200.00

49. NIGHTSTAND ...............................................................................................................40.00

50. 10-DRAWER DRESSER ..............................................................................................100.00

51. 65" SAMSUNG TV .......................................................................................................225.00

**Bedroom 3:**

52. QUEEN BED .................................................................................................................150.00

53. 65" SAMSUNG TV .......................................................................................................225.00

54. (2) NIGHTSTANDS ........................................................................................................90.00

55. PR OF LAMPS ...............................................................................................................25.00

56. SIDE CHAIR ...................................................................................................................15.00

57. 6-DRAWER DRESSER ................................................................................................125.00

Bedroom 4:

58. (2) 6-DRAWER CHESTS .............................................................................................220.00

59. QUEEN BED .................................................................................................................150.00

60. (2) NIGHTSTANDS ......................................................................................................100.00

61. PR OF LAMPS ...............................................................................................................60.00

62. 65" SAMSUNG TV .......................................................................................................225.00

63. UNSIGNED ABSTRACT PRINT ....................................................................................50.00

**Bedroom 5:**

64. QUEEN BED .................................................................................................................150.00

65. 70" SAMSUNG TV .......................................................................................................275.00

66. 8-DRAWER DRESSER ................................................................................................350.00

67. PR OF NIGHTSTANDS ................................................................................................110.00

68. PR OF LAMPS ...............................................................................................................50.00

**Attachment "A" Continued**

**Laundry Room:**

69. LG WASHER & DRYER ...............................................................................................420.00

**Patio:**

*10*

70. WOVEN VINYL PATIO TABLE & (4) CHAIRS ..............................................................160.00

71. PR OF WOVEN VINYL LOUNGE SOFAS ....................................................................200.00

72. WOVEN BAMBOO SOFA, (2) CHAIRS & COCKTAIL TABLE....................................550.00

**Total** ......................................................................................................................**$16,985.00**

# Billing Statement

December 30, 2022

Matthew C. Zirzow, Esquire
Re: Robin Lehner
859 East Bonneville Avenue
Las Vegas, Nevada 89101

RE: Personal Property Appraisal /

4.4 hour @ $75.00 per hour=$330.00

APPRAISAL FEE   .......................................................................... $330.00

PLEASE REMIT TO: Daniel C. Watson
                 2531 Woodson Avenue
                 Henderson, Nevada 89052

# Thank you!

# EXHIBIT - SOFA #6
# 90 DAY PAYMENTS

# EXHIBIT - SOFA #6
# 90 DAY PAYMENTS

## STATEMENT OF FINANCIAL AFFAIRS - QUESTION NO. 6

**Schedule of 90 Day Payments (Sept. 30, 2022 - Dec. 30, 2022)**

| Date | Transfer | Amount |
|------|----------|--------|
| 10/11/2022 | AMEX EPAYMENT ACH PMT WEB | $33,857.75 |
| 11/16/2022 | AMEX EPAYMENT ACH PMT WEB | $99,803.84 |
| 12/5/2022 | AMEX EPAYMENT ACH PMT WEB | $40,852.32 |
| 12/16/2022 | AMEX EPAYMENT ACH PMT WEB | $91,477.01 |
| 12/23/2022 | AMEX EPAYMENT ACH PMT WEB | $19,736.92 |
| | | **$285,727.84** |

**Payment to L&Z**

| | | |
|------|----------|--------|
| 12/29/2022 | Cnb Wire Out Dom Nr | **$40,000.00** |

**Unknown Payee (to be determined)**

| | | |
|------|----------|--------|
| 12/2/2022 | Cnb Wire Out-I US Nr | **$10,000.00** |

**McMillan & McMillan Painting**

| | | |
|------|----------|--------|
| 10/31/2022 | Check 5705 | **$20,000.00** |

**Zenon**

| | | |
|------|----------|--------|
| 11/22/2022 | Check 1418 | **$42,500.00** |

**Aquatic Treasures-Inventory**

| | | |
|------|----------|--------|
| 11/16/2022 | Check 9002 | $27,586.28 |
| 12/23/2022 | Check 5500 | $15,000.00 |
| | | **$42,586.28** |

**Kupono Matsumoto-employee**

| | | |
|------|----------|--------|
| 12/27/2022 | Check 9001 | **$9,875.27** |

# EXHIBIT - SOFA #7
# INSIDER PAYMENTS

# EXHIBIT - SOFA #7
# INSIDER PAYMENTS

## STATEMENT OF FINANCIAL AFFAIRS - QUESTION NO. 7

**Schedule of Insider Payments (December 31, 2021 - Dec. 30, 2022)**

| Date | Transfer | Amount |
|------|----------|--------|
| **From CNB 3296 to Mike Lehner** | | |
| 7/5/2022 | MIKE LEHNER - CITY NATIONAL BANK | $2,000.00 |
| 7/19/2022 | MIKE LEHNER - CITY NATIONAL BANK | $2,000.00 |
| 7/28/2022 | MIKE LEHNER - CITY NATIONAL BANK | $2,000.00 |
| 9/6/2022 | MIKE LEHNER - CITY NATIONAL BANK | $1,000.00 |
| 11/4/2022 | MIKE LEHNER - CITY NATIONAL BANK | $1,000.00 |
| 11/17/2022 | MIKE LEHNER - CITY NATIONAL BANK | $1,000.00 |
| 12/1/2022 | MIKE LEHNER - CITY NATIONAL BANK | $1,000.00 |
| 12/12/2022 | MIKE LEHNER - CITY NATIONAL BANK | $1,000.00 |
| 12/20/2022 | MIKE LEHNER - CITY NATIONAL BANK | $2,000.00 |
| 12/30/2022 | MIKE LEHNER - CITY NATIONAL BANK | $2,000.00 |
| | | **$15,000.00** |
| | | |
| **From CNB 3296 to RL Exotics** | | |
| 9/12/2022 | WIRE TYPE:WIRE IN DATE: 220912 TIME:1742 ET TRN:2022091200489879 SEQ:2022091200011337/005534 ORIG:ROBIN LEHNER ID:370203296 SND BK:CITY NATIONA L BANK ID:122016066 | $75,000.00 |
| 11/17/2022 | WIRE TYPE:WIRE IN DATE: 221117 TIME:1312 ET TRN:2022111700366639 SEQ:2022111700005849/002329 ORIG:ROBIN LEHNER ID:370203296 SND BK:CITY NATIONAL BANK ID:122016066 | $120,000.00 |
| | | **$195,000.00** |

CREDITORS ADDED 2/3/2023

```
ALIYA GROWTH FUND LLC - SERIES X
C/O SHEA LARSEN
1731 VILLAGE CTR. CIR., SUITE 150
LAS VEGAS, NV 89134

AMERICAN EXPRESS
ATTN: CORRESPONDENCE/BANKRUPTCY
PO BOX 981540
EL PASO, TX 79998

BANK OF AMERICA, N.A.
ATTN: BANKRUPTCY DEP'T
4909 SAVARESE CIRCLE
TAMPA, FL 33634

BRIDGE ENERGY SPORTS, LLC
ATTN: LEON MUHAMMAD
7400 SOUTH STONY ISLAND
CHICAGO, IL 60649

BYZFUNDER NY LLC
ATTN: BANKR. DEP'T/MANAGING AGT.
263 W. 38TH STREET, 13TH FLOOR
NEW YORK, NY 10018

MILOS ANDRIC
GABELSGATAN 25A
0272 OSLO
NORWAY

SURE SPORTS LENDING, LLC
C/O LEON C. MCKENZIE, PRESIDENT
2116 HOLLYWOOD BLVD., SUITE 116
HOLLYWOOD, FL 33020

ALIYA CAPITAL PARTNERS, LLC
ATTN: ROSS KESTIN, CEO
1450 BRICKELL AVE., SUITE 2600
MIAMI, FL 33131

BYZFUNDER NY LLC
ATTN: BANKR. DEPT/MANAGING AGT.
530 7TH AVE., SUITE 505
NEW YORK, NY 10018

SURE SPORTS LENDING, LLC
C/O HEITNER LEGAL, PLLC
ATTN: DARREN HEITNER, ESQ.
215 HENDRICKS ISLE
FORT LAUDERDALE, FL 33301-3706
```

SURE SPORTS LENDING, LLC
C/O FOCUS 9 ENTERPRISES, LLC,
AS REGISTERED AGENT
2728 ENTERPRISE RD., SUITE 230
ORANGE CITY, FL 32763