GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARK M. WEISENMILLER, ESQ.
Nevada Bar No. 12128
E-mail: mweisenmiller@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Phone: (725) 777-3000
Fax:     (725) 777-3112
*Attorneys for Creditors James Kirchmeyer,*
*Merle Whitehead, and Anne Meade*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br><br>ROBIN LINUS LEHNER AND<br>DONYA TINA LEHNER,<br><br>    Debtors. | Case No.  BK-22-14616-NMC<br>Chapter 7 |
|---|---|

### NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

TALITHA GRAY KOZLOWSKI, ESQ. and MARK M. WEISENMILLER, ESQ. of the law firm of GARMAN TURNER GORDON LLP, attorneys for creditors James Kirchmeyer, Merle Whitehead, and Anne Meade hereby enter their appearance on the record in the above-entitled bankruptcy proceeding pursuant to Bankruptcy Rule 9010(b), and pursuant to Bankruptcy Rule 2002 and 3017(a), hereby requests special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all pleadings, papers, and all related materials that are issued or filed in connection with the above-captioned case by the Court, the Debtors, or other parties in interest.  All notices and copies in response to the foregoing, and, pursuant to Bankruptcy Rule 2002, all notices required to be mailed pursuant to Bankruptcy Rule 2002, should be directed to:

. . .

. . .

. . .

TALITHA GRAY KOZLOWSKI, ESQ.
Email: tgray@gtg.legal
MARK M. WEISENMILLER, ESQ.
Email: mweisenmiller@gtg.legal
GARMAN TURNER GORDON LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

Further, the undersigned requests that this address be added to the Master Mailing Matrix in this matter, and as attorney of record, that notice of all proceedings be served to this address.

DATED this 14th day of February, 2023.

GARMAN TURNER GORDON LLP


By */s/ Talitha Gray Kozlowski*
  TALITHA GRAY KOZLOWSKI, ESQ.
  MARK M. WEISENMILLER, ESQ.
  7251 Amigo Street, Suite 210
  Las Vegas, Nevada 89119
  *Attorneys for Creditors James Kirchmeyer, Merle Whitehead, and Anne Meade*