**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: Robert@ch7.vegas

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| In re: | Case No. 22-14616-NMC |
|---|---|
| ROBIN LINUS LEHNER, DONYA TINA LEHNER | Chapter 7 |
| Debtor(s). | **NOTICE OF ENTRY OF ORDER** |

PLEASE TAKE NOTICE that an order (attached hereto) was entered in the above-captioned matter.

DATED: February 14, 2023          /s/ Robert E. Atkinson
                                   ROBERT E. ATKINSON
                                   *Chapter 7 Bankruptcy Trustee*

-1-

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
February 14, 2023
_____

**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: Robert@ch7.vegas

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 22-14616-nmc<br>Chapter 7 |
| ROBIN LINUS LEHNER and<br>DONYA TINA LEHNER, | **ORDER ON**<br>**APPLICATION TO EMPLOY** |
| Debtor(s). | Hearing Date:   February 9, 2023<br>Hearing Time:   11:00 a.m. |

  The Court reviewed and considered the Trustee's Application to Employ Andersen & Beede, LLC as General Counsel for the Trustee [DE #10] (the "***Application***"). No opposition to the Application had been filed.

  All findings of fact and conclusions of law orally stated by the Court at the hearing are incorporated herein pursuant to Fed. R. Civ. P. 52, as made applicable to these proceedings via Fed. R. Bankr. P. 9014(c) and 7052.

  Good cause appearing,

-1-

**IT IS HEREBY ORDERED:**

1. The Application is granted in full.

2. The Trustee is hereby authorized pursuant to 11 U.S.C. § 327(a) to employ Andersen & Beede, LLC to render legal services as his general counsel in this bankruptcy case, effective as of January 6, 2023 (the date of the Engagement Letter).

3. The terms of such employment shall be as described in the Engagement Letter attached as Exhibit 1 to the Application. Such terms of employment are approved as reasonable in accordance with 11 U.S.C. § 328(a).

**IT IS SO ORDERED**.

# # # # #

Respectfully submitted by:

  /s/ Robert E. Atkinson
ROBERT E. ATKINSON
CHAPTER 7 BANKRUPTCY TRUSTEE

**CERTIFICATION re: RULE 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirements set forth in LR 9021(b)(1).

☒ No other party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###