**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: Robert@ch7.vegas

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>ROBIN LINUS LEHNER,<br>DONYA TINA LEHNER<br>　　　　　Debtor(s). | Case No. 22-14616-NMC<br>Chapter 7<br><br>**NOTICE OF ENTRY OF ORDER** |

PLEASE TAKE NOTICE that an order (attached hereto) was entered in the above-captioned matter.

DATED:  February 15, 2023　　　　　　　　/s/ Robert E. Atkinson
　　　　　　　　　　　　　　　　　　　　ROBERT E. ATKINSON
　　　　　　　　　　　　　　　　　　　　*Chapter 7 Bankruptcy Trustee*

-1-



Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
February 15, 2023

___

**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: Robert@ch7.vegas

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 22-14616-nmc<br>Chapter 7 |
| ROBIN LINUS LEHNER and<br>DONYA TINA LEHNER; | **ORDER ON EX PARTE MOTION TO EXTEND DEADLINE TO ASSUME OR REJECT DEBTOR'S NHL CONTRACT** |
| Debtors. | |

The Court considered the Trustee's EX PARTE MOTION TO EXTEND DEADLINE TO ASSUME OR REJECT DEBTOR'S NHL CONTRACT (the "***Motion***"), filed by chapter 7 trustee Robert E. Atkinson ("***Trustee***").  The Motion sought an extension to the 60-day deadline imposed by 11 U.S.C. § 365 for the Trustee to assume or reject debtor Robin Lehner's sports contract with the Vegas Golden Knights (the "***NHL Contract***"). Good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Motion is granted.  The deadline for the Trustee to assume or reject the NHL Contract under 11 U.S.C. § 365 is hereby extended to April 14, 2023, inclusively.

**IT IS SO ORDERED.**

# # # # #

-1-

-2-

Respectfully submitted by:

     /s/ Robert E. Atkinson
ROBERT E. ATKINSON
CHAPTER 7 BANKRUPTCY TRUSTEE

SUBMITTED BY:

    /s/ Robert E. Atkinson
ROBERT E. ATKINSON
CHAPTER 7 BANKRUPTCY TRUSTEE

### **CERTIFICATION re: RULE 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirements set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###