**ANDERSEN & BEEDE**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@aandblaw.com*
Valerie Y. Zaidenberg, Esq.
Nevada Bar No. 15839
Email: *valerie@aandblaw.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:    702-825-2824

*Counsel for Robert Atkinson, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>ROBIN LINUS LEHNER and DONYA TINA LEHNER,<br><br>Debtors. | Case No.: 22-14616-NMC<br>Chapter 7<br><br>**NOTICE OF ENTRY OF ORDER** |

**PLEASE TAKE NOTICE** that an *Order Granting Motion to Extend Time to Assume or Reject Unexpired Leases and Executory Contracts* ("Order"), was entered in the above-captioned bankruptcy case on March 1, 2023, as ECF No. 68. A copy of the Order is attached hereto as **Exhibit 1.**

Dated this 2nd day of March, 2023.

Respectfully submitted by:

**ANDERSEN & BEEDE**

By:     /s/ Ryan A. Andersen
        Ryan A. Andersen, Esq.
        Nevada Bar No. 12321
        Email: *ryan@aandblaw.com*
        3199 E Warm Springs Rd, Ste 400
        Las Vegas, Nevada 89120

        *Counsel for Robert Atkinson, Trustee*

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

*Natalie M. Cox*
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
March 01, 2023

**ANDERSEN & BEEDE**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@aandblaw.com*
Valerie Y. Zaidenberg, Esq.
Nevada Bar No. 15839
Email: *valerie@aandblaw.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:    702-825-2824

*Counsel for Robert E. Atkinson, Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: 22-14616-NMC |
|---|---|
| ROBIN LINUS LEHNER and DONYA TINA LEHNER, | Chapter 7 |
| Debtors. | **ORDER GRANTING MOTION TO EXTEND TIME TO ASSUME OR REJECT UNEXPIRED LEASES AND EXECUTORY CONTRACTS** |
| | Hearing Date:  February 28, 2023<br>Hearing Time:  2:00 p.m. |

The Court, having considered the *Motion to Extend Time to Assume or Reject Unexpired Leases and Executory Contracts* ("Motion") filed by Robert E. Atkinson, Chapter 7 Trustee ("Trustee"), at ECF No. 56; having conducted a hearing with respect to the Motion on February 28, 2023, at 2:00 p.m.

Pacific time; with Ryan A. Andersen, Esq. of Andersen & Beede appearing on behalf of the Trustee and with other appearances as noted on the record of such hearing; and having stated its findings of fact and conclusions of law on the record at the conclusion of such hearing, pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure, made applicable to this contested matter by Rule 9014 of the Federal Rules of Bankruptcy Procedure, such findings of facts and conclusions of law therefore being incorporated as if set forth herein:

**NOW THEREFORE**, good cause appearing, the Court **ORDERS** as follows:

**IT IS ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the time for the Trustee to assume or reject any unexpired leases or executory contracts under 11 U.S.C. § 365 is hereby extended to and including April 29, 2023; and

**IT IS FURTHER ORDERED** that this Court retains continuing and exclusive jurisdiction to the maximum possible extent to interpret, implement, and enforce this Order and all matters arising from or related to its implementation.

Respectfully submitted by:

**ANDERSEN & BEEDE**

By:   /s/ Ryan A. Andersen
      Ryan A. Andersen, Esq.
      Nevada Bar No. 12321
      Valerie Y. Zaidenberg, Esq.
      Nevada Bar No. 15839
      3199 E Warm Springs Rd, Ste 400
      Las Vegas, NV 89120

*Counsel for Robert E. Atkinson, Trustee*



## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of February, 2023.

**ANDERSEN & BEEDE**

By:  /s/ Ryan A. Andersen
     Ryan A. Andersen, Esq.
     Nevada Bar No. 12321
     3199 E. Warm Springs Rd, Ste 400
     Las Vegas, Nevada 89120

*Counsel for Robert E. Atkinson, Trustee*

# # #