GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Phone: (725) 777-3000
Fax:    (725) 777-3112
*Attorneys for Creditors James Kirchmeyer,
Merle Whitehead, and Anne Meade*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>ROBIN LINUS LEHNER AND<br>DONYA TINA LEHNER,<br><br>Debtors. | Case No. BK-22-14616-NMC<br>Chapter 7 |

**EX PARTE APPLICATION FOR EXAMINATION OF ROBIN LEHNER PURSUANT TO BANKRUPTCY RULE 2004**

James Kirchmeyer, Merle Whitehead, and Anne Meade ("Secured Creditors"), by and through their counsel, Garman Turner Gordon LLP, hereby respectfully apply for an order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Rule 2004") directing Robin Linus Lehner ("Mr. Lehner"), to appear for an examination on April 3, 2023, at 10:30 a.m. The location of the Rule 2004 examination will be provided through the subsequent issuance of a subpoena and notice of Rule 2004 examination. Secured Creditors further request that the order provide that the examination may be continued from day to day until concluded.[1]

Rule 2004(a) provides that "[o]n motion of any party in interest, the court may order the examination of any entity." Such an examination may relate to the acts, conduct, or property, or to the liabilities and financial condition of the debtor, or to any matter which may affect the

---

[1] The examination will be recorded via stenographic means and may also be recorded by a videographer.

1  administration of the debtor's estate.  See Fed. R. Bankr. P. 2004(b).  Here, the requested

2  examination relates to matters that are within the permitted scope of Rule 2004, including

3  Debtor's assets, conduct, and property.

4      Local Rule 2004(b) further provides that "[o]rders for examination may be signed by the

5  clerk if the date set for examination is more than fourteen (14) days from the date the motion is

6  filed."  Therefore, the Clerk may sign an order for the Rule 2004 examination of Mr. Lehner.

7      WHEREFORE, Secured Creditors respectfully request that the Court or the Clerk of

8  Court enter the *Order Granting Application for Examination Pursuant to Bankruptcy Rule 2004*

9  *of Robin Lehner Pursuant to Bankruptcy Rule 2004.*

10      Dated this 9th day of March, 2023.

GARMAN TURNER GORDON LLP

By */s/ Talitha Gray Kozlowski*
   TALITHA GRAY KOZLOWSKI, ESQ.
   TERESA M. PILATOWICZ, ESQ.
   7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
   *Attorneys for Creditors James Kirchmeyer,*
   *Merle Whitehead, and Anne Meade*