

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
March 10, 2023

_____

GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Phone: (725) 777-3000
Fax:    (725) 777-3112
*Attorneys for Creditors James Kirchmeyer,
Merle Whitehead, and Anne Meade*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re: | Case No. BK-22-14616-NMC |
|---|---|
| ROBIN LINUS LEHNER AND DONYA TINA LEHNER, | Chapter 7 |
| Debtors. | |

**ORDER GRANTING EX PARTE APPLICATION FOR EXAMINATION
OF ROBIN LEHNER PURSUANT TO BANKRUPTCY RULE 2004**

Upon the *Ex Parte Application for Examination of Robin Lehner Pursuant to Bankruptcy Rule 2004* (the "Ex Parte Application") filed by James Kirchmeyer, Merle Whitehead, and Anne Meade (the "Secured Creditors"), and good cause appearing therefor;

**IT IS HEREBY ORDERED** that Robin Lehner shall appear for a Rule 2004 examination on April 3, 2023, at 10:30 a.m. or such other date as Mr. Lehner and Secured

Creditors agree, pursuant to FED. R. BANKR. P. 2004, regarding matters that are within the permitted scope of Rule 2004, including without limitation the acts, conduct, property, liabilities, financial condition, and business dealings of the above-captioned debtors. James Kirchmeyer, Merle Whitehead, and Anne Meade shall issue a separate subpoena pursuant to Fed. R. Bankr. P. 9016 for the production of documents.

**IT IS FURTHER ORDERED** that the examination may be continued from day to day until concluded and that the examination will be recorded by a certified court reporter by stenographic means and may also be videographically recorded.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By:    */s/ Talitha Gray Kozlowski*
      TALITHA GRAY KOZLOWSKI, ESQ.
      TERESA M. PILATOWICZ, ESQ.
      7251 Amigo Street, Suite 210
      Las Vegas, Nevada 89119
      *Attorneys for Creditors James Kirchmeyer,*
      *Merle Whitehead, and Anne Meade*