GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Phone: (725) 777-3000
Fax:    (725) 777-3112
*Attorneys for Creditors James Kirchmeyer,
Merle Whitehead, and Anne Meade*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ROBIN LINUS LEHNER AND<br>DONYA TINA LEHNER,<br><br>Debtors. | Case No. BK-22-14616-NMC<br>Chapter 7 |

### NOTICE OF ENTRY OF ORDER

NOTICE IS HEREBY GIVEN that an *Order Granting Ex Parte Application for Examination of Robin Lehner Pursuant to Bankruptcy Rule 2004* [ECF No. 76] ("Order") was entered in the above-entitled matter on March 10, 2023. A copy of the Order is attached hereto as **Exhibit 1**.

DATED this 10th day of March, 2023.

GARMAN TURNER GORDON LLP

By */s/ Talitha Gray Kozlowski*
    TALITHA GRAY KOZLOWSKI, ESQ.
    TERESA M. PILATOWICZ, ESQ.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Creditors James Kirchmeyer,
    Merle Whitehead, and Anne Meade*