**ANDERSEN & BEEDE**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@aandblaw.com*
Valerie Y. Zaidenberg, Esq.
Nevada Bar No. 15839
Email: *valerie@aandblaw.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:    702-825-2824

*Counsel for Robert E. Atkinson, Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>ROBIN LINUS LEHNER and DONYA TINA LEHNER,<br><br>Debtors. | Case No.: 22-14616-NMC<br>Chapter 7<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO ABANDON**<br><br>Hearing Date: April 4, 2023<br>Hearing Time: 2:00 p.m. |
|---|---|

Trustee Robert E. Atkinson ("Trustee"), the duly qualified chapter 7 bankruptcy trustee in and for the above-captioned bankruptcy case ("Case"), by and through his counsel of record, Andersen & Beede, hereby withdraws his *Motion to Abandon [Sports Contract]* ("Abandonment Motion"), ECF No. 22, and further requests the Bankruptcy Court vacate the hearing on the Abandonment Motion currently scheduled for 2:00 p.m. on April 4, 2023.

Through the Trustee's subsequent investigation and research of the issues presented in the Abandonment Motion, conducted in response to inquiries from the Bankruptcy Court during the initial hearing on the Abandonment Motion held on February 14, 2023, at 2:00 p.m., the certain personal services contract ("Contract"), between debtor Robin Linus Lehner and Black Knight Sports and Entertainment LLC, doing business as the Vegas Golden Knights, is not property of the bankruptcy estate in the Case. *See In re Carrere*, 64 B.R. 156, 158 (B.A.P. 9th Cir. 1986) (citing *In re Noonan*, 17

B.R. 793, 797-8 (Bankr. S.D.N.Y. 1982)). As such, abandonment of the Contract is not necessary or warranted, and the Trustee withdraws the Abandonment Motion. Further, the Trustee respectfully requests the hearing on the Abandonment Motion be vacated.

Dated this 21st day of March, 2023.

Respectfully submitted by:

**ANDERSEN & BEEDE**

By: /s/ Ryan A. Andersen
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Valerie Y. Zaidenberg, Esq.
Nevada Bar No. 15839
3199 E Warm Springs Rd, Ste 400
Las Vegas, NV 89120

*Counsel for Robert E. Atkinson, Trustee*