LOUIS M. BUBALA III
Nevada Bar No. 8974
AUGUST B. HOTCHKIN
Nevada Bar No. 12780
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada   89501
Telephone:   (775) 852-3900
Facsimile:    (775) 327-2011
Email:   lbubala@kcnvlaw.com
Email:   ahotchkin@kcnvlaw.com

*Attorneys for JHB Collective, LLC*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-22-14616-nmc |
| | Chapter 7 |
| ROBIN LINUS LEHNER; DONYA TINA LEHNER; | **REQUEST FOR SPECIAL NOTICE** |
| Debtor(s). | |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:

    I request that all notices given and all papers served or required to be served in this bankruptcy case, be given to and served upon the undersigned at the following address and telephone number:

August B. Hotchkin
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada   89501
Telephone:   (775) 852-3900
Email:   ahotchkin@kcnvlaw.com

Thursday, March 23, 2023

KAEMPFER CROWELL

By: /s/ *August B. Hotchkin*
Louis M. Bubala III, SBN 8974
August B. Hotchkin, SBN 12780
*Attorneys for JHB Collective, LLC*

# CERTIFICATE OF SERVICE

Pursuant to FRBP and FRCP 5(b), I certify that I am an employee of Kaempfer Crowell, that I am over the age of 18, and that I am not a party to the above-referenced case. I further certify that on Thursday, March 23, 2023 the following documents was filed and served as indicated below.

- **REQUEST FOR SPECIAL NOTICE**

 X     **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States District Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

RYAN A. ANDERSEN on behalf of Trustee ROBERT E. ATKINSON
ryan@aandblaw.com, tatiana@aandblaw.com; melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com; valerie@aandblaw.com; andersen.ryana.b117998@notify.bestcase.com

ROBERT E. ATKINSON on behalf of Trustee ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas; ecf.alert+atkinson@titlexi.com

TIMOTHY S. CORY on behalf of Creditor MICHAEL BORDEN
tcory@crdslaw.com, creade@crdslaw.com

SCOTT D. FLEMING on behalf of Creditor RMSPC FUNDING, LLC
scott@fleminglawlv.com

STEVEN T GUBNER on behalf of Creditor SOUTH RIVER CAPITAL, LLC
sgubner@bg.law, ecf@bg.law

ROBERT R. KINAS on behalf of Creditor PETER ERIKSSON
rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com; docket_las@swlaw.com; sdugan@swlaw.com

BART K. LARSEN on behalf of Creditor ALIYA CAPITAL PARTNERS LLC
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

ZACHARIAH LARSON on behalf of Debtor ROBIN LINUS LEHNER and Joint Debtor DONYA TINA LEHNER
zlarson@lzlawnv.com, mzirzow@lzlawnv.com; carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com; larson.zachariahr99681@notify.bestcase.com

1  WILLIAM M. NOALL on behalf of Creditors JACKSON LENDING, LP, SUPERNOVA 87, TAURUS II, LLC, TAURUS VII, LLC and TAURUS, LLC
2  wnoall@gtg.legal, bknotices@gtg.legal

3  TERESA M. PILATOWICZ on behalf of Creditors ANNE MEADE, JAMES KIRCHMEYER, and MERLE WHITEHEAD
4  tpilatowicz@gtg.legal, bknotices@gtg.legal

5  R. CHRISTOPHER READE on behalf of Creditor MICHAEL BORDEN
   creade@crdslaw.com, earthur@crdslaw.com; jshafer@crdslaw.com; mrodriguez@crdslaw.com;
6  adavid@crdslaw.com; kkeyes@crdslaw.com

7  Jeffrey R. Sylvester on behalf of Creditor PUTNAM LEASING
   jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com
8
   U.S. TRUSTEE - LV - 7
9  USTPRegion17.LV.ECF@usdoj.gov

10 MARK M. WEISENMILLER on behalf of Creditors SUPERNOVA 87, TAURUS II, LLC, TAURUS VII, LLC, TAURUS, LLC, ANNE MEADE, JAMES KIRCHMEYER and MERLE
11 WHITEHEAD
   mweisenmiller@gtg.legal, bknotices@gtg.legal
12
   JASON M. WILEY on behalf of Creditor SURESPORTS
13 jwiley@wileypetersenlaw.com, cpascal@wileypetersenlaw.com

14 MATTHEW C. ZIRZOW on behalf of Debtor ROBIN LINUS LEHNER and Joint Debtor DONYA TINA LEHNER
15 mzirzow@lzlawnv.com, carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com;
   zirzow.matthewc.r99681@notify.bestcase.com
16
          I declare under penalty of perjury that the foregoing is true and correct.
17
   DATED:  Thursday, March 23, 2023
18
                                                       By:/s/ Neida Lopez-Avila
19                                                     Neida Lopez-Avila
                                                       An Employee of KAEMPFER CROWELL
20

21

22

23

24

KAEMPFER
CROWELL       3385291_1                                                                Page 3 of 3