GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Phone: (725) 777-3000
Fax:     (725) 777-3112
*Attorneys for Creditor Eclipse Service, Inc.*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re: | Case No.  BK-22-14616-NMC |
|---|---|
| ROBIN LINUS LEHNER AND DONYA TINA LEHNER, | Chapter 7 |
| Debtors. | |

### NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

TALITHA GRAY KOZLOWSKI, ESQ. and TERESA M. PILATOWICZ, ESQ. of the law firm of GARMAN TURNER GORDON LLP, attorneys for creditor Eclipse Service, Inc. hereby enter their appearance on the record in the above-entitled bankruptcy proceeding pursuant to Bankruptcy Rule 9010(b), and pursuant to Bankruptcy Rule 2002 and 3017(a), hereby request special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all pleadings, papers, and all related materials that are issued or filed in connection with the above-captioned case by the Court, the Debtor, or other parties in interest.  All notices and copies in response to the foregoing, and, pursuant to Bankruptcy Rule 2002, all notices required to be mailed pursuant to Bankruptcy Rule 2002, should be directed to:

. . .

. . .

. . .

1  TALITHA GRAY KOZLOWSKI, ESQ.
   Email:  tgray@gtg.legal
2  TERESA M. PILATOWICZ, ESQ.
   Email: tpilatowicz@gtg.lega
3  GARMAN TURNER GORDON LLP
   7251 Amigo Street, Suite 210
4  Las Vegas, Nevada 89119

5    Further, the undersigned requests that this address be added to the Master Mailing Matrix in

6  this matter, and as attorney of record, that notice of all proceedings be served to this address.

7    DATED this 28th day of March, 2023.

8                              GARMAN TURNER GORDON LLP

9

10                             By */s/ Talitha Gray Kozlowski*
                               TALITHA GRAY KOZLOWSKI, ESQ.
11                             TERESA M. PILATOWICZ, ESQ.
                               7251 Amigo Street, Suite 210
12                             Las Vegas, Nevada 89119
                               *Attorneys for Creditor Eclipse Service, Inc.*
13

Garman Turner Gordon LLP
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000