**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: Robert@ch7.vegas

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ROBIN LINUS LEHNER and<br>DONYA TINA LEHNER;<br><br>Debtors. | Case No.   22-14616-nmc<br>Chapter 7<br><br>**NOTICE OF CONTINUED 341 MEETING**<br><br>Date:        April 14, 2023<br>Time:       11:00 a.m.<br><br>Location:  Zoom<br>                   URL: https://zoom.us/j/6840466972<br>                   Zoom Meeting ID: 684−046−6972 |

**TO: ALL PARTIES**

PLEASE TAKE NOTICE that beause the amended schedules have not yet been filed, the Section 341 meeting of creditors in this case has been continued to **Friday, April 14, 2023 at 11:00 a.m.**  Both debtors are required to attend.[1]

This meeting will be held via Zoom at the time and place identified in the caption above.

# # # # #

DATED:  March 29, 2023

                                                /s/ Robert E. Atkinson
                                              ROBERT E. ATKINSON
                                              CHAPTER 7 BANKRUPTCY TRUSTEE

---

[1] No appearances from any party are required or expected at the currently-scheduled March 31 meeting.