Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Edward M. McDonald Jr., Trial Attorney
State Bar No. NY 4126009
*edward.m.mcdonald@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Cell: (202) 603-5222
Attorneys for the United States Trustee for Region 17
      TRACY HOPE DAVIS

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In Re: | ) | Case No: 22-14616-NMC |
| | ) | Chapter 7 |
| ROBIN LINUS LEHNER and | ) | |
| DONYA TINA LEHNER | ) | |
| | ) | |
| Debtor(s). | ) | |
| | ) | |

**STIPULATION TO ENLARGE TIME PERIODS FOR UNITED STATES TRUSTEE TO FILE A COMPLAINT TO DENY DISCHARGE UNDER 11 U.S.C. § 727 TO JULY 10, 2023**

    Tracy Hope Davis, the United States Trustee for Region 17 ("U.S. Trustee"), by and through her undersigned counsel, and the Debtors Robin Linus Lehner and Donya Tina Lehner ("Debtors"), by and through their undersigned counsel (collectively, the "Parties"), hereby stipulate to the following facts:

    1.    The Debtors filed their above-captioned chapter 7 bankruptcy case on December 30, 2022. ECF No. 1.

    2.    The 11 U.S.C. § 341 Meeting of Creditors was scheduled for February 3, 2023, continued several times, and is currently continued to April 14, 2023. *See* ECF Docket *generally*.

1

3.	The deadline for the U.S. Trustee to file an adversary complaint to deny discharge under 11 U.S.C. § 727 expires on April 4, 2023.  ECF No. 4.

4.	The Parties hereby stipulate to extend the time for the U.S. Trustee to file an adversary complaint to deny discharge under 11 U.S.C. § 727 to and including Monday July 10, 2023.

Dated: March 30, 2023

ROBIN LINUS LEHNER
DONYA TINA LEHNER
DEBTORS


 /s/Zach Larson
By: Zach Larson
Attorney for the Debtors

March 30, 2023

TRACY HOPE DAVIS
UNITED STATES TRUSTEE


/s/ Edward M. McDonald
By: Edward M. McDonald
Attorney for United States Trustee

2