

———————————————————
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
April 04, 2023

GARMAN TURNER GORDON LLP
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Creditors Taurus, LLC, Taurus II, LLC, Taurus VII, LLC, and Supernova 87*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No. 22-14616 -nmc |
|---|---|
| ROBIN LINUS LEHNER AND DONYA TINA LEHNER, | Chapter 7 |
| Debtor. | Date: N/A<br>Time: N/A |

**ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT FOR NONDISCHARGABILITY OF DEBT**

Taurus, LLC, Taurus II, LLC, Taurus VII, LLC, and Supernova 87 ("Creditors"), by and through its counsel, the law firm of Garman Turner Gordon LLP, and Robin Linus Lehner and Donya Tina Lehner ("Debtors," and together with Creditor, the "Parties"), by and through their counsel the law firm of Larson & Zirzow, entered into that certain *Stipulation to Extend Deadline to File Complaint for Nondischargability of Debt* (the "Stipulation").[1]

The Court, having read and considered the Stipulation and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Stipulation is approved in its entirety.

---
[1] All capitalized, undefined terms shall have the meaning ascribed to them in the Stipulation.

**IT IS FURTHER ORDERED** that the deadline for Creditor to file an adversary complaint against the Debtors pursuant to 11 U.S.C. § 523 shall be extended from April 4, 2023 up to and including May 22, 2023.

**IT IS SO ORDERED.**

| GARMAN TURNER GORDON LLP | LARSON & ZIRZOW |
|---|---|
| By: */s/ William M. Noall*<br>     WILLIAM M. NOALL, ESQ.<br>     7251 Amigo Street, Suite 210<br>     Las Vegas, Nevada 89119 | By: /s/ *Zachariah Larson*<br>     ZACHARIAH LARSON, ESQ<br>     MATHEW C. ZIRZOW, ESQ.<br>     850 E. Bonneville Avenue<br>     Las Vegas, Nevada 89101 |
| *Attorneys for Creditor Taurus, LLC, Taurus II, LLC, Taurus VII, LLC, and Supernova 87* | *Attorneys for Debtors* |