LOUIS M. BUBALA III
Nevada Bar No. 8974
AUGUST B. HOTCHKIN
Nevada Bar No. 12780
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada  89501
Telephone:  (775) 852-3900
Facsimile:  (775) 327-2011
Email:  lbubala@kcnvlaw.com
Email:  ahotchkin@kcnvlaw.com

*Attorneys for JHB Collective, LLC*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ROBIN LINUS LEHNER; DONYA TINA LEHNER;<br><br>Debtor(s). | Case No. BK-22-14616-nmc<br>Chapter 7<br><br>**NOTICE OF CORRECTED PARTY NAME** |

TO: The Clerk of the U.S. Bankruptcy Court, the Debtors, the Attorneys of Record, the Trustee, and All Parties of Interest

JHB Collective, LLC ("JHB"), by and through its undersigned attorneys, files this notice to correct the spelling of the name of the filing party.  Counsel for creditor JHB Collective, LLC, transposed letters when creating the party on the court's electronic system, filing them under JBH Collective, LLC.  As a result, the docket entries for the requests for special notice (Dkt. 82-83) and the stipulation and amended stipulation to extend the time to file nondischargeability claims (Dkts. 90, 94) incorrectly state the filing party as JBH.  Each of those documents, however, correctly identify the party name as JHB.

[Remainder of page intentionally left blank.]

1  Counsel shall endeavor to fill all future papers under the correct party name of JHB
2  Collective, LLC.
3   Tuesday, April 4, 2023                              KAEMPFER CROWELL
4
                                                By:  /s/ Louis M. Bubala
5                                                    Louis M. Bubala III, SBN 8974
                                                     August B. Hotchkin, SBN 12780
6
                                                     *Attorneys for JHB Collective, LLC*
7

## CERTIFICATE OF SERVICE

Pursuant to FRBP and FRCP 5(b), I certify that I am an employee of Kaempfer Crowell, that I am over the age of 18, and that I am not a party to the above-referenced case. I further certify that on Tuesday, April 4, 2023 the following documents was filed and served as indicated below.

- **NOTICE OF CORRECTED PARTY NAME**

 X    **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States District Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

RYAN A. ANDERSEN on behalf of Trustee ROBERT E. ATKINSON
ryan@aandblaw.com, tatiana@aandblaw.com; melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com; valerie@aandblaw.com; andersen.ryana.b117998@notify.bestcase.com

ROBERT E. ATKINSON on behalf of Trustee ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas; ecf.alert+atkinson@titlexi.com

TIMOTHY S. CORY on behalf of Creditor MICHAEL BORDEN
tcory@crdslaw.com, creade@crdslaw.com

SCOTT D. FLEMING on behalf of Creditor RMSPC FUNDING, LLC
scott@fleminglawlv.com

STEVEN T GUBNER on behalf of Creditor SOUTH RIVER CAPITAL, LLC
sgubner@bg.law, ecf@bg.law

ROBERT R. KINAS on behalf of Creditor PETER ERIKSSON
rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com; docket_las@swlaw.com; sdugan@swlaw.com

BART K. LARSEN on behalf of Creditor ALIYA CAPITAL PARTNERS LLC
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

ZACHARIAH LARSON on behalf of Debtor ROBIN LINUS LEHNER and Joint Debtor DONYA TINA LEHNER
zlarson@lzlawnv.com, mzirzow@lzlawnv.com; carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com; larson.zachariahr99681@notify.bestcase.com

1  WILLIAM M. NOALL on behalf of Creditors JACKSON LENDING, LP, SUPERNOVA 87, TAURUS II, LLC, TAURUS VII, LLC and TAURUS, LLC
2  wnoall@gtg.legal, bknotices@gtg.legal

3  TERESA M. PILATOWICZ on behalf of Creditors ECLIPSE SERVICE, INC., ANNE MEADE, JAMES KIRCHMEYER, and MERLE WHITEHEAD
4  tpilatowicz@gtg.legal, bknotices@gtg.legal

5  R. CHRISTOPHER READE on behalf of Creditor MICHAEL BORDEN
   creade@crdslaw.com, earthur@crdslaw.com; jshafer@crdslaw.com; mrodriguez@crdslaw.com;
6  adavid@crdslaw.com; kkeyes@crdslaw.com

7  JEFFREY R. SYLVESTER on behalf of Creditor PUTNAM LEASING
   jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com
8
   U.S. TRUSTEE - LV - 7
9  USTPRegion17.LV.ECF@usdoj.gov

10 MARK M. WEISENMILLER on behalf of Creditors SUPERNOVA 87, TAURUS II, LLC, TAURUS VII, LLC, TAURUS, LLC, ANNE MEADE, JAMES KIRCHMEYER and MERLE
11 WHITEHEAD
   mweisenmiller@gtg.legal, bknotices@gtg.legal
12
   JASON M. WILEY on behalf of Creditor SURESPORTS
13 jwiley@wileypetersenlaw.com, cpascal@wileypetersenlaw.com

14 MATTHEW C. ZIRZOW on behalf of Debtor ROBIN LINUS LEHNER and Joint Debtor DONYA TINA LEHNER
15 mzirzow@lzlawnv.com, carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com;
   zirzow.matthewc.r99681@notify.bestcase.com
16
            I declare under penalty of perjury that the foregoing is true and correct.
17
   DATED:  Tuesday, April 4, 2023
18
                                                    By: /s/ Courtney L. Droessler
19                                                  Courtney Droessler
                                                    An Employee of KAEMPFER CROWELL
20

21

22

23

24