GARMAN TURNER GORDON LLP
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Creditors Jackson Lending, LP*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 22-14616 -nmc |
| ROBIN LINUS LEHNER AND DONYA TINA LEHNER, | Chapter 7 |
| Debtor. | Date: N/A<br>Time: N/A |

### NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT FOR NONDISCHARGABILITY OF DEBT

NOTICE IS HEREBY GIVEN that an *Order Approving Stipulation to Extend Deadline to File Complaint for Nondischargability of Debt* [ECF No. 118] ("Order"), was entered in the above-entitled matter on April 4, 2023.  A copy of the Order is attached hereto as **Exhibit 1**.

Dated this 4th day of April, 2023.

GARMAN TURNER GORDON LLP

By: /s/ William M. Noall
     WILLIAM M. NOALL, ESQ.
     7251 Amigo Street, Suite 210
     Las Vegas, Nevada 89119
     *Attorneys for Creditor Jackson Lending, LP*