Scott D. Fleming, Esq.
Nevada Bar No. 5638
**Fleming Law Firm, PLLC**
8250 West Charleston Boulevard
Suite 100
Las Vegas, Nevada 89117
Telephone: (702) 743-6263
E-Mail: scott@fleminglawlv.com
*Attorney for RMSPC Funding, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In re<br><br>ROBIN LINUS LEHNER and<br>DONYA TINA LEHNER,<br><br>Debtors. | Case No.: 22-14616-NMC<br>Chapter 7<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO EXTEND THE TIME FOR RMSPC FUNDING, LLC TO COMMENCE ACTION TO DETERMINE NON-DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523** |

Please take notice that on April 4, 2023, the United States Bankruptcy Court entered the following order:

> ORDER APPROVING STIPULATION TO EXTEND THE TIME FOR RMSPC FUNDING, LLC TO COMMENCE ACTION TO DETERMINE NON-DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523 [ECF No. 109]

A true and correct copy of the order is attached as **Exhibit A**.

Dated this 5th day of April, 2023.

**Fleming Law Firm, PLLC**

*By: Scott D. Fleming*
Scott D. Fleming, Esq.
Nevada Bar No. 5638
8250 West Charleston Boulevard
Suite 100
Las Vegas, Nevada 89117
Telephone: (702) 743-6263
E-Mail: scott@fleminglawlv.com
*Attorney for RMSPC Funding, LLC*

EXHIBIT A

ORDER APPROVING STIPULATION TO EXTEND THE TIME FOR RMSPC FUNDING, LLC TO COMMENCE ACTION TO DETERMINE NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523

EXHIBIT A

ORDER APPROVING STIPULATION TO EXTEND THE TIME FOR RMSPC FUNDING, LLC TO COMMENCE ACTION TO DETERMINE NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523



_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
April 04, 2023

SCOTT D. FLEMING, ESQ.
Nevada Bar No. 5638
**FLEMING LAW FIRM, PLLC**
8250 West Charleston Boulevard
Suite 100
Las Vegas, Nevada 89117
Telephone: (702) 743-6263
E-Mail: scott@fleminglawlv.com
*Attorney for RMSPC Funding, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In re<br><br>ROBIN LINUS LEHNER and<br>DONYA TINA LEHNER,<br><br>Debtors. | Case No.: 22-14616-NMC<br>Chapter 7<br><br>**ORDER APPROVING STIPULATION TO EXTEND THE TIME FOR RMSPC FUNDING, LLC TO COMMENCE ACTION TO DETERMINE NON-DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523** |

The Court has considered the *Stipulation to Extend the Time for RMSPC Funding, LLC to Commence Action to Determine Non-dischargeability of Debt Pursuant to 11 U.S.C. § 523* [ECF No. 88] (the "Stipulation") submitted by Robin Linus Lehner and Donya Tina Lehner ("Debtors") and RMSPC Funding, LLC ("RMSPC"). As set forth in the Stipulation, Debtors and RMSPC agree that the current deadline for RMSPC to commence an adversary proceeding to determine the non-dischargeability of a debt pursuant to 11 U.S.C. § 523 should be extended from Tuesday, April 4, 2023 to Tuesday, May 16, 2023 to facilitate settlement discussions regarding certain claims that may be held by RMSPC. The parties further agree that the Stipulation is not intended to inure to

the benefit of any third parties and shall not be construed as an admission of liability by Debtors. In addition, the Stipulation shall not be deemed a waiver of any rights by Debtors and RMSPC to conduct examinations pursuant to Fed. R. Bankr. P. 2004.

For good cause:

**IT IS ORDERED** that the deadline for RMSPC Funding, LLC to commence an action to determine the non-dischargeability of a debt pursuant to 11 U.S.C. § 523 shall be extended from Tuesday, April 4, 2023 to **Tuesday, May 16, 2023**.

###