**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robin Linus Lehner** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Donya Tina Lehner** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **22-14616-nmc** |

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1.  **Schedule A/B: Property** (Official Form 106A/B)  1a. Copy line 55, Total real estate, from Schedule A/B.................................................... | $               0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B........................................................... | $        5,157,708.69 |
| 1c. Copy line 63, Total of all property on Schedule A/B................................................................ | $        5,157,708.69 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)  2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $        1,700,000.00 |
| 3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)  3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $              19,499.67 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $        25,640,744.33 |
| **Your total liabilities** | $       27,360,244.00 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4.  *Schedule I: Your Income* (Official Form 106I)  Copy your combined monthly income from line 12 of *Schedule I*................................................ | $             231,695.24 |
| 5.  *Schedule J: Your Expenses* (Official Form 106J)  Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $              52,509.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor 1    **Robin Linus Lehner**
Debtor 2    **Donya Tina Lehner**

Case number *(if known)*    **22-14616-nmc**

the court with your other schedules.

8.    **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.    **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Robin Linus Lehner** |
| | First Name         Middle Name         Last Name |
| Debtor 2 | **Donya Tina Lehner** |
| (Spouse, if filing) | First Name         Middle Name         Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | **22-14616-nmc** |

■ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

■ No. Go to Part 2.
☐ Yes. Where is the property?

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Rolls Royce** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Phantom** | ■ Debtor 1 only | |
| | Year: | **2019** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | **18,000** | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | |

**Lease with Putnam Leasing, commenced 10/20/20, 60 months @ $4,995/month, with a purchase balloon of $165,000; $50,000 downpayment (debtor intends to reject)**

☐ Check if this is community property (see instructions)

Current value of the entire property? **Unknown**
Current value of the portion you own? **Unknown**

| 3.2 | Make: | **Mercedes Benz** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **G63 AMG** | ■ Debtor 1 only | |
| | Year: | **2019** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | **34,000** | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | |

**Lease with Putnam Leasing, commenced 7/30/20, 36 months @ $3,939.43/month, with a purchase option of $60,000; $25,000 down payment already made, VIN *7433 (debtor intends to assume)**

☐ Check if this is community property (see instructions)

Current value of the entire property? **Unknown**
Current value of the portion you own? **Unknown**

Debtor 1    **Robin Linus Lehner**
Debtor 2    **Donya Tina Lehner**

Case number *(if known)*    **22-14616-nmc**

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ■ No
    ☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
    pages you have attached for Part 2. Write that number here...........................................................=>

    **$0.00**

| Part 3: | Describe Your Personal and Household Items | |
|---|---|---|
| Do you own or have any legal or equitable interest in any of the following items? | | Current value of the portion you own? Do not deduct secured claims or exemptions. |

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes.  Describe.....

| Miscellaneous household goods; See Exhibit B for detail; value per appraisal. | $9,790.00 |
|---|---|

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ■ Yes.  Describe.....

| Miscellaneous electronics; See Exhibit B for detail; value per appraisal. | $2,050.00 |
|---|---|

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☐ No
    ■ Yes.  Describe.....

| 12 Assorted Purses; value per appraisal. | $1,300.00 |
|---|---|
| Old hockey gear and memorabilia | Unknown |

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☐ No
    ■ Yes.  Describe.....

| Misc. Hobby Equipment: Aquariums and equipment. See Exhibit B for detail; value per appraisal. | $2,940.00 |
|---|---|
| Coral reefs and miscellaneous equipment used for upkeep (to be utilized for RL Exotics). | Unknown |

| Debtor 1 | **Robin Linus Lehner** | | |
|---|---|---|---|
| Debtor 2 | **Donya Tina Lehner** | Case number *(if known)* | **22-14616-nmc** |

| Misc. Sport equipment:  Telescope and Peloton Bicycle | $745.00 |
|---|---|

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes.  Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes.  Describe.....

| Misc. used clothing and shoes | Unknown |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes.  Describe.....

| Women's Rolex Watch (gift from husband) | Unknown |
|---|---|
| Wedding Ring | Unknown |
| Diamond nail bracelet (gift from husband) | Unknown |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
■ Yes.  Describe.....

| Three dogs | $0.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes.  Give specific information.....

| 15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................................. | $16,825.00 |
|---|---|

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes...............................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No

| Debtor 1 | **Robin Linus Lehner** | | |
|---|---|---|---|
| Debtor 2 | **Donya Tina Lehner** | | |
| | | Case number *(if known)* | **22-14616-nmc** |

| | | | Institution name: | |
|---|---|---|---|---|
| ■ Yes........................ | | | | |
| | 17.1. | **Withholding from paycheck** | **Deferred Compensation from VGK ($100,000 as of Petition Date); Debtor has not received yet** | **$100,000.00** |
| | 17.2. | **Checking** | **Bank Account - City National Bank, Account No. *4123** | **$48,766.02** |
| | 17.3. | **Checking** | **Bank Account - City National Bank, Account No. *3296** | **$498,958.80** |
| | 17.4. | **Withholding from paycheck** | **Projected Player's share of VGK Escrow per Collective Bargaining Agreement between NHLPA and NHL, and accrued through the Petition Date only; Debtor has not received yet, and won't until end of season** | **$435,581.08** |
| | 17.5. | **Checking; Acct. No. 5389** | **Swedeb Bank Account (Swedish Krona 78082,01 x US exchange rate of $.095)** | **$7,417.79** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ☐ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Westridge Property Management, LLC: owns 9501 Balatta Canyon Court, Las Vegas, NV 89144, Debtor's residence; property is worth approximately $3.25 million, but has a deed of trust in favor of South River Capital, LLC in first position in the amount of at least $2.787 million, which was due and payable in fully by 1/1/23** | **100** % | **$3,250,000.00** |
| **Lehner Enterprises, LLC: (I) per Agreement dated October 22, 2020, Lehner Enterprises, LLC transferred to Michael Lehner 100% of RL Solar, LLC, which in turn, owns certain intellectual property, and 100% of SolarCode Holdings, LLC, which in turn, owes 100% of the membership interersts in SolarCode, LLC, SolarCode Manufacturing, LLC, and SolarCode Management, LLC, and 85% of Sunshine Alley, LLC, but subject to a promissory note in the amount of $15.3 million and 50-50 profit share; (II) owns business bank account at Bank of America, Account No. *7984; (III) owns an abandoned trademark for "SolarCode" USPTO Serial No. 88914010 (SolarCode, LLC has a current live trademark for the same as Serial No. 97138055)** | **100** % | **Unknown** |

Debtor 1    **Robin Linus Lehner**
Debtor 2    **Donya Tina Lehner**    Case number *(if known)*    **22-14616-nmc**

| | | |
|---|---|---|
| **RL Exotics, LLC: operates reptile farm in Plato, Missouri; has business bank account at Bank of America, Account No. *0536; and Paypal account, Account No. *BQ4S** | **100** % | **Unknown** |
| **42055 Dawn Road LLC: owns 42055 Dawn Road, Plato, Laclede County, Missouri 65552; property believed to be worth approximately $800,000, but is encumbered by a mortgage in favor of Heritage Bank of the Ozarks that is now past due** | **100** % | **$800,000.00** |
| **IguanaLand, LLC: membership interest in reptile and avian zoo located at 33900 Bermont Rd, Punta Gorda, FL 33982** | **20** % | **Unknown** |
| **Panda Branding, LLC: owns business bank account at Bank of America, Account No. *1933, and some intellectual property** | **100** % | **Unknown** |
| **Premier Rats, LLC: potential interest (unknown); entity never did anything** | **100%** % | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☑ No
    ☐ Yes. Give specific information about them
                        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☑ Yes. List each account separately.
                        Type of account:        Institution name:

| | | |
|---|---|---|
| **NHL Pension** | **Sun Life Financial, Account No. *1365** | **Unknown** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☑ No
    ☐ Yes. .....................        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☑ No
    ☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☑ No
    ☐ Yes.  Give specific information about them...

Official Form 106A/B                        Schedule A/B: Property                        page 5

| Debtor 1 | **Robin Linus Lehner** | | |
|---|---|---|---|
| Debtor 2 | **Donya Tina Lehner** | Case number *(if known)* | **22-14616-nmc** |

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| TY 2022 anticipated refund (return not yet prepared) | Federal and state | Unknown |
|---|---|---|

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes.  Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No
☐ Yes. Name the insurance company of each policy and list its value.
Company name:        Beneficiary:        Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
■ Yes.  Describe each claim.........

| Potential claim against Milos Andric -  various causes of action | | Unknown |
|---|---|---|

| Potential claim against Paul Croft - various causes of action | | Unknown |
|---|---|---|

Debtor 1    **Robin Linus Lehner**
Debtor 2    **Donya Tina Lehner**

Case number *(if known)*   **22-14616-nmc**

| David Herrera  - various causes of action | Unknown |
|---|---|
| Possible claims against Aliya Growth Fund | Unknown |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...................................................................................................................

$5,140,723.69

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.
   ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
   ■ No
   ☐ Yes.  Describe.....

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
   ☐ No
   ■ Yes.  Describe.....

| Miscellaneous office furniture; See Exhibit B for detail; value per appraisal. | $160.00 |
|---|---|

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
   ■ No
   ☐ Yes.  Describe.....

41. **Inventory**
   ■ No
   ☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
   ■ No
   ☐ Yes.  Give specific information about them...................
          Name of entity:             % of ownership:

| Debtor 1 | **Robin Linus Lehner** | | |
|---|---|---|---|
| Debtor 2 | **Donya Tina Lehner** | Case number *(if known)* | **22-14616-nmc** |

**43. Customer lists, mailing lists, or other compilations**

■ No.

☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

■ No

☐ Yes.  Describe.....

**44. Any business-related property you did not already list**

■ No

☐ Yes. Give specific information.........

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here...................................................................................................................

| | |
|---|---|
| | **$160.00** |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No

■ Yes. Give specific information.........

| Rights under Agreement dated 10/22/20 by and between Lehner Enterprises, LLC, Robin Lehner, and Michael Lehner, including Promissory Note from Michael Lehner to pay $15.3 million to Lehner Enterprises, LLC, and Robin Lehner to receive 50% of the net profits in both SolarCode Holdings, LLC, or its related entities, and Ecoboost USA, LLC, or its related entities, and also an equally diluted profits interest therein upon the sale or transfer of a membership interest therein to a third party.  SolarCode group of companies have their own bank accounts at Bank of America, which are not listed herein. | **Unknown** |
|---|---|

**54.  Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

| | |
|---|---|
| | **$0.00** |

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

**55.  Part 1: Total real estate, line 2** .................................................................................................................

| | | | **$0.00** |
|---|---|---|---|
| **56.  Part 2: Total vehicles, line 5** | | **$0.00** | |
| **57.  Part 3: Total personal and household items, line 15** | | **$16,825.00** | |
| **58.  Part 4: Total financial assets, line 36** | | **$5,140,723.69** | |
| **59.  Part 5: Total business-related property, line 45** | | **$160.00** | |
| **60.  Part 6: Total farm- and fishing-related property, line 52** | | **$0.00** | |
| **61.  Part 7: Total other property not listed, line 54** | + | **$0.00** | |

**62.  Total personal property.** Add lines 56 through 61...   **$5,157,708.69**   Copy personal property total    **$5,157,708.69**

**63.  Total of all property on Schedule A/B.** Add line 55 + line 62

| | |
|---|---|
| | **$5,157,708.69** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robin Linus Lehner** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | **Donya Tina Lehner** |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **22-14616-nmc** |

■ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2019 Mercedes Benz G63 AMG 34,000 miles**<br>**Lease with Putnam Leasing, commenced 7/30/20, 36 months @ $3,939.43/month, with a purchase option of $60,000; $25,000 down payment already made, VIN *7433 (debtor intends to assume)**<br>Line from *Schedule A/B*: **3.2** | **Unknown** | ■  $30,000.00<br><br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(f)** |
| **Miscellaneous household goods; See Exhibit B for detail; value per appraisal.**<br>Line from *Schedule A/B*: **6.1** | **$9,790.00** | ■  $9,790.00<br><br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **Miscellaneous electronics; See Exhibit B for detail; value per appraisal.**<br>Line from *Schedule A/B*: **7.1** | **$2,050.00** | ■  $2,050.00<br><br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **12 Assorted Purses; value per appraisal.**<br>Line from *Schedule A/B*: **8.1** | **$1,300.00** | ■  $1,300.00<br><br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |

| Debtor 1 | Robin Linus Lehner | | |
|---|---|---|---|
| Debtor 2 | Donya Tina Lehner | Case number (if known) | **22-14616-nmc** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Old hockey gear and memorabilia**<br>Line from *Schedule A/B*: **8.2** | **Unknown** | ■          **Unknown**<br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |
| **Misc. Hobby Equipment: Aquariums and equipment. See Exhibit B for detail; value per appraisal.**<br>Line from *Schedule A/B*: **9.1** | **$2,940.00** | ■          **$2,940.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **Coral reefs and miscellaneous equipment used for upkeep (to be utilized for RL Exotics).**<br>Line from *Schedule A/B*: **9.2** | **Unknown** | ■          **$19,840.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(d)** |
| **Misc. Sport equipment:  Telescope and Peloton Bicycle**<br>Line from *Schedule A/B*: **9.3** | **$745.00** | ■          **$745.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |
| **Misc. used clothing and shoes**<br>Line from *Schedule A/B*: **11.1** | **Unknown** | ■          **$9,220.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **Women's Rolex Watch (gift from husband)**<br>Line from *Schedule A/B*: **12.1** | **Unknown** | ■          **$9,255.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |
| **Wedding Ring**<br>Line from *Schedule A/B*: **12.2** | **Unknown** | ■          **Unknown**<br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |
| **Diamond nail bracelet (gift from husband)**<br>Line from *Schedule A/B*: **12.3** | **Unknown** | ■          **Unknown**<br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |
| **Withholding from paycheck: Deferred Compensation from VGK ($100,000 as of Petition Date); Debtor has not received yet**<br>Line from *Schedule A/B*: **17.1** | **$100,000.00** | ■          **$75,000.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Checking: Bank Account - City National Bank, Account No. *4123**<br>Line from *Schedule A/B*: **17.2** | **$48,766.02** | ■          **$36,574.50**<br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Checking: Bank Account - City National Bank, Account No. *4123**<br>Line from *Schedule A/B*: **17.2** | **$48,766.02** | ■          **$160.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |

| Debtor 1 | **Robin Linus Lehner** | | |
|---|---|---|---|
| Debtor 2 | **Donya Tina Lehner** | | Case number (if known) **22-14616-nmc** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Checking: Bank Account - City National Bank, Account No. *3296**<br>Line from *Schedule A/B*: **17.3** | **$498,958.80** | ■             **75%**<br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Checking: Bank Account - City National Bank, Account No. *3296**<br>Line from *Schedule A/B*: **17.3** | **$498,958.80** | ■      **$18,540.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Withholding from paycheck: Projected Player's share of VGK Escrow per Collective Bargaining Agreement between NHLPA and NHL, and accrued through the Petition Date only; Debtor has not received yet, and won't until end of season**<br>Line from *Schedule A/B*: **17.4** | **$435,581.08** | ■             **75%**<br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Checking;  Acct. No. 5389: Swedeb Bank Account (Swedish Krona 78082,01  x US exchange rate of $.095)**<br>Line from *Schedule A/B*: **17.5** | **$7,417.79** | ■      **$5,563.34**<br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Westridge Property Management, LLC: owns 9501 Balatta Canyon Court, Las Vegas, NV 89144, Debtor's residence; property is worth approximately $3.25 million, but has a deed of trust in favor of South River Capital, LLC in first position in the amount of at l**<br>Line from *Schedule A/B*: **19.1** | **$3,250,000.00** | ■      **$605,000.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. §§ 21.090(1)(l), 115.005, 115.010, 115.050** |
| **NHL Pension: Sun Life Financial, Account No. *1365**<br>Line from *Schedule A/B*: **21.1** | **Unknown** | ☐<br>■  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(r)** |
| **Miscellaneous office furniture; See Exhibit B for detail; value per appraisal.**<br>Line from *Schedule A/B*: **39.1** | **$160.00** | ■      **$160.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(d)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☐   No

■   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐   No

    ■   Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robin Linus Lehner** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Donya Tina Lehner** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | **22-14616-nmc** |
| (if known) | |

■ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Robin Linus Lehner** | X **/s/ Donya Tina Lehner** |
|---|---|
| Robin Linus Lehner | Donya Tina Lehner |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **April 12, 2023** | Date **April 12, 2023** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robin Linus Lehner** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Donya Tina Lehner** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | **22-14616-nmc** |
| (if known) | |

■ Check if this is an amended filing

Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Give Details About Your Marital Status and Where You Lived Before**

1.   **What is your current marital status?**

■ Married
☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **9020 Moss Creek Circle Las Vegas, NV 89117** | From-To: **About March-November 2020** | ■ Same as Debtor 1 | ■ Same as Debtor 1 From-To: |
| **401 N Wabash Ave., Unit 70A Chicago, IL 60611** | From-To: **February 2020** | ■ Same as Debtor 1 | ■ Same as Debtor 1 From-To: |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2   Explain the Sources of Your Income**

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | Debtor 2 |
|---|---|---|

| Debtor 1 | **Robin Linus Lehner** | | |
| Debtor 2 | **Donya Tina Lehner** | Case number (*if known*) | **22-14616-nmc** |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$5,898,643.40** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$0.00** |
| | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **Unknown** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$0.00** |
| **For last calendar year:**<br>**(January 1 to December 31, 2021 )** | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$3,769,478.26** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$0.00** |
| | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$258,430.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$0.00** |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2020 )** | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$2,790,542.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$0.00** |
| | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$78,229.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$0.00** |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2021 )** | **Capital Loss** | **$-3,000.00** | | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2020 )** | **Capital Loss** | **$-3,000.00** | | |
| | **Other** | **$-316,101.00** | | |

| Debtor 1 | **Robin Linus Lehner** | | |
|---|---|---|---|
| Debtor 2 | **Donya Tina Lehner** | Case number (*if known*) | **22-14616-nmc** |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

- ■ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

  During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

  - □ No.  Go to line 7.
  - ■ Yes  List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

- □ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

  During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

  - □ No.  Go to line 7.
  - □ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **See attached Ex. SoFA #6** | | **$0.00** | **$0.00** | □ Mortgage<br>□ Car<br>□ Credit Card<br>□ Loan Repayment<br>□ Suppliers or vendors<br>□ Other___ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

- □ No
- ■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **See attached Ex. SoFA #7** | | **$0.00** | **$0.00** | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

- □ No
- ■ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Milos Andric<br>Gabelsgatan 25A<br>0272 Oslo<br>NORWAY** | **4/26/2022 from City National Bank 3296** | **$900,000.00** | **$0.00** | |
| **Milos Andric<br>Gabelsgatan 25A<br>0272 Oslo<br>NORWAY** | **5/18/2022 from City National Bank 3296** | **$900,000.00** | **$0.00** | |

Debtor 1   **Robin Linus Lehner**
Debtor 2   **Donya Tina Lehner**

Case number (*if known*)   **22-14616-nmc**

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Mazen Ali Awadh Jaber<br>1039 Rah garden<br>Khalifa City, Abu  Dhabi Emirate<br>UAE** | **5/19/2022 from<br>City National Bank<br>3296** | **$1,500,000.0<br>0** | **$0.00** | **For the benfit of SolarCode** |

<table><tr><td>Part 4:</td><td>Identify Legal Actions, Repossessions, and Foreclosures</td></tr></table>

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐  No
■  Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Swedish insolvency proceeding<br>Unknown** | **Swedish insolvency proceeding commenced by alleged creditor in late 2022; default judgment obtained because debtor did not appear; appealed to Svea Court of Appeal in Stockholm; Debtor's COMI is in the United States** | **Nacka District Court<br>Sicklaståket 1<br>131 54 Nacka<br>SWEDEN** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Eclipse Service, Inc. v. SolarCode, LLC, SolarCode Holdings, LLC, Roger M. Lehner, and Robin L. Lehner<br>2:22-cv-00757-JPS** | **Action removed from Milwaukee County, Case No. 2022CV003016; request for money judgment under promissory note** | **U.S. District Court E.D. Wisconsin<br>U.S. Federal Building & Courthouse<br>517 E. Wisconsin Ave., Rm. 362<br>Milwaukee, WI 53202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Bredan, LLC v. Lehner Enterprises, LLC and Robin Lehner<br>27-CV-22-3519** | **Request for entry of judgment based on alleged confession of judgment; court declined to enter judgment due to insuffficiency of confession; dismissed without prejudice** | **Hennepin County District Court<br>300 South 6th Street<br>Minneapolis, MN 55487** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor 1   **Robin Linus Lehner**
Debtor 2   **Donya Tina Lehner**

Case number *(if known)*   **22-14616-nmc**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Commercial Capital BIDCO, Inc. v. Council for the Spanish Speaking, Inc. and Robin Lehner**<br>**2022CV005276** | **Foreclosure of Mortgage, which Debtor personally guaranteed (Debtor has since been dismissed from the case post-petition)** | **Milwaukee County Courthouse**<br>**901 N. 9th Street, Room 104**<br>**Milwaukee, WI 53233** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Deutche Bank Luxembourg, S.A. v. Robin Lehner**<br>**Index No. 655899/2021** | **Collection action on alleged personal guaranty of loan to Milos Andric, as borrower** | **Supreme Court of the New York**<br>**County of New York;**<br>**Commerical Div.**<br>**New York County Courthouse**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Taurus, LLC v. Robin Lehner**<br>**A-22-857052-C** | **Confession of judgment ($500,000 promissory note)** | **Eighth Judicial District Court**<br>**200 Lewis Ave.**<br>**Las Vegas, NV 89155** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Taurus, LLC v. Robin Lehner**<br>**A-22-857054-C** | **Confession of judgment ($500,000); mistaken duplicate filing by creditor of obligation at issue in Case No. A-22-857052-C** | **Eighth Judicial District Court**<br>**200 Lewis Ave.**<br>**Las Vegas, NV 89155** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Taurus, LLC v. Robin Lehner**<br>**A-22-857057-C** | **Confession of judgment ($750,000 promissory note); writs of execution and garnishment issued on 10/19/22, and served by Laughlin Constable** | **Eighth Judicial District Court**<br>**200 Lewis Ave.**<br>**Las Vegas, NV 89155** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Taurus, LLC v. Robin Lehner**<br>**A-22-857059-C** | **Confession of judgment ($480,500 promissory note)** | **Eighth Judicial District Court**<br>**200 Lewis Ave.**<br>**Las Vegas, NV 89155** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Taurus II, LLC v. Robin Lehner**<br>**A-22-857061-C** | **Confession of judgment ($243,000 promissory note)** | **Eighth Judicial District Court**<br>**200 Lewis Ave.**<br>**Las Vegas, NV 89155** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Taurus II, LLC v. Robin Lehner**<br>**A-22-857063-C** | **Confession of judgment ($237,577 promissory note)** | **Eighth Judicial District Court**<br>**200 Lewis Ave.**<br>**Las Vegas, NV 89155** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1    **Robin Linus Lehner**
Debtor 2    **Donya Tina Lehner**                                           Case number (if known)  **22-14616-nmc**

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Taurus VII v. Robin Lehner** **A-22-857065-C** | **Confession of judgment ($525,500 promissory note)** | **Eighth Judicial District Court** **200 Lewis Ave.** **Las Vegas, NV 89155** | ■ Pending ☐ On appeal ☐ Concluded |
| **JHB Collective, LLC v. Robin Lehner** **2022CA009122** | **Alleged breach of purchase and sale agreement** | **Fifteenth Judicial Circuit of FL** **205 N. Dixie Hwy.** **West Palm Beach, FL 33401** | ■ Pending ☐ On appeal ☐ Concluded |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied? Check all that apply and fill in the details below.

   ■ No. Go to line 11.
   ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

   ■ No
   ☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

   ☐ No
   ■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Michael Lehner** **4636 E. University Dr., Suite 150** **Phoenix, AZ 85034** | **Debtor provided monthly financial support to father.  See Exhibit SOFA #13** | | $15,000.00 |
| Person's relationship to you: **Father** | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

   ■ No
   ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| Debtor 1 | **Robin Linus Lehner** | | |
|---|---|---|---|
| Debtor 2 | **Donya Tina Lehner** | Case number (*if known*) | **22-14616-nmc** |

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Larson & Zirzow, LLC**<br>**Attn: Matthew C. Zirzow, Esq.**<br>**850 E. Bonneville Ave.**<br>**Las Vegas, NV 89101**<br>**www.lzlawnv.com**<br>**Robin Lehner** | | **12/29/22** | **$40,000.00** |
| **Larson & Zirzow, LLC**<br>**Attn:  Matthew C. Zirzow, Esq.**<br>**850 E. Bonneville Ave.**<br>**Las Vegas, NV 89101**<br>**www.lzlawnv.com**<br>**Robin Lehner** | | **12/7/22** | **$10,000.00** |
| **Summit Financial Education, Inc.**<br>**4800 E Flower St**<br>**Tucson, AZ 85712**<br>**www.cc.summitfe.org**<br>**Robin Lehner** | | **12/29/22** | **$69.90** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

| Debtor 1 | Robin Linus Lehner | | |
|---|---|---|---|
| Debtor 2 | Donya Tina Lehner | Case number *(if known)* | **22-14616-nmc** |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Bank of America, N.A.**<br>**P.O. Box 25118**<br>**Tampa, FL 33622-5118** | **XXXX-7010** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/5/22** | **$0.00** |
| **Bank of America, N.A.**<br>**P.O. Box 25118**<br>**Tampa, FL 33622-5118** | **XXXX-7340** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/12/22** | **$0.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

| Debtor 1 | **Robin Linus Lehner** | | |
| Debtor 2 | **Donya Tina Lehner** | Case number *(if known)* | **22-14616-nmc** |

**Part 9:**   **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | **Where is the property?**<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**   **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■   *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■   *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■   *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | **Governmental unit**<br>**Address** (Number, Street, City, State and ZIP Code) | **Environmental law, if you know it** | **Date of notice** |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | **Governmental unit**<br>**Address** (Number, Street, City, State and ZIP Code) | **Environmental law, if you know it** | **Date of notice** |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | **Court or agency**<br>**Name**<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**   **Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

    ■ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

    ☐ **A partner in a partnership**

    ■ **An officer, director, or managing executive of a corporation**

    ■ **An owner of at least 5% of the voting or equity securities of a corporation**

Debtor 1    **Robin Linus Lehner**
Debtor 2    **Donya Tina Lehner**

Case number (*if known*)    **22-14616-nmc**

☐    **No. None of the above applies. Go to Part 12.**

■    **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Lehner Enterprises, LLC**<br>**Attn: Robin Lehner**<br>**9501 Balatta Canyon Ct.**<br>**Las Vegas, NV 89144** | **Previously held interests in RL Solar, LLC and SolarCode Holdings, LLC, but which were assigned to Debtor's father, Michael Lehner, per Agreement dated 10/22/20; Debtor personally retained partial net profits interest and other rights, and LE received $15.3M promissory note** | EIN:    **83-1892531**<br><br>From-To    **9/12/18 to Present** |
| **RL Exotics, LLC**<br>**c/o Robin Lehner**<br>**9501 Balatta Canyon Ct.**<br>**Las Vegas, NV 89144** | **Exotic animal breeding**<br><br>**S E Turner & Associates, Ltd.**<br>**Attn:  Shane Turner**<br>**621 S. Waiola Ave.**<br>**La Grange, IL 60525** | EIN:    **83-3040683**<br><br>From-To    **1/11/2019 to Present** |
| **RL Solar, LLC**<br>**4636 E. University Dr., Suite 150**<br>**Phoenix, AZ 85034** | **Lehner Enterprises, LLC previously held 100% of the membership interest in RL Solar, LLC, which in turn, held interests in SolarCode, LLC, and an intellectual property license agreement with SolarCode, LLC; RLS was also party to a Patent Acquisition Agreement dated 1/1/2020 with Milos Andric and Assignment thereof signed 6/29/21; LE's interests in RLS were assigned to the Debtor's father, Michael Lehner, per Agreement dated 10/22/20, with Debtor retaining partial net profits interest** | EIN:    **84-3406144**<br><br>From-To    **10/16/2019 to Present** |
| **Westridge Property Mgmt., LLC**<br>**c/o Robin Lehner**<br>**9501 Balatta Canyon Ct.**<br>**Las Vegas, NV 89144** | **Owns 9501 Balatta Canyon Ct.,**<br>**Las Vegas, NV 89144** | EIN:    **85-3925805**<br><br>From-To    **10/6/20 to Present** |

| Debtor 1 | **Robin Linus Lehner** | | |
|----------|------------------------|--|--|
| Debtor 2 | **Donya Tina Lehner** | Case number *(if known)* | **22-14616-nmc** |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **SolarCode Holdings, LLC<br>4636 E. University Dr., Suite 150<br>Phoenix, AZ 85034** | **Lehner Enterprises, LLC previously owned 100% of the membership interest in SHC, which, in turn owned interests in SolarCode, LLC, SolarCode Manufacturing, LLC, Sunshine Alley, LLC, and SolarCode Management, LLC; pursuant to Agreement dated 10/22/20, LE assigned to Debtor's father, Michael Lehner, its interests, but Debtor retained net profits interest in company or its related entities, and LE received $15.3M promissory note** | EIN:  84-5192572<br><br>From-To  3/16/20 to Present |
| **SolarCode Mgmt., LLC<br>4636 E. University Dr., Suite 150<br>Phoenix, AZ 85034** | **Owned by SolarCode Holdings, LLC, and had management agreements with SolarCode, LLC, SolarCode Manufacturing, LLC, and Sunshine Alley, LLC; effective ownership transferred to Debtor's father, Michael Lehner, per Agreement dated 10/22/20** | EIN:  85-0493163<br><br>From-To  3/16/20 to Present |
| **SolarCode, LLC<br>4636 E. University Dr., Suite 150<br>Phoenix, AZ 85034** | **Solar technology/clean energy; owned by SolarCode Holdings, LLC; effective ownership transferred to Debtor's father, Michael Lehner, per Agreement dated 10/22/20<br><br>S E Turner & Associates, Ltd.<br>Attn:  Shane Turner<br>621 S. Waiola Ave.<br>La Grange, IL 60525** | EIN:  84-3112484<br><br>From-To  9/10/19 to Present |
| **SolarCode Manufactuing, LLC<br>n/k/a SolarCode North America, LLC<br>4636 E. University Dr., Suite 150<br>Phoenix, AZ 85034** | **Owned by SolarCode Holdings, LLC, and had manufacturing agreement with SolarCode, LLC, and management agreement with SolarCode Management, LLC; effective ownership transferred to Debtor's father, Michael Lehner, per Agreement dated 10/22/20** | EIN:  84-4520503<br><br>From-To  1/30/20 to Present |

| Debtor 1 | **Robin Linus Lehner** |
|---|---|
| Debtor 2 | **Donya Tina Lehner** |

Case number (*if known*)   **22-14616-nmc**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Sunshine Alley, LLC**<br>**c/o Bergin, Frakes, et al.**<br>**Attn: Michael Smalley, as Reg. Agt.**<br>**4243 E Camelback Rd., Suite 210**<br>**Phoenix, AZ 85018** | **Owned by SolarCode Holdings, LLC; had management agreement with SolarCode Management, LLC; effective ownership transferred to Debtor's father, Michael Lehner, per Agreement dated 10/22/20** | EIN:    **36-4950162**<br><br>From-To    **9/10/19 to Present** |
| **EcoBoost USA, LLC**<br>**Attn: Michael Lehner, Manager**<br>**18650 N Thompson Peak Pkwy.**<br>**Scottsdale, AZ 85255** | **Michael Lehner owns 100% of the membership interest; Debtor granted net profits interest in company pursuant to Agreement dated 10/22/20** | EIN:    **61-1867557**<br><br>From-To    **1/10/18 to Present** |
| **42055 Dawn Rd, LLC**<br>**c/o Robin Lehner**<br>**9501 Balatta Canyon Ct.**<br>**Las Vegas, NV 89144** | **Owns 42055 Dawn Rd., Plato, Missouri 65552** | EIN:    **83-3495541**<br><br>From-To    **1/22/19** |
| **Panda Branding, LLC**<br>**c/o Northwest Registered Agent**<br>**8 The Green, Suite B**<br>**Dover, DE 19901** | | EIN:    **85-3719646**<br><br>From-To    **10/28/20** |
| **Premier Rats, LLC**<br>**990 Corporate Dr. Apt. 206**<br>**Westbury, NY 11590** | | EIN:<br><br>From-To    **9/25/18 to Present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐  **No**
☑  **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Prevail Bank**<br>**675 E. Broadway Ave.**<br>**Medford, WI 54451** | **12/1/22** |
| **Derrick Bushman** | **2/28/22 (Phillips Lionite Acquisition Project)** |
| **Sanjay Patel** | **2/28/22 (Phillips Lionite Acquisition Project)** |
| **Uniform Residential Loan Application** | **2/25/21** |
| **C6 Capital** | **3/30/21 (for SolarCode)** |

| Debtor 1 | Robin Linus Lehner | | |
|---|---|---|---|
| Debtor 2 | Donya Tina Lehner | Case number *(if known)* | **22-14616-nmc** |

---

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Robin Linus Lehner | /s/ Donya Tina Lehner |
|---|---|
| **Robin Linus Lehner** | **Donya Tina Lehner** |
| **Signature of Debtor 1** | **Signature of Debtor 2** |
| Date  April 12, 2023 | Date  April 12, 2023 |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# EXHIBIT – B

### This schedule contains the following Exhibits:

1.  Exhibit B 6 – Household Goods and Furnishings
2.  Exhibit B 7 – Electronics
3.  Exhibit B 8 – Collectibles of Value
4.  Exhibit B 9 – Hobby Equipment
5.  Exhibit B 9 – Sports
6.  Exhibit B 39 – Office Equipment, Furniture, and Supplies

# EXHIBIT – B

**B6: Household Goods and Furnishings**

| | |
|---|---|
| 1. GRAY SECTIONAL SOFA | $475.00 |
| 2. GRAY OAK 4-DRAWER CHEST | $40.00 |
| 3. (4) BAR STOOLS | $180.00 |
| 4. (2) BAR STOOLS | $50.00 |
| 5. LARGE ROUND COCKTAIL TABLE | $175.00 |
| 7. 10' DARK WOOD CREDENZA CABINET | $450.00 |
| 8. ASSORTED HOLIDAY DECORATIONS | $200.00 |
| 10. ROUND UPHOLSTERED CHAIR | $50.00 |
| 11. SMALL ROUND END TABLE | $30.00 |
| 12. NESPRESSO MACHINE | $60.00 |
| 13. ELITE GOURMET TOASTER | $20.00 |
| 14. KITCHEN MISCELLANEOUS (POTS, PANS, DISHES, UTENSILS, ETC.) | $250.00 |
| 15. 12' DINING TABLE & (10) UPHOLSTERED CHAIRS | $1,200.00 |
| 16. 8' GRAY OAK BUFFET CABINET | $375.00 |
| 17. VACUUM CLEANER | $40.00 |
| 18. ASSORTED SMALL DECORATOR ITEMS | $150.00 |
| 19. BLUE SECTIONAL SOFA | $375.00 |
| 20. COCKTAIL TABLE | $75.00 |
| 21. TEA CART | $50.00 |
| 22. ASSORTED HOLIDAY DECORATIONS | $275.00 |
| 23. ROUND MAHOGANY LAMP TABLE | $100.00 |
| 24. BOOKCASE | $70.00 |
| 25. (2) BLUE UPHOLSTERED BENCHES | $100.00 |
| 33. ASSORTED CHRISTMAS DECORATIONS | $150.00 |
| 34. (4) VASES | $40.00 |
| 36. (3) LARGE DECORATOR MIRRORS | $600.00 |
| 37. KING SIZE BED | $250.00 |
| 38. (2) NIGHTSTANDS | $110.00 |
| 39. PR OF LAMPS | $45.00 |
| 40. PR OF WINGBACK CHAIRS | $90.00 |
| 42. 8-DRAWER DRESSER | $350.00 |
| 46. SQUARE OTTOMAN | $25.00 |
| 47. ROUND OTTOMAN | $25.00 |
| 48. (2) TWIN BEDS | $200.00 |
| 49. NIGHTSTAND | $40.00 |
| 50. 10-DRAWER DRESSER | $100.00 |
| 52. QUEEN BED | $150.00 |
| 54. (2) NIGHTSTANDS | $90.00 |
| 55. PR OF LAMPS | $25.00 |
| 56. SIDE CHAIR | $15.00 |
| 57. 6-DRAWER DRESSER | $125.00 |
| 58. (2) 6-DRAWER CHESTS | $220.00 |
| 59. QUEEN BED | $150.00 |
| 60. (2) NIGHTSTANDS | $100.00 |
| 61. PR OF LAMPS | $60.00 |
| 63. UNSIGNED ABSTRACT PRINT | $50.00 |
| 64. QUEEN BED | $150.00 |
| 66. 8-DRAWER DRESSER | $350.00 |
| 67. PR OF NIGHTSTANDS | $110.00 |
| 68. PR OF LAMPS | $50.00 |

| | |
|---|---|
| 69. LG WASHER & DRYER | $420.00 |
| 70. WOVEN VINYL PATIO TABLE & (4) CHAIRS | $160.00 |
| 71. PR OF WOVEN VINYL LOUNGE SOFAS | $200.00 |
| 72. WOVEN BAMBOO SOFA, (2) CHAIRS & COCKTAIL TABLE | $550.00 |
| | **$9,790.00** |

**B7: Electronics**

| | |
|---|---|
| 6. 80" SONY TV | $450.00 |
| 26. 65" SAMSUNG TV | $225.00 |
| 41. 80" SONY TV | $425.00 |
| 51. 65" SAMSUNG TV | $225.00 |
| 53. 65" SAMSUNG TV | $225.00 |
| 62. 65" SAMSUNG TV | $225.00 |
| 65. 70" SAMSUNG TV | $275.00 |
| | **$2,050.00** |

**B8: Collectibles of Value**

| | |
|---|---|
| 45. (12) ASSORTED PURSES | **$1,300.00** |

**B9:  Hobby Equipment**

| | |
|---|---|
| 29. LARGE AQUARIUM | $350.00 |
| 30. LADDER | $20.00 |
| 32. (7) LARGE AQUARIUMS | $2,500.00 |
| 31. 6' LADDER | $30.00 |
| 35. (2) LADDERS | $40.00 |
| | **$2,940.00** |

**B9: Sports**

| | |
|---|---|
| 9. TELESCOPE | $70.00 |
| 43. PELOTON BICYCLE | $675.00 |
| | **$745.00** |

**B39:  Office Equipment, Furniture, and Supplies**

| | |
|---|---|
| 27.  EXECUTIVE CHAIR | $40.00 |
| 28. (2) HP MULTI-MACHINE PRINTERS | $120.00 |
| | **$160.00** |

# APPRAISAL REPORT

**Prepared For:**

Matthew C. Zirzow, Esquire
Re: Robin Lehner
850 East Bonneville Avenue
Las Vegas, Nevada 89101

**Prepared By:**

Daniel C. Watson
2531 Woodson Avenue
Henderson, Nevada. 89052

*Member: Certified Appraisers Guild of America*

# **Table of Contents**

Title Page..........................................................................................................................1

Table of Contents ...........................................................................................................2

Summary ..........................................................................................................................3

Condition of Appraisal ...................................................................................................4

Certification of Report ....................................................................................................4

Purpose of the Report .....................................................................................................5

Method of Valuation .......................................................................................................5

Definition of Value..........................................................................................................5

Basis of Appraisal ...........................................................................................................5

Description .......................................................................................................................6

Factors Affecting Value ..................................................................................................6

Appraiser Qualifications ................................................................................................7

Attachment "A" ..........................................................................................................8-11

Billing Statement ...........................................................................................................12

Photographs................................................................................................................13-18

# Summary

On December 30, 2022 I personally inspected the listed personal property at 9501 Balatta Canyon Court Las Vegas, Nevada 89144.  This was done at the request of Matthew C. Zirzow, Esquire.

# Value

### <u>Fair Market Value</u>

The fair market replacement value for the personal property is:

**$16,985.00**

This is not the appraisal report.  The appraisal report must be read in its entirety.

# Condition of Appraisal

The value stated in this report is based on the best judgment of the appraiser given the facts and conditions available at the date of the valuation.

The use of this report is limited to the purpose of determining the value of the personal property for bankruptcy liquidation purposes.  This report is to be used in its entirety only.

Any additional research or testimony required by the client or the court will be billed at the current rates.

Disclosure of the contents of this report is governed by the Standards and Practices of the Certified Appraisers Guild of America.

# Certification of Report

It should be noted that Daniel C. Watson is a disinterested party in this matter.  No prohibited fee was assessed for this report.

Daniel C. Watson has successfully completed the personal property appraiser certification program with the Certified Appraisers Guild of America and is a member in good standing.  This report was prepared in accordance with the Standards and Practices of the Certified Appraiser Guild of America, which has review authority of this report.

Daniel C. Watson has personally examined the subject property inventory list. The statements of fact contained in this report are true and correct to the best knowledge and belief of the appraiser.

Daniel C. Watson owned Las Vegas Auction, Inc. from 1974 to April 2008 and Nellis Auction from December 2010 to November 2012 and has varied experience as an auctioneer since 1975 and as an appraiser since 1976.  Mr. Watson currently is an independent auctioneer and appraiser.

_____
Daniel C. Watson CAGA
Tax ID 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

# Purpose of the Report

The purpose of this report is to determine Fair Market Value for bankruptcy liquidation purposes.

# Method of Valuation

The method of valuation for this report is Fair Market Value based on comparable items sold at Nellis Auction and other local auction houses in the last two years, internet sales and the use of on line advertisement prices.

# Definition of Value

**Fair Market Value**
Under the United States Treasury regulation 1.170-1© Fair Market Value is defined as:

The price at which the property would change hands between a willing buyer and a willing seller, neither being under compulsion to buy or sell and both having reasonable knowledge of relevant facts.

# Basis of Appraisal

**Valuation Date**

The date of valuation for determining value is December 30, 2022.

**Limitations of Property**

There were no limitations on use or disposition of this property.

# Description

See attached list – Attachment "A"

# Factors Affecting Value

### Marketability

This merchandise is the type of items that would have a large group of potential buyers.

### Condition

The general condition of this inventory is good.

### Analysis

This merchandise is in good condition and would sell to a large group of potential bidders. The following listed prices are based on comparison to similar items sold by Nellis Auction and other local auction houses within the last two years, on line advertisements and also the use of price guides.

# Appraiser Qualifications

**Daniel C. Watson, CAGA**
**2531 Woodson Avenue**
**Henderson, Nevada 89052**

<u>**Education**</u>

**Graduate Personal Property Appraiser**
Personal property appraiser education program
December 2009

**Certified Appraisers Guild of America**
Personal property appraiser certification program
February 1994

**Authorized Nevada Motor Vehicle Dealer**
1995-2008

**Missouri Auction School**
Auctioneer
January 1978

**Northern Arizona University**
Flagstaff, Arizona
B. S. Biochemistry
May 1971

<u>**Work Experience**</u>

**Auctioneer and Appraiser**

Forty-eight years as an Auctioneer selling a variety of furniture, antiques, jewelry, collectibles, art, restaurant equipment, medical equipment, tools, store inventories, firearms, electronics, boats, aircraft, vehicles and heavy equipment in the Las Vegas area. We sold U. S. Bankruptcy Liquidations, Clark County Public Administrator Estate and bank foreclosure auctions.

**Attachment "A"**

**9501 Balatta Canyon Court:**

**Den & Kitchen:**

1. GRAY SECTIONAL SOFA.................................................................................................$475.00

2. GRAY OAK 4-DRAWER CHEST .........................................................................................40.00

3. (4) BAR STOOLS .................................................................................................................180.00

4. (2) BAR STOOLS ...................................................................................................................50.00

5. LARGE ROUND COCKTAIL TABLE ..................................................................................175.00

6. 80" SONY TV .......................................................................................................................450.00

7. 10' DARK WOOD CREDENZA CABINET ..........................................................................450.00

8. ASSORTED HOLIDAY DECORATIONS ............................................................................200.00

9. TELESCOPE ...........................................................................................................................70.00

10. ROUND UPHOLSTERED CHAIR ......................................................................................50.00

11. SMALL ROUND END TABLE.............................................................................................30.00

12. NESPRESSO MACHINE ......................................................................................................60.00

13. ELITE GOURMET TOASTER...............................................................................................20.00

14. KITCHEN MISCELLANEOUS (POTS, PANS, DISHES, UTENSILS, ETC.) ..................250.00

**Living Room & Dining Area:**

15. 12' DINING TABLE & (10) UPHOLSTERED CHAIRS ..............................................1,200.00

16. 8' GRAY OAK BUFFET CABINET ..................................................................................375.00

17. VACUUM CLEANER ..........................................................................................................40.00

18. ASSORTED SMALL DECORATOR ITEMS .....................................................................150.00

19. BLUE SECTIONAL SOFA ..................................................................................................375.00

20. COCKTAIL TABLE ..............................................................................................................75.00

21. TEA CART..............................................................................................................................50.00

22. ASSORTED HOLIDAY DECORATIONS ..........................................................................275.00

23. ROUND MAHOGANY LAMP TABLE................................................................................100.00

**Attachment "A" Continued**

**Toy Room:**

24. BOOKCASE............................................................................................................................70.00

*8*

25. (2) BLUE UPHOLSTERED BENCHES ...........................................................................100.00

26. 65" SAMSUNG TV.......................................................................................................225.00

**Office & Aquarium Room:**

27.  EXECUTIVE CHAIR ...................................................................................................40.00

28. (2) HP MULTI-MACHINE PRINTERS ........................................................................120.00

29. LARGE AQUARIUM ..................................................................................................350.00

30. LADDER......................................................................................................................20.00

31. 6' LADDER..................................................................................................................30.00

32. (7) LARGE AQUARIUMS ........................................................................................2,500.00

**Stairs & Hallway:**

33. ASSORTED CHRISTMAS DECORATIONS ...............................................................150.00

34. (4) VASES ...................................................................................................................40.00

35. (2) LADDERS ..............................................................................................................40.00

36. (3) LARGE DECORATOR MIRRORS .......................................................................600.00

**Master Bedroom:**

37. KING SIZE BED..........................................................................................................250.00

38. (2) NIGHTSTANDS.....................................................................................................110.00

39. PR OF LAMPS .............................................................................................................45.00

40. PR OF WINGBACK CHAIRS ......................................................................................90.00

41. 80" SONY TV ..............................................................................................................425.00

42. 8-DRAWER DRESSER ...............................................................................................350.00

43. PELOTON BICYCLE ...................................................................................................675.00

44. USED CLOTHING ............................................................ NO COMMERCIAL RESALE VALUE

45. (12) ASSORTED PURSES ........................................................................................1,300.00

46. SQUARE OTTOMAN ...................................................................................................25.00

**Attachment "A" Continued**

47. ROUND OTTOMAN .....................................................................................................25.00

**Bedroom 2:**

*9*

48. (2) TWIN BEDS ................................................................................................................200.00

49. NIGHTSTAND ...................................................................................................................40.00

50. 10-DRAWER DRESSER ....................................................................................................100.00

51. 65" SAMSUNG TV ...........................................................................................................225.00

**Bedroom 3:**

52. QUEEN BED ......................................................................................................................150.00

53. 65" SAMSUNG TV ...........................................................................................................225.00

54. (2) NIGHTSTANDS ............................................................................................................90.00

55. PR OF LAMPS ...................................................................................................................25.00

56. SIDE CHAIR ......................................................................................................................15.00

57. 6-DRAWER DRESSER ....................................................................................................125.00

Bedroom 4:

58. (2) 6-DRAWER CHESTS ..................................................................................................220.00

59. QUEEN BED ......................................................................................................................150.00

60. (2) NIGHTSTANDS ..........................................................................................................100.00

61. PR OF LAMPS ...................................................................................................................60.00

62. 65" SAMSUNG TV ...........................................................................................................225.00

63. UNSIGNED ABSTRACT PRINT .........................................................................................50.00

**Bedroom 5:**

64. QUEEN BED ......................................................................................................................150.00

65. 70" SAMSUNG TV ...........................................................................................................275.00

66. 8-DRAWER DRESSER ....................................................................................................350.00

67. PR OF NIGHTSTANDS ....................................................................................................110.00

68. PR OF LAMPS ...................................................................................................................50.00

**Attachment "A" Continued**

**Laundry Room:**

69. LG WASHER & DRYER ....................................................................................................420.00

**Patio:**

***10***

70. WOVEN VINYL PATIO TABLE & (4) CHAIRS ............................................................................160.00

71. PR OF WOVEN VINYL LOUNGE SOFAS ...............................................................................200.00

72. WOVEN BAMBOO SOFA, (2) CHAIRS & COCKTAIL TABLE................................................550.00

**Total** ...........................................................................................................................**$16,985.00**

# Billing Statement

December 30, 2022

*11*

# EXHIBIT - SOFA #6
# 90 DAY PAYMENTS

# EXHIBIT - SOFA #6
# 90 DAY PAYMENTS

## STATEMENT OF FINANCIAL AFFAIRS - QUESTION NO. 6

**Schedule of 90 Day Payments (Sept. 30, 2022 - Dec. 30, 2022)**

| Date | Transfer | Amount |
|------|----------|--------|
| 10/11/2022 | AMEX EPAYMENT ACH PMT WEB | $33,857.75 |
| 11/16/2022 | AMEX EPAYMENT ACH PMT WEB | $99,803.84 |
| 12/5/2022 | AMEX EPAYMENT ACH PMT WEB | $40,852.32 |
| 12/16/2022 | AMEX EPAYMENT ACH PMT WEB | $91,477.01 |
| 12/23/2022 | AMEX EPAYMENT ACH PMT WEB | $19,736.92 |
| | | **$285,727.84** |

**Payment to L&Z**

| | | |
|------|----------|--------|
| 12/29/2022 | Cnb Wire Out Dom Nr | **$40,000.00** |

**Unknown Payee (to be determined)**

| | | |
|------|----------|--------|
| 12/2/2022 | Cnb Wire Out-I US Nr | **$10,000.00** |

**McMillan & McMillan Painting**

| | | |
|------|----------|--------|
| 10/31/2022 | Check 5705 | **$20,000.00** |

**Zenon**

| | | |
|------|----------|--------|
| 11/22/2022 | Check 1418 | **$42,500.00** |

**Aquatic Treasures-Inventory**

| | | |
|------|----------|--------|
| 11/16/2022 | Check 9002 | $27,586.28 |
| 12/23/2022 | Check 5500 | $15,000.00 |
| | | **$42,586.28** |

**Kupono Matsumoto-employee**

| | | |
|------|----------|--------|
| 12/27/2022 | Check 9001 | **$9,875.27** |

# EXHIBIT - SOFA #7
# INSIDER PAYMENTS

# EXHIBIT - SOFA #7
# INSIDER PAYMENTS

**STATEMENT OF FINANCIAL AFFAIRS - QUESTION NO. 7**

**Schedule of Insider Payments (December 31, 2021 - Dec. 30, 2022)**

| *Date* | *Transfer* | *Amount* |
|--------|-----------|---------|
| **From CNB 3296 to RL Exotics** | | |
| 9/12/2022 | WIRE TYPE:WIRE IN DATE: 220912 TIME:1742 ET TRN:2022091200489879 SEQ:2022091200011337/005534 ORIG:ROBIN LEHNER ID:370203296 SND BK:CITY NATIONA L BANK ID:122016066 | $75,000.00 |
| 11/17/2022 | WIRE TYPE:WIRE IN DATE: 221117 TIME:1312 ET TRN:2022111700366639 SEQ:2022111700005849/002329 ORIG:ROBIN LEHNER ID:370203296 SND BK:CITY NATIONAL BANK ID:122016066 | $120,000.00 |
| | | **$195,000.00** |

# EXHIBIT - SOFA #13 GIFTS

# EXHIBIT - SOFA #13 GIFTS

## STATEMENT OF FINANCIAL AFFAIRS - QUESTION NO. 13

**From CNB 3296 to Mike Lehner**

| | | |
|---|---|---|
| 7/5/2022 | MIKE LEHNER - CITY NATIONAL BANK | $2,000.00 |
| 7/19/2022 | MIKE LEHNER - CITY NATIONAL BANK | $2,000.00 |
| 7/28/2022 | MIKE LEHNER - CITY NATIONAL BANK | $2,000.00 |
| 9/6/2022 | MIKE LEHNER - CITY NATIONAL BANK | $1,000.00 |
| 11/4/2022 | MIKE LEHNER - CITY NATIONAL BANK | $1,000.00 |
| 11/17/2022 | MIKE LEHNER - CITY NATIONAL BANK | $1,000.00 |
| 12/1/2022 | MIKE LEHNER - CITY NATIONAL BANK | $1,000.00 |
| 12/12/2022 | MIKE LEHNER - CITY NATIONAL BANK | $1,000.00 |
| 12/20/2022 | MIKE LEHNER - CITY NATIONAL BANK | $2,000.00 |
| 12/30/2022 | MIKE LEHNER - CITY NATIONAL BANK | $2,000.00 |
| | | **$15,000.00** |