LOUIS M. BUBALA III
Nevada Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada  89501
Telephone:  (775) 852-3900
Facsimile:   (775) 327-2011
Email:  lbubala@kcnvlaw.com

*Attorney for Creditor Michael A. Parentis*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re:<br><br>ROBIN LINUS LEHNER; DONYA TINA LEHNER;<br><br>Debtor(s). | Case No. BK-22-14616-nmc<br>Chapter 7<br><br>**EX PARTE APPLICATION FOR EXAMINIATION OF FRANK C. MUGGIA PURSUANT TO BANKRUPTCY RULE 2004** |
|---|---|

Dr. Michael A. Parentis ("Creditor"), through his counsel of record, respectfully applies for an order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Rule 2004 directing Frank C. Muggia ("Mr. Muggia") to appear for an examination more than 14 days from the date of filing this motion.  The location of the Rule 2004 examination will be provided through the subsequent issuance of a subpoena and notice of Rule 2004 examination.  Creditor further request that the order provide for the examination to be continued from day to day until complete.

Upon a motion by an interested party, "the court may order the examination of an entity." *See* Fed. R. Bankr. P. 2004(a).  The scope of such an examination may relate to a debtor's acts, conduct, property, liability, financial condition, matters affecting administration or a debtor's estate, or "the debtor's right to a discharge".  *See* Fed. R. Bankr. P. 2004(b).  In this instance, the

requested examination relates to matters within the permitted scope, including Debtor's acts, conduct and right to a discharge.

An order for an examination may be signed by the clerk "if the date set for the examination is more than fourteen (14) days from the date the motion is filed." *See* LR 2004(b).  Since the examination date outlined above provides more than fourteen (14) days of notice, the Clerk may singe an order for the Rule 2004 examination of Mr. Muggia.

Based upon the forgoing, Creditor respectfully requests that the Court or the Clerk of the Court enter the *Order Granting Application for Examination of Frank C. Muggia Pursuant to Bankruptcy Rule 2004*.  A proposed order is attached as **Exhibit 1.**

Thursday, April 13, 2023                                KAEMPFER CROWELL

By: */s/ Louis M. Bubala*
Louis M. Bubala III, SBN 8974

*Attorney for Creditor Michael A. Parentis*

# CERTIFICATE OF SERVICE

Pursuant to FRBP and FRCP 5(b), I certify that I am an employee of Kaempfer Crowell, that I am over the age of 18, and that I am not a party to the above-referenced case. I further certify that on Thursday, April 13, 2023 the following documents was filed and served as indicated below.

- **EX PARTE APPLICATION FOR EXAMINIATION OF FRANK C. MUGGIA PURSUANT TO BANKRUPTCY RULE 2004**

 X    **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States District Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

RYAN A. ANDERSEN on behalf of Trustee ROBERT E. ATKINSON
ryan@aandblaw.com, tatiana@aandblaw.com; melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com; valerie@aandblaw.com; andersen.ryana.b117998@notify.bestcase.com

ROBERT E. ATKINSON on behalf of Trustee ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas; ecf.alert+atkinson@titlexi.com

TIMOTHY S. CORY on behalf of Creditor MICHAEL BORDEN
tcory@crdslaw.com, creade@crdslaw.com

SCOTT D. FLEMING on behalf of Creditor RMSPC FUNDING, LLC
scott@fleminglawlv.com

STEVEN T GUBNER on behalf of Creditor SOUTH RIVER CAPITAL, LLC
sgubner@bg.law, ecf@bg.law

ROBERT R. KINAS on behalf of Creditor PETER ERIKSSON
rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com; docket_las@swlaw.com; sdugan@swlaw.com

BART K. LARSEN on behalf of Creditor ALIYA CAPITAL PARTNERS LLC, and Plaintiff ALIYA GROWTH FUND, LLC - SERIES X
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

1  ZACHARIAH LARSON on behalf of Debtor ROBIN LINUS LEHNER and Joint Debtor DONYA TINA LEHNER
2  zlarson@lzlawnv.com, mzirzow@lzlawnv.com; carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com; larson.zachariahr99681@notify.bestcase.com

3
4  EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 7
   edward.m.mcdonald@usdoj.gov

5  WILLIAM M. NOALL on behalf of Creditors JACKSON LENDING, LP, SUPERNOVA 87, TAURUS II, LLC, TAURUS VII, LLC and TAURUS, LLC
6  wnoall@gtg.legal, bknotices@gtg.legal

7  TERESA M. PILATOWICZ on behalf of Creditors ECLIPSE SERVICE, INC., ANNE MEADE, JAMES KIRCHMEYER, and MERLE WHITEHEAD
8  tpilatowicz@gtg.legal, bknotices@gtg.legal

9  R. CHRISTOPHER READE on behalf of Creditor MICHAEL BORDEN
   cread@crdslaw.com, earthur@crdslaw.com; jshafer@crdslaw.com; mrodriguez@crdslaw.com;
10 adavid@crdslaw.com; kkeyes@crdslaw.com

11 ELIZABETH E. STEPHENS on behalf of Plaintiff AMERICAN EXPRESS NATIONAL BANK
12 stephens@sullivanhill.com, hill@sullivanhill.com; dabbieri@sullivanhill.com; bkstaff@sullivanhill.com; stephens@ecf.courtdrive.com; Hawkins@sullivanhill.com

13
   Jeffrey R. Sylvester on behalf of Creditor PUTNAM LEASING
14 jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

15 U.S. TRUSTEE - LV - 7
   USTPRegion17.LV.ECF@usdoj.gov
16
   MARK M. WEISENMILLER on behalf of Creditors SUPERNOVA 87, TAURUS II, LLC,
17 TAURUS VII, LLC, TAURUS, LLC, ANNE MEADE, JAMES KIRCHMEYER and MERLE WHITEHEAD
18 mweisenmiller@gtg.legal, bknotices@gtg.legal

19 JASON M. WILEY on behalf of Creditor SURESPORTS
   jwiley@wileypetersenlaw.com, cpascal@wileypetersenlaw.com
20
   MATTHEW C. ZIRZOW on behalf of Debtor ROBIN LINUS LEHNER and Joint Debtor
21 DONYA TINA LEHNER
   mzirzow@lzlawnv.com, carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com;
22 zirzow.matthewc.r99681@notify.bestcase.com

23                    [Remainder of page intentionally left blank.]

24

KAEMPFER CROWELL

1  I declare under penalty of perjury that the foregoing is true and correct.

2  DATED: Thursday, April 13, 2023

3  By: */s/ Neida Lopez-Avila*
   NAME: Neida Lopez-Avila
4  An Employee of KAEMPFER CROWELL