_____
Mary A. Schott
Clerk of Court

Entered on Docket
April 14, 2023

_____

LOUIS M. BUBALA III
Nevada Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada  89501
Telephone:  (775) 852-3900
Facsimile:   (775) 327-2011
Email:   lbubala@kcnvlaw.com

*Attorney for Creditor Michael A. Parentis*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Case No. BK-22-14616-nmc<br>Chapter 7 |
|---|---|
| ROBIN LINUS LEHNER; DONYA TINA LEHNER;<br><br>Debtor(s). | **ORDER GRANTING EX PATRE APPLICTION FOR EXAMINATION OF FRANK C. MUGGIA PERSUTANT TO BANKRUPTCY RULE 2004** |

Creditor Michael A. Parentis ("Creditor") filed on April 13, 2023 an *Ex Parte Application for Examination of Frank C. Muggia Pursuant to Bankruptcy Rule 2004* ("the application").  The Court, having reviewed the application, being failure with and taking judicial notice of the matters in the bankruptcy case, and good cause appearing GRANTS the application.

IT IS HEREBY ORDERED that Frank C. Muggia shall appear for a Rule 2004 examination on or after April 28, 2023, regarding matters that are within the permitted scope of

Rule 2004, including without limitation the acts, conduct, property and Debtor Robin Lehner's right to a discharge of the Debtor's debt owed to Dr. Parentis. Counsel for Creditor shall issue a separate subpoena, including a request for production of documents, pursuant to Rule 9016 of the Federal Rules of Bankruptcy Procedure.

    IT IS FURTHER ORDERED that the examination may be continued from day to day until concluded and that the examination will be recorded by a certified court reporter by stenographic means and may also be recorded by video-graphic means.

    IT IS SO ORDERED.

Submitted by:

Thursday, April 13, 2023          KAEMPFER CROWELL

By: _____
Louis M. Bubala III, SBN 8974

*Attorney for Creditor Michael A. Parentis*