GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
Email:  tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Phone: (725) 777-3000
Fax:    (725) 777-3112
*Attorneys for Creditors James Kirchmeyer,
Merle Whitehead, and Anne Meade*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ROBIN LINUS LEHNER AND<br>DONYA TINA LEHNER,<br><br>Debtors. | Case No.  BK-22-14616-NMC<br>Chapter 7 |

## **NOTICE OF ENTRY OF ORDER**

NOTICE IS HEREBY GIVEN that an *Order Approving Second Stipulation to Extend Deadline to File Complaint for Nondischargability of Debt Rule 2004* [ECF No. 141] ("Order") was entered in the above-entitled matter on April 18, 2023.  A copy of the Order is attached hereto as **Exhibit 1**.

DATED this 19th day of April, 2023.

GARMAN TURNER GORDON LLP

By */s/ Talitha Gray Kozlowski*
   TALITHA GRAY KOZLOWSKI, ESQ.
   TERESA M. PILATOWICZ, ESQ.
   7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
   *Attorneys for Creditors James Kirchmeyer,
   Merle Whitehead, and Anne Meade*