**ANDERSEN & BEEDE**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@aandblaw.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:    702-825-2824

*Counsel for Robert E. Atkinson, Trustee*



## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 22-14616-NMC<br>Chapter 7 |
| ROBIN LINUS LEHNER and DONYA TINA LEHNER, | **NOTICE OF ENTRY OF ORDER** |
| Debtors. | |

**PLEASE TAKE NOTICE** that an *Order Approving Stipulation to Extend the Deadline to Assume or Reject Vehicle Leases* ("Order") was entered in the above-captioned bankruptcy case on April 26, 2023, at ECF No. 145. A copy of the Order is attached hereto as **Exhibit 1.**

Dated this 26th day of April, 2023.

Respectfully submitted by:

**ANDERSEN & BEEDE**

By:   /s/ Ryan A. Andersen
  Ryan A. Andersen, Esq.
  Nevada Bar No. 12321
  3199 E Warm Springs Rd, Ste 400
  Las Vegas, Nevada 89120

*Counsel for Robert E. Atkinson, Trustee*

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
April 26, 2023



**ANDERSEN & BEEDE**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@aandblaw.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:     702-825-2824

*Counsel for Robert E. Atkinson, Trustee*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 22-14616-NMC |
| | Chapter 7 |
| ROBIN LINUS LEHNER and DONYA TINA LEHNER, | **ORDER APPROVING STIPULATION TO EXTEND THE DEADLINE TO ASSUME OR REJECT VEHICLE LEASES** |
| Debtors. | |

Upon the stipulation of the parties ("Stipulation"), ECF No. 144, Robert E. Atkinson, in his capacity as the chapter 7 trustee ("Trustee") of the bankruptcy estate ("Bankruptcy Estate") of Robin Linus Lehner and Donya Tina Lehner, by and through his counsel of record, Robin Linus Lehner and Donya Tina Lehner ("Debtors"), by and through their counsel of record, and Putnam Leasing, a creditor in the above-captioned bankruptcy case, by and through its counsel of record, (collectively, the "Parties"), and good cause appearing,

//

//

//

**IT IS HEREBY ORDERED** that the current extended deadline for the Trustee to assume or reject the Vehicle Leases, as such term is defined in the Stipulation, pursuant to 11 U.S.C. § 365 of April 29, 2023, is hereby extended to and including June 28, 2023.

Respectfully submitted by:

**ANDERSEN & BEEDE**

By:    /s/ Ryan A. Andersen
       Ryan A. Andersen, Esq.
       Nevada Bar No. 12321
       3199 E Warm Springs Rd, Ste 400
       Las Vegas, Nevada 89120

*Counsel for Robert E. Atkinson, Trustee*

# # #