LOUIS M. BUBALA III
Nevada Bar No. 8974
AUGUST B. HOTCHKIN
Nevada Bar No. 12780
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada   89501
Telephone:   (775) 852-3900
Facsimile:   (775) 327-2011
Email:   lbubala@kcnvlaw.com

*Attorney for Creditor Michael A. Parentis*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ROBIN LINUS LEHNER; DONYA TINA LEHNER;<br><br>Debtor(s). | Case No. BK-22-14616-nmc<br>Chapter 7<br><br>**NOTICE OF EXAMINIATION OF FRANK C. MUGGIA PERSUANT TO BANKRUTCY RULE 2004**<br><br>Exam Date: May 19, 2023<br>Exam Time: 10:00 a.m. PST aka 1:00 p.m. EST<br>Location: Buffalo Executive Suite and Remote |

**TO: Debtors, Trustee, Creditors and all Interested Parties and their Respective Counsel**

**PLEASE TAKE NOTICE** that Creditor Michael A. Parentis (Dr. Parentis) will examine Frank C. Muggia pursuant to Federal Rule of Bankruptcy Procedure 2004, commencing at 10:00 a.m. Pacific, 1:00 p.m. Eastern on May 19, 2023 or at a time and date agreed upon by Dr. Parentis and counsel for the examinee, Frank C. Muggia.  The 2004 examination will take place at the Buffalo Executive Suite, 1967 Wehrle Drive, Suite 3, Buffalo, New York 14221 or remotely via Zoom Video Conferencing.  The 2004 examination will be taken before a court reporter or other person authorized to administer oaths, and shall be recorded by stenographic and video-graphic means.  Dr. Parentis intends to and/or reserves the right to introduce exhibits.

1  Oral examination, if not completed on the specified date will continue from day to day,

2  excluding Sundays and Holidays, until completed

3  Dated April 27, 2023

KAEMPFER CROWELL

4  By: *[signature]*

5  Louis M. Bubala III, SBN 8974
   August B. Hotchkin, SBN 12780

6  *Attorney for Creditor Michael A. Parentis*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

KAEMPFER CROWELL

3412227_2.docx

# CERTIFICATE OF SERVICE

Pursuant to FRBP and FRCP 5(b), I certify that I am an employee of Kaempfer Crowell, that I am over the age of 18, and that I am not a party to the above-referenced case. I further certify that on April 27, 2023 the following document was filed and served as indicated below.

- **NOTICE OF EXAMINIATION OF FRANK C. MUGGIA PERSUANT TO BANKRUTCY RULE 2004**

 X    **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States District Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

RYAN A. ANDERSEN on behalf of Trustee ROBERT E. ATKINSON
ryan@aandblaw.com, tatiana@aandblaw.com; melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com; valerie@aandblaw.com

ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas; ecf.alert+atkinson@titlexi.com

ROBERT E. ATKINSON on behalf of Trustee ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

TIMOTHY S. CORY on behalf of Creditor MICHAEL BORDEN
tcory@crdslaw.com, creade@crdslaw.com

SCOTT D. FLEMING on behalf of Creditor RMSPC Funding, LLC
scott@fleminglawlv.com

STEVEN T GUBNER on behalf of Creditor South River Capital, LLC
sgubner@bg.law, ecf@bg.law

ROBERT R. KINAS on behalf of Creditor PETER ERIKSSON
rkinas@swlaw.com, jmath@swlaw.com; mfull@swlaw.com; docket_las@swlaw.com; sdugan@swlaw.com; jfung@swlaw.com

BART K. LARSEN on behalf of Creditor Aliya Capital Partners LLC
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff ALIYA GROWTH FUND, LLC - SERIES X
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

| | |
|---|---|
| 1 | ZACHARIAH LARSON on behalf of Debtor ROBIN LINUS LEHNER |
| 2 | zlarson@lzlawnv.com, mzirzow@lzlawnv.com; carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com; valentina@lzlawnv.com; larson.zachariahr99681@notify.bestcase.com |
| 3 | ZACHARIAH LARSON on behalf of Joint Debtor DONYA TINA LEHNER |
| 4 | zlarson@lzlawnv.com, mzirzow@lzlawnv.com; carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com; valentina@lzlawnv.com; larson.zachariahr99681@notify.bestcase.com |
| 5 | EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 7  edward.m.mcdonald@usdoj.gov |
| 6 | |
| 7 | WILLIAM M. NOALL on behalf of Creditor JACKSON LENDING, LP  wnoall@gtg.legal, bknotices@gtg.legal |
| 8 | WILLIAM M. NOALL on behalf of Creditor Supernova 87  wnoall@gtg.legal, bknotices@gtg.legal |
| 9 | |
| 10 | WILLIAM M. NOALL on behalf of Creditor Taurus II, LLC  wnoall@gtg.legal, bknotices@gtg.legal |
| 11 | WILLIAM M. NOALL on behalf of Creditor Taurus VII, LLC  wnoall@gtg.legal, bknotices@gtg.legal |
| 12 | |
| 13 | WILLIAM M. NOALL on behalf of Creditor Taurus, LLC  wnoall@gtg.legal, bknotices@gtg.legal |
| 14 | TERESA M. PILATOWICZ on behalf of Creditor ECLIPSE SERVICE, INC.  tpilatowicz@gtg.legal, bknotices@gtg.legal |
| 15 | |
| 16 | TERESA M. PILATOWICZ on behalf of Creditor ANNE MEADE  tpilatowicz@gtg.legal, bknotices@gtg.legal |
| 17 | TERESA M. PILATOWICZ on behalf of Creditor JAMES KIRCHMEYER  tpilatowicz@gtg.legal, bknotices@gtg.legal |
| 18 | |
| 19 | TERESA M. PILATOWICZ on behalf of Creditor MERLE WHITEHEAD  tpilatowicz@gtg.legal, bknotices@gtg.legal |
| 20 | R. CHRISTOPHER READE on behalf of Creditor MICHAEL BORDEN |
| 21 | creade@crdslaw.com, earthur@crdslaw.com; jshafer@crdslaw.com; mrodriguez@crdslaw.com; adavid@crdslaw.com; kkeyes@crdslaw.com |
| 22 | ELIZABETH E. STEPHENS on behalf of Plaintiff AMERICAN EXPRESS NATIONAL BANK |
| 23 | stephens@sullivanhill.com, hill@sullivanhill.com; dabbieri@sullivanhill.com; bkstaff@sullivanhill.com; stephens@ecf.courtdrive.com; Hawkins@sullivanhill.com |
| 24 | |

KAEMPFER CROWELL

3412227_2.docx

1  Jeffrey R. Sylvester on behalf of Creditor Putnam Leasing
   jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

2
   U.S. TRUSTEE - LV - 7
3  USTPRegion17.LV.ECF@usdoj.gov

4  MARK M. WEISENMILLER on behalf of Creditor Supernova 87
   mark@aandblaw.com, ecf-df8b00a4597e@ecf.pacerpro.com

5
   MARK M. WEISENMILLER on behalf of Creditor Taurus II, LLC
6  mark@aandblaw.com, ecf-df8b00a4597e@ecf.pacerpro.com

7  MARK M. WEISENMILLER on behalf of Creditor Taurus VII, LLC
   mark@aandblaw.com, ecf-df8b00a4597e@ecf.pacerpro.com

8
   MARK M. WEISENMILLER on behalf of Creditor Taurus, LLC
9  mark@aandblaw.com, ecf-df8b00a4597e@ecf.pacerpro.com

10 MARK M. WEISENMILLER on behalf of Creditor ANNE MEADE
   mark@aandblaw.com, ecf-df8b00a4597e@ecf.pacerpro.com

11
   MARK M. WEISENMILLER on behalf of Creditor JAMES KIRCHMEYER
12 mark@aandblaw.com, ecf-df8b00a4597e@ecf.pacerpro.com

13 MARK M. WEISENMILLER on behalf of Creditor MERLE WHITEHEAD
   mark@aandblaw.com, ecf-df8b00a4597e@ecf.pacerpro.com

14
   JASON M. WILEY on behalf of Creditor SureSports
15 jwiley@wileypetersenlaw.com, cpascal@wileypetersenlaw.com

16 MATTHEW C. ZIRZOW on behalf of Debtor ROBIN LINUS LEHNER
   mzirzow@lzlawnv.com, carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com;
17 valentina@lzlawnv.com; zirzow.matthewc.r99681@notify.bestcase.com

18 MATTHEW C. ZIRZOW on behalf of Joint Debtor DONYA TINA LEHNER
   mzirzow@lzlawnv.com, carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com;
19 valentina@lzlawnv.com; zirzow.matthewc.r99681@notify.bestcase.com

20        I declare under penalty of perjury that the foregoing is true and correct.

21 DATED:  April 27, 2023

22                                                          By: /s/ Sharon Stice
                                                            Sharon Stice
23                                                          An Employee of KAEMPFER CROWELL

24