LOUIS M. BUBALA III
Nevada Bar No. 8974
AUGUST B. HOTCHKIN
Nevada Bar No. 12780
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
Email: lbubala@kcnvlaw.com

*Attorney for Creditor Michael A. Parentis*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re:<br><br>ROBIN LINUS LEHNER; DONYA TINA LEHNER;<br><br>        Debtor(s). | Case No. BK-22-14616-nmc<br>Chapter 7<br><br>**NOTICE OF ISSUANCE OF SUBPOENAS TO FRANK C. MUGGIA** |
|---|---|

**TO: Debtors, Trustee, Creditors and all Interested Parties and their Respective Counsel**

    Creditor Michael A. Parentis by and through his undersigned attorneys, provides notice of the intent to serve a Subpoena for a Rule 2004 Examination and a Subpoena to Produce Documents upon Frank C. Muggia, pursuant to Fed R. Civ. P. 45 as incorporated by Fed. R. Bank. P. 9016. (*See* Ex. 1 Subpoena for Rule 2004 Examination and Ex. 2 Subpoena to Produce Documents.)

Dated April 27, 2023

KAEMPFER CROWELL

By: /s/ Louis M. Bubala III
Louis M. Bubala III, SBN 8974
August B. Hotchkin, SBN 12780

*Attorney for Creditor Michael A. Parentis*

# CERTIFICATE OF SERVICE

Pursuant to FRBP and FRCP 5(b), I certify that I am an employee of Kaempfer Crowell, that I am over the age of 18, and that I am not a party to the above-referenced case. I further certify that on April 27, 2023 the following documents was filed and served as indicated below.

- **NOTICE OF ISSUANCE OF SUBPOENAS TO FRANK C. MUGGIA**

 X    **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States District Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

RYAN A. ANDERSEN on behalf of Trustee ROBERT E. ATKINSON
ryan@aandblaw.com, tatiana@aandblaw.com; melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com; valerie@aandblaw.com

ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas; ecf.alert+atkinson@titlexi.com

ROBERT E. ATKINSON on behalf of Trustee ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

TIMOTHY S. CORY on behalf of Creditor MICHAEL BORDEN
tcory@crdslaw.com, creade@crdslaw.com

SCOTT D. FLEMING on behalf of Creditor RMSPC Funding, LLC
scott@fleminglawlv.com

STEVEN T GUBNER on behalf of Creditor South River Capital, LLC
sgubner@bg.law, ecf@bg.law

ROBERT R. KINAS on behalf of Creditor PETER ERIKSSON
rkinas@swlaw.com, jmath@swlaw.com; mfull@swlaw.com; docket_las@swlaw.com; sdugan@swlaw.com; jfung@swlaw.com

BART K. LARSEN on behalf of Creditor Aliya Capital Partners LLC
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff ALIYA GROWTH FUND, LLC - SERIES X
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

ZACHARIAH LARSON on behalf of Debtor ROBIN LINUS LEHNER
zlarson@lzlawnv.com, mzirzow@lzlawnv.com; carey@lzlawnv.com; trish@lzlawnv.com;

jennifer@lzlawnv.com; valentina@lzlawnv.com; larson.zachariahr99681@notify.bestcase.com

ZACHARIAH LARSON on behalf of Joint Debtor DONYA TINA LEHNER
zlarson@lzlawnv.com, mzirzow@lzlawnv.com; carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com; valentina@lzlawnv.com; larson.zachariahr99681@notify.bestcase.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 7
edward.m.mcdonald@usdoj.gov

WILLIAM M. NOALL on behalf of Creditor JACKSON LENDING, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Creditor Supernova 87
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Creditor Taurus II, LLC
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Creditor Taurus VII, LLC
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Creditor Taurus, LLC
wnoall@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Creditor ECLIPSE SERVICE, INC.
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Creditor ANNE MEADE
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Creditor JAMES KIRCHMEYER
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Creditor MERLE WHITEHEAD
tpilatowicz@gtg.legal, bknotices@gtg.legal

R. CHRISTOPHER READE on behalf of Creditor MICHAEL BORDEN
creade@crdslaw.com, earthur@crdslaw.com; jshafer@crdslaw.com; mrodriguez@crdslaw.com; adavid@crdslaw.com; kkeyes@crdslaw.com

ELIZABETH E. STEPHENS on behalf of Plaintiff AMERICAN EXPRESS NATIONAL BANK
stephens@sullivanhill.com, hill@sullivanhill.com; dabbieri@sullivanhill.com; bkstaff@sullivanhill.com; stephens@ecf.courtdrive.com; Hawkins@sullivanhill.com

Jeffrey R. Sylvester on behalf of Creditor Putnam Leasing
jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

MARK M. WEISENMILLER on behalf of Creditor Supernova 87
mark@aandblaw.com, ecf-df8b00a4597e@ecf.pacerpro.com

MARK M. WEISENMILLER on behalf of Creditor Taurus II, LLC
mark@aandblaw.com, ecf-df8b00a4597e@ecf.pacerpro.com

MARK M. WEISENMILLER on behalf of Creditor Taurus VII, LLC
mark@aandblaw.com, ecf-df8b00a4597e@ecf.pacerpro.com

MARK M. WEISENMILLER on behalf of Creditor Taurus, LLC
mark@aandblaw.com, ecf-df8b00a4597e@ecf.pacerpro.com

MARK M. WEISENMILLER on behalf of Creditor ANNE MEADE
mark@aandblaw.com, ecf-df8b00a4597e@ecf.pacerpro.com

MARK M. WEISENMILLER on behalf of Creditor JAMES KIRCHMEYER
mark@aandblaw.com, ecf-df8b00a4597e@ecf.pacerpro.com

MARK M. WEISENMILLER on behalf of Creditor MERLE WHITEHEAD
mark@aandblaw.com, ecf-df8b00a4597e@ecf.pacerpro.com

JASON M. WILEY on behalf of Creditor SureSports
jwiley@wileypetersenlaw.com, cpascal@wileypetersenlaw.com

MATTHEW C. ZIRZOW on behalf of Debtor ROBIN LINUS LEHNER
mzirzow@lzlawnv.com, carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com; valentina@lzlawnv.com; zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW on behalf of Joint Debtor DONYA TINA LEHNER
mzirzow@lzlawnv.com, carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com; valentina@lzlawnv.com; zirzow.matthewc.r99681@notify.bestcase.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 27, 2023

By: /s/ Sharon Stice
Sharon Stice
An Employee of KAEMPFER CROWELL