LOUIS M. BUBALA III
Nevada Bar No. 8974
AUGUST B. HOTCHKIN
Nevada Bar No. 12780
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
Email: lbubala@kcnvlaw.com
Email: ahotchkin@kcnvlaw.com

*Attorneys for Michael Parentis*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ROBIN LINUS LEHNER; DONYA TINA LEHNER;<br><br>Debtor(s). | Case No. BK-22-14616-nmc<br>Chapter 7<br><br>**SECOND STIPULATION WITH DEBTORS TO EXTEND THE TIME TO FILE NONDISCHARGEABILITY COMPLAINT**<br><br>**Hearing Date: N/A**<br>**Hearing Time: N/A** |

Dr. Michael Parentis and Debtors stipulate as follows:

1. Debtors filed a Chapter 7 bankruptcy petition on December 30, 2022 (Dkt. 1), and the deadline to file a nondischargability complaint under 11 U.S.C. § 523(a)(2), (4) or (6) is May 4, 2023 (Dkt. 112).

2. Dr. Parentis is a creditor of Debtors (Cl. Reg. 21).

3. The court previously granted his first stipulation with Debtors to extend the deadline to file a nondischargeability complaint based on his recent hiring of Nevada counsel and request for additional time to gather information (Dkt. 112, Order; Dkt. 95, Stip.).

4. Since then, Dr. Parentis has issued subpoenas and scheduled dates for document production and examination of a percipient witness (Dkt. 139, Order granting Mtn. for Rule 2004 Order; Dkt. 148 Notice of Examination of Frank C. Muggia Pursuant to Bankruptcy Rule 2004; Dkt. 149, Notice of Issuance of Subpoenas to Frank C. Muggia).

5. Debtors do not object to providing Dr. Parentis with to a 29-day extension of the deadline, through and including June 2, 2023.

6. A proposed order is attach as Exhibit 1 and uploaded contemporaneously with the filing of this stipulation.

Dated April 27, 2023                     KAEMPFER CROWELL

                                         By: /s/ Louis M. Bubala
                                             Louis M. Bubala III, SBN 8974
                                             August B. Hotchkin, SBN 12780

                                             *Attorneys for Michael Parentis*

Dated April 28, 2023                     LARSON & ZIRZOW, LLC

                                         By: /s/ Zachariah Larson
                                             Zachariah Larson, SBN 7787

                                             *Attorneys for Debtors*

# CERTIFICATE OF SERVICE

Pursuant to FRBP and FRCP 5(b), I certify that I am an employee of Kaempfer Crowell, that I am over the age of 18, and that I am not a party to the above-referenced case. I further certify that on May 1, 2023 the following documents was filed and served as indicated below.

- **SECOND STIPULATION WITH DEBTORS TO EXTEND THE TIME TO FILE NONDISCHARGEABILITY COMPLAINT**

  X    **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States District Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

RYAN A. ANDERSEN on behalf of Trustee ROBERT E. ATKINSON
ryan@aandblaw.com, tatiana@aandblaw.com; melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com; valerie@aandblaw.com; andersen.ryana.b117998@notify.bestcase.com

ROBERT E. ATKINSON on behalf of Trustee ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas; ecf.alert+atkinson@titlexi.com

TIMOTHY S. CORY on behalf of Creditor MICHAEL BORDEN
tcory@crdslaw.com, creade@crdslaw.com

SCOTT D. FLEMING on behalf of Creditor RMSPC FUNDING, LLC
scott@fleminglawlv.com

STEVEN T GUBNER on behalf of Creditor SOUTH RIVER CAPITAL, LLC
sgubner@bg.law, ecf@bg.law

ROBERT R. KINAS on behalf of Creditor PETER ERIKSSON
rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com; docket_las@swlaw.com; sdugan@swlaw.com

BART K. LARSEN on behalf of Creditor ALIYA CAPITAL PARTNERS LLC
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

ZACHARIAH LARSON on behalf of Debtor ROBIN LINUS LEHNER and Joint Debtor DONYA TINA LEHNER
zlarson@lzlawnv.com, mzirzow@lzlawnv.com; carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com; larson.zachariahr99681@notify.bestcase.com

| | |
|---|---|
| 1 | WILLIAM M. NOALL on behalf of Creditors JACKSON LENDING, LP, SUPERNOVA 87, TAURUS II, LLC, TAURUS VII, LLC and TAURUS, LLC |
| 2 | wnoall@gtg.legal, bknotices@gtg.legal |
| 3 | TERESA M. PILATOWICZ on behalf of Creditors ANNE MEADE, JAMES KIRCHMEYER, and MERLE WHITEHEAD |
| 4 | tpilatowicz@gtg.legal, bknotices@gtg.legal |
| 5 | R. CHRISTOPHER READE on behalf of Creditor MICHAEL BORDEN |
|   | creade@crdslaw.com, earthur@crdslaw.com; jshafer@crdslaw.com; mrodriguez@crdslaw.com; |
| 6 | adavid@crdslaw.com; kkeyes@crdslaw.com |
| 7 | Jeffrey R. Sylvester on behalf of Creditor PUTNAM LEASING |
|   | jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com |
| 8 | |
|   | U.S. TRUSTEE - LV - 7 |
| 9 | USTPRegion17.LV.ECF@usdoj.gov |
| 10 | MARK M. WEISENMILLER on behalf of Creditors SUPERNOVA 87, TAURUS II, LLC, TAURUS VII, LLC, TAURUS, LLC, ANNE MEADE, JAMES KIRCHMEYER and MERLE |
| 11 | WHITEHEAD |
|   | mweisenmiller@gtg.legal, bknotices@gtg.legal |
| 12 | |
|   | JASON M. WILEY on behalf of Creditor SURESPORTS |
| 13 | jwiley@wileypetersenlaw.com, cpascal@wileypetersenlaw.com |
| 14 | MATTHEW C. ZIRZOW on behalf of Debtor ROBIN LINUS LEHNER and Joint Debtor DONYA TINA LEHNER |
| 15 | mzirzow@lzlawnv.com, carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com; zirzow.matthewc.r99681@notify.bestcase.com |
| 16 | |
|    | I declare under penalty of perjury that the foregoing is true and correct. |
| 17 | |
| 18 | DATED:  May 1, 2023 |
| 19 | By: /s/ Sharon Stice |
|    | Sharon Stice |
| 20 | An Employee of KAEMPFER CROWELL |