E-filed: May 4, 2023

Robert R. Kinas (NV Bar No. 6019)
Alexis R. Wendl (NV Bar No. 15351)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
       awendl@swlaw.com
*Attorneys for Peter Eriksson*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>ROBIN LINUS LEHNER and DONYA TINA LEHNER,<br><br>Debtors. | Case No. 22-14616-nmc<br><br>Chapter 7<br><br>**NOTICE OF ENTRY OF ORDER** |

PLEASE TAKE NOTICE that an *Order Approving Second Stipulation to Extend Deadline to File Complaint to Determine Non-Dischargeability of Debt Under 11 U.S.C § 523* [ECF No. 157] ("Order") was entered in the above-referenced case on May 4, 2023. A copy of said Order is attached as **Exhibit 1**.

DATED this 4th day of May 2023.

    SNELL & WILMER L.L.P.

    */s/ Robert R. Kinas*
    Robert R. Kinas (NV Bar No. 6019)
    Alexis R. Wendl (NV Bar No. 15351)
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    Telephone: (702) 784-5200
    Facsimile: (702) 784-5252
    *Attorneys for Peter Eriksson*

4868-4240-0609

# EXHIBIT 1

# EXHIBIT 1



Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
May 04, 2023

_____

Robert R. Kinas (NV Bar No. 6019)
Alexis R. Wendl (NV Bar No. 15351)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: rkinas@swlaw.com
       awendl@swlaw.com
*Attorneys for Peter Eriksson*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ROBIN LINUS LEHNER and DONYA TINA LEHNER,<br><br>Debtors. | Case No. 22-14616-nmc<br><br>Chapter 7<br><br>**ORDER APPROVING SECOND STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT UNDER 11 U.S.C. § 523** |

The Court having reviewed and considered the *Second Stipulation to Extend Deadline to File Complaint to Determine of Non-Dischargeability of Debt Under 11 U.S.C. § 523* ("Stipulation") entered into by and among Peter Eriksson ("Eriksson"), and Debtors Robin Linus Lehner and Donya Tina Lehner (together with Eriksson, the "Parties"), by and through their undersigned counsel, and good cause appearing:

**IT IS HEREBY ORDERED** that the Stipulation is APPROVED;

///

///

4872-8404-7457

**IT IS FURTHER ORDERED** that the deadline for Eriksson to file a complaint to determine non-dischargeability of debt under 11 U.S.C. § 523 is up to and including **June 2, 2023.**

**IT IS SO ORDERED.**

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Robert R. Kinas*
Robert R. Kinas (NV Bar No. 6019)
Alexis R. Wendl (NV Bar No. 15351))
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Phone: (702) 784-5200
Fax:  (702) 784-5252

*Attorneys for Peter Eriksson*

###

4872-8404-7457