**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robin Linus Lehner** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Donya Tina Lehner** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **22-14616-nmc** |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information       12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:   Summarize Your Assets

| | | Your assets<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B.............................................. | $ 0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................. | $ 5,157,708.69 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.......................................... | $ 5,157,708.69 |

### Part 2:   Summarize Your Liabilities

| | | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 1,700,000.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $ 19,499.67 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 25,640,744.33 |
| | **Your total liabilities** | $ 27,360,244.00 |

### Part 3:   Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.................................. | $ 231,695.24 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.................................... | $ 52,509.00 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor 1    **Robin Linus Lehner**
Debtor 2    **Donya Tina Lehner**
the court with your other schedules.    Case number *(if known)*  **22-14616-nmc**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Robin Linus Lehner** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | **Donya Tina Lehner** |
| (Spouse, if filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | **22-14616-nmc** |

■ Check if this is an
  amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ■ No. Go to Part 2.
    ☐ Yes. Where is the property?

### Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

    ☐ No
    ■ Yes

| 3.1 | | | |
|---|---|---|---|
| Make: | **Rolls Royce** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: | **Phantom** | ■ Debtor 1 only | |
| Year: | **2019** | ☐ Debtor 2 only | |
| Approximate mileage: | **18,000** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | |

Other information:
**Lease with Putnam Leasing, commenced 10/20/20, 60 months @ $4,995/month, with a purchase balloon of $165,000; $50,000 downpayment (debtor intends to reject)**

☐ Check if this is community property
  (see instructions)

Current value of the entire property? **Unknown**
Current value of the portion you own? **Unknown**

| 3.2 | | | |
|---|---|---|---|
| Make: | **Mercedes Benz** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: | **G63 AMG** | ■ Debtor 1 only | |
| Year: | **2019** | ☐ Debtor 2 only | |
| Approximate mileage: | **34,000** | ☐ Debtor 1 and Debtor 2 only | |
| Other information: | | ☐ At least one of the debtors and another | |

Other information:
**Lease with Putnam Leasing, commenced 7/30/20, 36 months @ $3,939.43/month, with a purchase option of $60,000; $25,000 down payment already made, VIN *7433 (debtor intends to assume)**

☐ Check if this is community property
  (see instructions)

Current value of the entire property? **Unknown**
Current value of the portion you own? **Unknown**

| Debtor 1 | **Robin Linus Lehner** | | |
|---|---|---|---|
| Debtor 2 | **Donya Tina Lehner** | Case number *(if known)* | **22-14616-nmc** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here................................................................=>    **$0.00**

| **Part 3:** | **Describe Your Personal and  Household Items** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| Miscellaneous household goods; See Exhibit B for detail; value per appraisal. | $9,790.00 |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| Miscellaneous electronics; See Exhibit B for detail; value per appraisal. | $2,050.00 |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes.  Describe.....

| 12 Assorted Purses; value per appraisal. | $1,300.00 |
|---|---|
| Old hockey gear and memorabilia | Unknown |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

| Misc. Hobby Equipment: Aquariums and equipment. See Exhibit B for detail; value per appraisal. | $2,940.00 |
|---|---|
| Coral reefs and miscellaneous equipment used for upkeep (to be utilized for RL Exotics). | Unknown |

| Debtor 1 | **Robin Linus Lehner** | | |
|---|---|---|---|
| Debtor 2 | **Donya Tina Lehner** | Case number *(if known)* | **22-14616-nmc** |

| Misc. Sport equipment:  Telescope and Peloton Bicycle | $745.00 |
|---|---|

**10. Firearms**
  *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
  ■ No
  ☐ Yes.  Describe.....

**11. Clothes**
  *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
  ☐ No
  ■ Yes.  Describe.....

| Misc. used clothing and shoes | Unknown |
|---|---|

**12. Jewelry**
  *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
  ☐ No
  ■ Yes.  Describe.....

| Women's Rolex Watch (gift from husband) | Unknown |
|---|---|
| Wedding Ring | Unknown |
| Diamond nail bracelet (gift from husband) | Unknown |

**13. Non-farm animals**
  *Examples:* Dogs, cats, birds, horses
  ☐ No
  ■ Yes.  Describe.....

| Three dogs | $0.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**
  ■ No
  ☐ Yes.  Give specific information.....

| 15. | Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................. | $16,825.00 |
|---|---|---|

**Part 4:**  Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
  *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
  ■ No
  ☐ Yes.................................................................................

**17. Deposits of money**
  *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
  ☐ No

| Debtor 1 | **Robin Linus Lehner** | | |
| Debtor 2 | **Donya Tina Lehner** | Case number *(if known)* | **22-14616-nmc** |

■ Yes.......................

| | | | Institution name: | |
|---|---|---|---|---|
| | 17.1. | **Withholding from paycheck** | **Deferred Compensation from VGK ($100,000 as of Petition Date); Debtor has not received yet** | **$100,000.00** |
| | 17.2. | **Checking** | **Bank Account - City National Bank, Account No. *4123** | **$48,766.02** |
| | 17.3. | **Checking** | **Bank Account - City National Bank, Account No. *3296** | **$498,958.80** |
| | 17.4. | **Withholding from paycheck** | **Projected Player's share of VGK Escrow per Collective Bargaining Agreement between NHLPA and NHL, and accrued through the Petition Date only; Debtor has not received yet, and won't until end of season** | **$435,581.08** |
| | 17.5. | **Checking;  Acct. No. 5389** | **Swedeb Bank Account (Swedish Krona 78082,01  x US exchange rate of $.095)** | **$7,417.79** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................         Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Westridge Property Management, LLC: owns 9501 Balatta Canyon Court, Las Vegas, NV 89144, Debtor's residence; property is worth approximately $3.25 million, but has a deed of trust in favor of South River Capital, LLC in first position in the amount of at least $2.787 million, which was due and payable in fully by 1/1/23** | **100** % | **$3,250,000.00** |
| **Lehner Enterprises, LLC: (I) per Agreement dated October 22, 2020, Lehner Enterprises, LLC transferred to Michael Lehner 100% of RL Solar, LLC, which in turn, owns certain intellectual property, and 100% of SolarCode Holdings, LLC, which in turn, owes 100% of the membership interersts in SolarCode, LLC, SolarCode Manufacturing, LLC, and SolarCode Management, LLC, and 85% of Sunshine Alley, LLC, but subject to a promissory note in the amount of $15.3 million and 50-50 profit share; (II) owns business bank account at Bank of America, Account No. *7984; (III) owns an abandoned trademark for "SolarCode" USPTO Serial No. 88914010 (SolarCode, LLC has a current live trademark for the same as Serial No. 97138055)** | **100** % | **Unknown** |

Debtor 1    **Robin Linus Lehner**
Debtor 2    **Donya Tina Lehner**                                         Case number *(if known)*    **22-14616-nmc**

| | | | |
|---|---|---|---|
| RL Exotics, LLC: operates reptile farm in Plato, Missouri; has business bank account at Bank of America, Account No. *0536; and Paypal account, Account No. *BQ4S | 100 | % | Unknown |
| 42055 Dawn Road LLC: owns 42055 Dawn Road, Plato, Laclede County, Missouri 65552; property believed to be worth approximately $800,000, but is encumbered by a mortgage in favor of Heritage Bank of the Ozarks that is now past due | 100 | % | $800,000.00 |
| IguanaLand, LLC: membership interest in reptile and avian zoo located at 33900 Bermont Rd, Punta Gorda, FL 33982 | 20 | % | Unknown |
| Panda Branding, LLC: owns business bank account at Bank of America, Account No. *1933, and some intellectual property | 100 | % | Unknown |
| Premier Rats, LLC: potential interest (unknown); entity never did anything | 100% | % | Unknown |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                            Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
                Type of account:            Institution name:

| | | |
|---|---|---|
| **NHL Pension** | **Sun Life Financial, Account No. *1365** | Unknown |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................            Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............            Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............            Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

Official Form 106A/B                    Schedule A/B: Property                    page 5

| Debtor 1 | **Robin Linus Lehner** | | |
|---|---|---|---|
| Debtor 2 | **Donya Tina Lehner** | Case number *(if known)* | **22-14616-nmc** |

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| TY 2022 anticipated refund (return not yet prepared) | Federal and state | Unknown |
|---|---|---|

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes. Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No
☐ Yes. Name the insurance company of each policy and list its value.
      Company name:              Beneficiary:          Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
■ Yes. Describe each claim.........

| Potential claim against Milos Andric - various causes of action | Unknown |
|---|---|

| Potential claim against Paul Croft - various causes of action | Unknown |
|---|---|

| Debtor 1 | **Robin Linus Lehner** | | |
|---|---|---|---|
| Debtor 2 | **Donya Tina Lehner** | Case number *(if known)* | **22-14616-nmc** |

| | |
|---|---|
| Potential claim against David Herrera  - various causes of action | **Unknown** |
| Potential claims against Aliya Growth Fund | **Unknown** |
| Potential claim against SureSports - various causes of action | **Unknown** |

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
■ No
☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
■ No
☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here............................................................................................................................**

| |
|---|
| **$5,140,723.69** |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
■ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**
■ No
☐ Yes. Describe.....

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
■ Yes. Describe.....

| | |
|---|---|
| Miscellaneous office furniture; See Exhibit B for detail; value per appraisal. | **$160.00** |

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
■ No
☐ Yes. Describe.....

**41. Inventory**
■ No
☐ Yes. Describe.....

**42. Interests in partnerships or joint ventures**
■ No
☐ Yes. Give specific information about them...................

Name of entity:                                                    % of ownership:

| Debtor 1 | **Robin Linus Lehner** | | |
|---|---|---|---|
| Debtor 2 | **Donya Tina Lehner** | Case number *(if known)* | **22-14616-nmc** |

43. **Customer lists, mailing lists, or other compilations**

■ No.

☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

■ No

☐ Yes. Describe.....

44. **Any business-related property you did not already list**

■ No

☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...................................................................................................................... | **$160.00**

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☐ No

■ Yes. Give specific information.........

> **Rights under Agreement dated 10/22/20 by and between Lehner Enterprises, LLC, Robin Lehner, and Michael Lehner, including Promissory Note from Michael Lehner to pay $15.3 million to Lehner Enterprises, LLC, and Robin Lehner to receive 50% of the net profits in both SolarCode Holdings, LLC, or its related entities, and Ecoboost USA, LLC, or its related entities, and also an equally diluted profits interest therein upon the sale or transfer of a membership interest therein to a third party.  SolarCode group of companies have their own bank accounts at Bank of America, which are not listed herein.**

**Unknown**

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ..................................... | **$0.00**

| Debtor 1 | **Robin Linus Lehner** | | | |
|---|---|---|---|---|
| Debtor 2 | **Donya Tina Lehner** | | Case number *(if known)* | **22-14616-nmc** |

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| 55. | **Part 1: Total real estate, line 2** ................................................................................................... | | | **$0.00** |
|---|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | | $0.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | | $16,825.00 | |
| 58. | **Part 4: Total financial assets, line 36** | | $5,140,723.69 | |
| 59. | **Part 5: Total business-related property, line 45** | | $160.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | | $5,157,708.69 | Copy personal property total |  $5,157,708.69 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | $5,157,708.69 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robin Linus Lehner** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Donya Tina Lehner** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **22-14616-nmc** |

■ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | |
|---|---|
| X **/s/ Robin Linus Lehner** | X **/s/ Donya Tina Lehner** |
| **Robin Linus Lehner** | **Donya Tina Lehner** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **May 15, 2023** | Date **May 15, 2023** |

# EXHIBIT – B

## This schedule contains the following Exhibits:

1. Exhibit B 6 – Household Goods and Furnishings
2. Exhibit B 7 –  Electronics
3. Exhibit B 8 – Collectibles of Value
4. Exhibit B 9 – Sports and Hobby Equipment
5. Exhibit B 39 – Office Equipment, Furniture, and Supplies

# EXHIBIT – B

**B6: Household Goods and Furnishings**

| | |
|---|---:|
| 1.  GRAY SECTIONAL SOFA | $475.00 |
| 2. GRAY OAK 4-DRAWER CHEST | $40.00 |
| 3. (4) BAR STOOLS | $180.00 |
| 4. (2) BAR STOOLS | $50.00 |
| 5. LARGE ROUND COCKTAIL TABLE | $175.00 |
| 7.  10' DARK WOOD CREDENZA CABINET | $450.00 |
| 8. ASSORTED HOLIDAY DECORATIONS | $200.00 |
| 10. ROUND UPHOLSTERED CHAIR | $50.00 |
| 11. SMALL ROUND END TABLE | $30.00 |
| 12. NESPRESSO MACHINE | $60.00 |
| 13. ELITE GOURMET TOASTER | $20.00 |
| 14. KITCHEN MISCELLANEOUS (POTS, PANS, DISHES, UTENSILS, ETC | $250.00 |
| 15. 12' DINING TABLE & (10) UPHOLSTERED CHAIRS | $1,200.00 |
| 16. 8' GRAY OAK BUFFET CABINET | $375.00 |
| 17. VACUUM CLEANER | $40.00 |
| 18. ASSORTED SMALL DECORATOR ITEMS | $150.00 |
| 19. BLUE SECTIONAL SOFA | $375.00 |
| 20. COCKTAIL TABLE | $75.00 |
| 21. TEA CART | $50.00 |
| 22. ASSORTED HOLIDAY DECORATIONS | $275.00 |
| 23. ROUND MAHOGANY LAMP TABLE | $100.00 |
| 24. BOOKCASE | $70.00 |
| 25. (2) BLUE UPHOLSTERED BENCHES | $100.00 |
| 33. ASSORTED CHRISTMAS DECORATIONS | $150.00 |
| 34. (4) VASES | $40.00 |
| 36. (3) LARGE DECORATOR MIRRORS | $600.00 |
| 37. KING SIZE BED | $250.00 |
| 38. (2) NIGHTSTANDS | $110.00 |
| 39. PR OF LAMPS | $45.00 |
| 40. PR OF WINGBACK CHAIRS | $90.00 |
| 42. 8-DRAWER DRESSER | $350.00 |
| 46. SQUARE OTTOMAN | $25.00 |
| 47. ROUND OTTOMAN | $25.00 |
| 48. (2) TWIN BEDS | $200.00 |
| 49. NIGHTSTAND | $40.00 |
| 50. 10-DRAWER DRESSER | $100.00 |
| 52. QUEEN BED | $150.00 |
| 54. (2) NIGHTSTANDS | $90.00 |
| 55. PR OF LAMPS | $25.00 |
| 56. SIDE CHAIR | $15.00 |
| 57. 6-DRAWER DRESSER | $125.00 |
| 58. (2) 6-DRAWER CHESTS | $220.00 |
| 59. QUEEN BED | $150.00 |
| 60. (2) NIGHTSTANDS | $100.00 |
| 61. PR OF LAMPS | $60.00 |
| 63. UNSIGNED ABSTRACT PRINT | $50.00 |
| 64. QUEEN BED | $150.00 |
| 66. 8-DRAWER DRESSER | $350.00 |
| 67. PR OF NIGHTSTANDS | $110.00 |

| | |
|---|---|
| 68. PR OF LAMPS | $50.00 |
| 69. LG WASHER & DRYER | $420.00 |
| 70. WOVEN VINYL PATIO TABLE & (4) CHAIRS | $160.00 |
| 71. PR OF WOVEN VINYL LOUNGE SOFAS | $200.00 |
| 72. WOVEN BAMBOO SOFA, (2) CHAIRS & COCKTAIL TABLE | $550.00 |
| | **$9,790.00** |

**B7: Electronics**

| | |
|---|---|
| 6. 80" SONY TV | $450.00 |
| 26. 65" SAMSUNG TV | $225.00 |
| 41. 80" SONY TV | $425.00 |
| 51. 65" SAMSUNG TV | $225.00 |
| 53. 65" SAMSUNG TV | $225.00 |
| 62. 65" SAMSUNG TV | $225.00 |
| 65. 70" SAMSUNG TV | $275.00 |
| | **$2,050.00** |

**B8: Collectibles of Value**

| | |
|---|---|
| 45. (12) ASSORTED PURSES | **$1,300.00** |

**B9: Sports and Hobby Equipment**

| | |
|---|---|
| 9. TELESCOPE | $70.00 |
| 29. LARGE AQUARIUM | $350.00 |
| 30. LADDER | $20.00 |
| 32. (7) LARGE AQUARIUMS | $2,500.00 |
| 31. 6' LADDER | $30.00 |
| 35. (2) LADDERS | $40.00 |
| 43. PELOTON BICYCLE | $675.00 |
| | **$3,685.00** |

**B39:  Office Equipment, Furniture, and Supplies**

| | |
|---|---|
| 27.  EXECUTIVE CHAIR | $40.00 |
| 28. (2) HP MULTI-MACHINE PRINTERS | $120.00 |
| | **$160.00** |

# APPRAISAL REPORT

**Prepared For:**

Matthew C. Zirzow, Esquire
Re: Robin Lehner
850 East Bonneville Avenue
Las Vegas, Nevada 89101

**Prepared By:**

Daniel C. Watson
2531 Woodson Avenue
Henderson, Nevada. 89052

*Member: Certified Appraisers Guild of America*

# Table of Contents

Title Page................................................................................................................1

Table of Contents ...................................................................................................2

Summary .................................................................................................................3

Condition of Appraisal ...........................................................................................4

Certification of Report ...........................................................................................4

Purpose of the Report .............................................................................................5

Method of Valuation ...............................................................................................5

Definition of Value.................................................................................................5

Basis of Appraisal ..................................................................................................5

Description ..............................................................................................................6

Factors Affecting Value .........................................................................................6

Appraiser Qualifications ........................................................................................7

Attachment "A" ..................................................................................................8-11

Billing Statement ....................................................................................................12

Photographs........................................................................................................13-18

# Summary

On December 30, 2022 I personally inspected the listed personal property at 9501 Balatta Canyon Court Las Vegas, Nevada 89144.  This was done at the request of Matthew C. Zirzow, Esquire.

# Value

### **Fair Market Value**

The fair market replacement value for the personal property is:

**$16,985.00**

This is not the appraisal report.  The appraisal report must be read in its entirety.

# Condition of Appraisal

The value stated in this report is based on the best judgment of the appraiser given the facts and conditions available at the date of the valuation.

The use of this report is limited to the purpose of determining the value of the personal property for bankruptcy liquidation purposes.  This report is to be used in its entirety only.

Any additional research or testimony required by the client or the court will be billed at the current rates.

Disclosure of the contents of this report is governed by the Standards and Practices of the Certified Appraisers Guild of America.

# Certification of Report

It should be noted that Daniel C. Watson is a disinterested party in this matter.  No prohibited fee was assessed for this report.

Daniel C. Watson has successfully completed the personal property appraiser certification program with the Certified Appraisers Guild of America and is a member in good standing.  This report was prepared in accordance with the Standards and Practices of the Certified Appraiser Guild of America, which has review authority of this report.

Daniel C. Watson has personally examined the subject property inventory list. The statements of fact contained in this report are true and correct to the best knowledge and belief of the appraiser.

 Daniel C. Watson owned Las Vegas Auction, Inc. from 1974 to April 2008 and Nellis Auction from December 2010 to November 2012 and has varied experience as an auctioneer since 1975 and as an appraiser since 1976.  Mr. Watson currently is an independent auctioneer and appraiser.

_____
Daniel C. Watson CAGA
Tax ID 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

# Purpose of the Report

The purpose of this report is to determine Fair Market Value for bankruptcy liquidation purposes.

# Method of Valuation

The method of valuation for this report is Fair Market Value based on comparable items sold at Nellis Auction and other local auction houses in the last two years, internet sales and the use of on line advertisement prices.

# Definition of Value

**Fair Market Value**
Under the United States Treasury regulation 1.170-1© Fair Market Value is defined as:

The price at which the property would change hands between a willing buyer and a willing seller, neither being under compulsion to buy or sell and both having reasonable knowledge of relevant facts.

# Basis of Appraisal

**Valuation Date**

The date of valuation for determining value is December 30, 2022.

**Limitations of Property**

There were no limitations on use or disposition of this property.

# Description

See attached list – Attachment "A"

# Factors Affecting Value

### Marketability

This merchandise is the type of items that would have a large group of potential buyers.

### Condition

The general condition of this inventory is good.

### Analysis

This merchandise is in good condition and would sell to a large group of potential bidders. The following listed prices are based on comparison to similar items sold by Nellis Auction and other local auction houses within the last two years, on line advertisements and also the use of price guides.

# Appraiser Qualifications

**Daniel C. Watson, CAGA**
**2531 Woodson Avenue**
**Henderson, Nevada 89052**

<u>**Education**</u>

**Graduate Personal Property Appraiser**
Personal property appraiser education program
December 2009

**Certified Appraisers Guild of America**
Personal property appraiser certification program
February 1994

**Authorized Nevada Motor Vehicle Dealer**
1995-2008

**Missouri Auction School**
Auctioneer
January 1978

**Northern Arizona University**
Flagstaff, Arizona
B. S. Biochemistry
May 1971

<u>**Work Experience**</u>

**Auctioneer and Appraiser**

Forty-eight years as an Auctioneer selling a variety of furniture, antiques, jewelry, collectibles, art, restaurant equipment, medical equipment, tools, store inventories, firearms, electronics, boats, aircraft, vehicles and heavy equipment in the Las Vegas area. We sold U. S. Bankruptcy Liquidations, Clark County Public Administrator Estate and bank foreclosure auctions.

Attachment "A"

**9501 Balatta Canyon Court:**

**Den & Kitchen:**

1.  GRAY SECTIONAL SOFA.........................................................................................$475.00

2. GRAY OAK 4-DRAWER CHEST ...................................................................................40.00

3. (4) BAR STOOLS ............................................................................................180.00

4. (2) BAR STOOLS ...............................................................................................50.00

5. LARGE ROUND COCKTAIL TABLE ...........................................................................175.00

6. 80" SONY TV ....................................................................................................450.00

7.  10' DARK WOOD CREDENZA CABINET ...................................................................450.00

8. ASSORTED HOLIDAY DECORATIONS .......................................................................200.00

9. TELESCOPE .......................................................................................................70.00

10. ROUND UPHOLSTERED CHAIR ............................................................................50.00

11. SMALL ROUND END TABLE................................................................................30.00

12. NESPRESSO MACHINE .....................................................................................60.00

13. ELITE GOURMET TOASTER ................................................................................20.00

14. KITCHEN MISCELLANEOUS (POTS, PANS, DISHES, UTENSILS, ETC.) .................................250.00

**Living Room & Dining Area:**

15. 12' DINING TABLE & (10) UPHOLSTERED CHAIRS ............................................1,200.00

16. 8' GRAY OAK BUFFET CABINET ........................................................................375.00

17. VACUUM CLEANER ........................................................................................40.00

18. ASSORTED SMALL DECORATOR ITEMS ...............................................................150.00

19. BLUE SECTIONAL SOFA ..................................................................................375.00

20. COCKTAIL TABLE .........................................................................................75.00

21. TEA CART...................................................................................................50.00

22. ASSORTED HOLIDAY DECORATIONS ..................................................................275.00

23. ROUND MAHOGANY LAMP TABLE....................................................................100.00

**Attachment "A" Continued**

**Toy Room:**

24. BOOKCASE...................................................................................................70.00

25. (2) BLUE UPHOLSTERED BENCHES ..............................................................................100.00

26. 65" SAMSUNG TV.......................................................................................................225.00

**Office & Aquarium Room:**

27.  EXECUTIVE CHAIR ....................................................................................................40.00

28. (2) HP MULTI-MACHINE PRINTERS ........................................................................120.00

29. LARGE AQUARIUM ...................................................................................................350.00

30. LADDER......................................................................................................................20.00

31. 6' LADDER...................................................................................................................30.00

32. (7) LARGE AQUARIUMS .........................................................................................2,500.00

**Stairs & Hallway:**

33. ASSORTED CHRISTMAS DECORATIONS ................................................................150.00

34. (4) VASES ....................................................................................................................40.00

35. (2) LADDERS ..............................................................................................................40.00

36. (3) LARGE DECORATOR MIRRORS .........................................................................600.00

**Master Bedroom:**

37. KING SIZE BED..........................................................................................................250.00

38. (2) NIGHTSTANDS.....................................................................................................110.00

39. PR OF LAMPS .............................................................................................................45.00

40. PR OF WINGBACK CHAIRS .......................................................................................90.00

41. 80" SONY TV ..............................................................................................................425.00

42. 8-DRAWER DRESSER .................................................................................................350.00

43. PELOTON BICYCLE ...................................................................................................675.00

44. USED CLOTHING .................................................................. NO COMMERCIAL RESALE VALUE

45. (12) ASSORTED PURSES .........................................................................................1,300.00

46. SQUARE OTTOMAN ....................................................................................................25.00

**Attachment "A" Continued**

47. ROUND OTTOMAN ......................................................................................................25.00

**Bedroom 2:**

*9*

48. (2) TWIN BEDS .................................................................................................200.00

49. NIGHTSTAND ......................................................................................................40.00

50. 10-DRAWER DRESSER .......................................................................................100.00

51. 65" SAMSUNG TV ..............................................................................................225.00

**Bedroom 3:**

52. QUEEN BED .......................................................................................................150.00

53. 65" SAMSUNG TV ..............................................................................................225.00

54. (2) NIGHTSTANDS ...............................................................................................90.00

55. PR OF LAMPS .......................................................................................................25.00

56. SIDE CHAIR .........................................................................................................15.00

57. 6-DRAWER DRESSER .........................................................................................125.00

Bedroom 4:

58. (2) 6-DRAWER CHESTS ......................................................................................220.00

59. QUEEN BED .......................................................................................................150.00

60. (2) NIGHTSTANDS .............................................................................................100.00

61. PR OF LAMPS .......................................................................................................60.00

62. 65" SAMSUNG TV ..............................................................................................225.00

63. UNSIGNED ABSTRACT PRINT.............................................................................50.00

**Bedroom 5:**

64. QUEEN BED .......................................................................................................150.00

65. 70" SAMSUNG TV ..............................................................................................275.00

66. 8-DRAWER DRESSER .........................................................................................350.00

67. PR OF NIGHTSTANDS ........................................................................................110.00

68. PR OF LAMPS .......................................................................................................50.00

**Attachment "A" Continued**

**Laundry Room:**

69. LG WASHER & DRYER .......................................................................................420.00

**Patio:**

70. WOVEN VINYL PATIO TABLE & (4) CHAIRS ...............................................................160.00

71. PR OF WOVEN VINYL LOUNGE SOFAS ......................................................................200.00

72. WOVEN BAMBOO SOFA, (2) CHAIRS & COCKTAIL TABLE..................................................550.00

**Total** ...........................................................................................................................**$16,985.00**

# Billing Statement

December 30, 2022

*11*

Matthew C. Zirzow, Esquire
Re: Robin Lehner
859 East Bonneville Avenue
Las Vegas, Nevada 89101


 RE: Personal Property Appraisal /

4.4 hour @ $75.00 per hour=$330.00


APPRAISAL FEE   ......................................................................... $330.00



PLEASE REMIT TO: Daniel C. Watson
                             2531 Woodson Avenue
                             Henderson, Nevada 89052


# Thank you!