

**ROBIN LEHNER OPPORTUNITY ANALYSIS**

**Amount of Loan Request:**   $6.5M
**Proposed Borrower:**         Robin Lehner
**Date:**                      May 12, 2021

**Introduction / Purpose of Requested Facility:**

The Borrower is requesting $6.5M as an advance against a 5-year $25M NHL Contract with the Vegas Golden Knights with +$22.3M remaining. The primary use of the funds will be to restructure and consolidate existing debt. The use of funds on the existing debt was the down payment for a property located at 9501 Balatta Canyon CT, Las Vegas, NV 89144 ("Subject Property") and for investment capital into the Borrower's off-ice business ventures.

Below is a further breakdown and discussion of how the funds will be allocated:

| | |
|---|---:|
| **Gross Loan Amount** | **$6,500,000** |
| Lender Origination Fee (Est) | ($260,000) |
| Sure Sports Underwriting Fee (Est) | ($130,000) |
| Payoff Existing Note #1 (Est) | ($4,232,994) |
| Paydown Existing Note #2 (Est) | ($1,730,450) |
| Death & Disgrace Insurance (Est) | ($135,702) |
| Legal/Closing Costs (Est) | ($10,854) |
| *Net to be disbursed to Borrower (Est)* | *$0* |

- The Lender will be provided with a 4% origination fee on the Gross Loan Amount.

- $130k will be released to Sure Sports as payment of the underwriting fee.

- The payoff of the existing notes totals +$5.9M.

- Approximately $135k of the proposed loan proceeds will be used to purchase a Death & Disgrace Insurance policy.

- An estimated $10k in Legal/Closing costs will be billed by Sure Sports and payable out of the loan proceeds.

**Repayment Sources:**

1) Bank takeout based on NHL Contract

2) Cash Flow from newly signed NHL Contract

**Contract Analysis:**

In October 2020, the Borrower signed a 5-year $25M Fully Guaranteed NHL Contract with the Vegas Golden Knights. Per the NHL Collective Bargaining Agreement dated July 10, 2020, 10% ($300k of $3M) of the Borrower's total compensation for the 2020-21 NHL League Year shall be deferred and paid in equal installments on October 15, 2022, October 15, 2023, and October 15, 2024, respectively. The below analysis shows the Borrower will have +$22.3M remaining after the 2020-21 NHL season.

| NHL Season | Base Salary | Signing Bonus | Total |
|---|---|---|---|
| 2020-21 | $900,000 | $1,800,000 | $2,700,000 |
| **Received to Date** | **$900,000** | **$1,800,000** | **$2,700,000** |
| 2021-22 | $5,000,000 | $0 | $5,000,000 |
| 2022-23 | $6,533,333 | $66,667 | $6,600,000 |
| 2023-24 | $6,033,333 | $66,667 | $6,100,000 |
| 2024-25 | $4,533,333 | $66,667 | $4,600,000 |
| **Total Remaining** | **$22,100,000** | **$200,000** | **$22,300,000** |

**Collateral Analysis:**

The below analysis shows based on the $22.3M remaining on the Borrower's NHL Contract, the Borrower is still under the Sure Sports recommended 30% LTCg after the 2020-21 NHL Season.

| Facility Type | Proposed Comm. | Collateral Type | Date of Valuation | Eligible Value | Max Rate | Lendable Value | Excess/ (Deficit) | Actual Adv. % |
|---|---|---|---|---|---|---|---|---|
| Term Loan | $6,500,000 | Guaranteed NHL Contract | 6/15/2021 | $22,300,000 | 30% | $6,690,000 | $190,000 | 29% |

**Proposed Repayment Schedule:**

The below repayment schedule is based on an 12% annual interest rate and allows the Borrower time to move the debt into a Sure Sports bank line while deferring additional payments to the remainder of his Fully Guaranteed NHL Contract.

| Payment | Date | Interest | Principal | Total |
|---|---|---|---|---|
| 1 | 15-Jun-21 | $0 | $0 | $0 |
| 2 | 15-Jul-21 | $0 | $0 | $0 |
| 3 | 15-Aug-21 | $0 | $0 | $0 |
| 4 | 15-Sep-21 | $0 | $0 | $0 |
| 5 | 15-Oct-21 | $0 | $0 | $0 |
| 6 | 15-Nov-21 | $399,881 | $6,500,000 | $6,899,881 |
| | | **$399,881** | **$6,500,000** | **$6,899,881** |

**Discussion of Other Current Liabilities:**

This facility will wrap up all of the Borrower's existing contract-based debt. The only additional outstanding debt will be a $1.75M private note with a first position lien on the subject property. The balance of this note is 65% LTV of the purchase price and should be rolled into a mortgage within the next 60-90 days.



**Best-Case / Projected Scenario:** *30-60 Day Loan & Repayment via Bank Refinance based on NHL Contract*

The best-case and projected scenario is that the Borrower secures additional financing through the Sure Sports bank line based on his fully guaranteed NHL Contract within 30-60 days. This is the projected scenario based on the expected LOI from Sure Sports existing bank affiliate.

| Period | Dates | Cash Flows |
|---|---|---|
| 0 | 18-May-21 | ($6,240,000) |
| 1 | 2-Jul-21 | $6,565,000 |
| **Total Deal Income** | | **$325,000** |

| Reconciliation Note | |
|---|---|
| Gross Loan Amount | $6,500,000 |
| Less Lender Origination Fee | ($260,000) |
| **Advance Amount** | **$6,240,000** |

| | |
|---|---|
| **IRR % Return** | 51% |

| | |
|---|---|
| **# of days outstanding** | 45 |

**Worst-Case Scenario:** *Loan goes to Term and is Refinanced Privately*

The worst-case scenario assumes the Borrower does not obtain bank financing and refinances privately to term out over his remaining NHL Contract.

| Period | Dates | Cash Flows |
|---|---|---|
| 0 | 18-May-21 | ($6,240,000) |
| 1 | 15-Nov-21 | $6,899,881 |
| **Total Deal Income** | | **$659,881** |

| Reconciliation Note | |
|---|---|
| Gross Loan Amount | $6,500,000 |
| Less Lender Origination Fee | ($260,000) |
| **Advance Amount** | **$6,240,000** |

| | |
|---|---|
| **IRR % Return** | 22% |

| | |
|---|---|
| **# of days outstanding** | 181 |

**Based on the Best-Case and Worst-Case scenarios described above, investors can expect a return in excess of 22%.**