

**CROFT**
www.croftenterprises.com

CHICAGO
RHINO DEN
1000 W. LAKE ST.
CHICAGO, IL
60607

MINNEAPOLIS
UNION PLAZA
333 WASHINGTON AVE. N.
SUITE 401
MINNEAPOLIS, MN
55401

CHATTANOOGA
THE TROY
1413 CHESTNUT ST.
SUITE 401
CHATTANOOGA, TN
37402

WEST PALM BEACH
PARK LINE PALM BEACHES
591 EVERNIA STREET
SUITE 2416
WEST PALM BEACH, FL
33401

CONTACT INFO
(612)220-7692

CONTACT@CROFTENTERPRISES.COM

October 20, 2020

To Whom It May Concern,

After careful review of all my meetings and hours of discussion over the phone and in person with Robin L. Lehner and his team, I am prepared to give a conservative valuation of Solarcode at $50,000,000.

The basis for my conservative valuation is based on the following 5 bullet points:

1.) Equity investment – Equity purchase of $20,000,000 for a 10% stake in Solarcode. This alone values Solarcode at $200,000,000.

2.) Solarcode has a $5,000,000 joint venture licensing agreement which has already been signed.

3.) CROFT has done their due diligence of Autumnwood Financial Corporation and according to David Herrera, CFO of Solarcode, their pipeline is $82,000,000 in future revenues. According to Mr. Herrera, they will be receiving project financing within the next 60 days.

4.) In order to receive financing, Mr. Herrera had hired our bookkeeping vertical at CROFT to follow Generally Accepted Accounting Principles (GAAP) and has paid our invoices in full in order to support the $82,000,000 financing deal.

5.) When determining my valuation, I also looked at who would be giving their stamp of approval. Black & Veatch (a professional engineering company), #1 in telecom, #2 in power and #5 in water measured by gross revenues in 2016, will be providing their stamp of approval on Solarcode's solar technology by Friday, October 23rd, 2020.

In closing, my professional conservative valuation of Solarcode as of October 19th, 2020 is $50,000,000.

If you should have any questions regarding my valuation, please feel free to contact me directly at 612-220-7692.

Sincerely,

Paul Thomas Croft
Co-Founder and CEO
CROFT, LLC

Jonathan D. Frost, CPA, MBA
Co-Founder and COO
CROFT, LLC

**VALUE. VIBE. COLLABORATION.**