

Jonathan D. Frost, CPA
J.D. Frost & Company, PLLC
1413 Chestnut St, Suite 401
Chattanooga, TN 37402

September 29, 2020

To whom it may concern:

Based on the information provided by the client, we anticipate an estimated refund for the year ending December 31, 2020 in the amount of $1,500,000 - $1,800,000. This is based on information as of the date of this letter.

If you need any additional information, please let me know.


Sincerely,

*[signature: Jonathan D Frost]*

Jonathan D. Frost